Ahilan T. Arulanantham (SBN 237841)
aarulanantham@aclu-sc.org
Jennifer L. Pasquarella (SBN 263241)
jpasquarella@aclu-sc.org
ACLU FOUNDATION OF SOUTHERN CALIFORNIA
1313 West Eighth Street
Los Angeles, California 90017
Tel: (213) 977-5236
Fax: (213) 977-5297

Attorneys for Plaintiffs

Bert Voorhees (SBN 137623)
bv@tvlegal.com
Laboni A. Hoq (SBN 224140)
lhoq@tvlegal.com
TRABER & VOORHEES
128 N. Fair Oaks Avenue
Pasadena, California 91103
Tel: (626) 585-9611
Fax: (626) 585-1400

Attorneys for Plaintiffs

Tony West
Assistant Attorney General
John R. Tyler
Jeffrey M. Smith
United States Department of Justice
Civil Division
Federal Programs Branch
P.O. Box 883
Washington, D.C. 20530
Tel: (202) 514-5751
Facsimile: (202) 616-8202
Jeffrey.Smith5@usdoj.gov

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAJI JAWDAT HAMDAN, HOSSAM HEMDAN, ACLU OF SOUTHERN CALIFORNIA,<br>Plaintiffs,<br>v.<br>UNITED STATES DEPARTMENT OF JUSTICE; FEDERAL BUREAU OF INVESTIGATION, a component of the U.S. Department of Justice; U.S. NATIONAL CENTRAL BUREAU - INTERPOL, a component of the U.S. Department of Justice; NATIONAL SECURITY DIVISION, a component of the U.S. Department of Justice; DEPARTMENT OF STATE; UNITED STATES CENTRAL INTELLIGENCE AGENCY; UNITED STATES DEPARTMENT OF DEFENSE; DEFENSE INTELLIGENCE AGENCY, a component of the U.S. Department of Defense; NATIONAL SECURITY | Case No: CV 10-6149 (JEMx)<br><br>**ADDENDUM TO JOINT RULE 26 REPORT** |

1  AGENCY, a component of the U.S.                    )
2  Department of Defense; OFFICE OF                   )
   INSPECTOR GENERAL, a component                     )
3  of the U.S. Department of Defense;                 )
   DEFENSE OFFICE OF FREEDOM OF                       )
4  INFORMATION, a component of the                    )
   U.S. Department of Defense; UNITED                 )
5  STATES DEPARTMENT OF                               )
   HOMELAND SECURITY;  BUREAU                         )
6  OF CUSTOMS & BORDER                                )
   PROTECTION, a component of the U.S.                )
7  Department of Homeland Security;                   )
   TRANSPORTATION SECURITY                            )
8  ADMINISTRATION, a component of the                 )
   U.S. Department of Homeland Security;              )
9  IMMIGRATION AND CUSTOMS                            )
   ENFORCEMENT ("ICE"), a component                   )
10 of the U.S. Department of Homeland                 )
   Security; OFFICE OF INTELLIGENCE                   )
11 & ANALYSIS, a component of the U.S.                )
   Department of Homeland Security;                   )
12 OFFICE OF DIRECTOR OF                              )
   NATIONAL INTELLIGENCE,                             )
13 Defendants.                                        )

14

15 / / /

16 / / /

   / / /

17

18

19

20

21

22

23

24

25

26

27

28

**ADDENDUM TO JOINT RULE 26 REPORT**

1   The parties informed the Court in their Joint Rule 26 Report filed on October 22,

2   2010 that they would continue to meet and confer in an attempt to reach agreement on

3   deadlines for certain defendants to provide further responses to plaintiffs' Freedom of

4   Information Act request and/or for the parties to agree to a briefing schedule for

5   summary judgment motions.  With regard to the Department of State, the parties also

6   stated that they would inform the Court of any such agreements by November 5, 2010.

7   The parties have been engaging in these meet and confer efforts, but have not yet

8   reached agreement.  Therefore, the parties now file this addendum to their Joint Rule 26

9   Report to inform the Court that they intend to notify the Court of any further agreements

10  by November 15, 2010.

13  Dated: November 5, 2010              Respectfully submitted,

14                                      TRABER & VOORHEES

15                                      By _____//s//_____
16                                          Laboni A. Hoq
                                        Attorneys for Plaintiffs

17                                      ACLU FOUNDATION OF SOUTHERN
18                                      CALIFORNIA

19                                      By _____
20                                          Jennifer L. Pasquarella
                                        Attorneys for Plaintiffs

21                                      U.S. DEPARTMENT OF JUSTICE
22                                      CIVIL DIVISION, FEDERAL PROGRAMS
                                        BRANCH

23                                      By _____
24                                          Jeffrey M. Smith
                                        Attorneys for Defendants

**ADDENDUM TO JOINT RULE 26 REPORT**          1

1

2      The parties informed the Court in their Joint Rule 26 Report filed on October 22,

3  2010 that they would continue to meet and confer in an attempt to reach agreement on

4  deadlines for certain defendants to provide further responses to plaintiffs' Freedom of

5  Information Act request and/or for the parties to agree to a briefing schedule for

6  summary judgment motions.  With regard to the Department of State, the parties also

7  stated that they would inform the Court of any such agreements by November 5, 2010.

8  The parties have been engaging in these meet and confer efforts, but have not yet

9  reached agreement.  Therefore, the parties now file this addendum to their Joint Rule 26

10  Report to inform the Court that they intend to notify the Court of any further agreements

11  by November 15, 2010.

12

13

14  Dated: November 5, 2010              Respectfully submitted,

15                                       TRABER & VOORHEES

16                                       By _____//s//_____
                                            Laboni A. Hoq
17                                       Attorneys for Plaintiffs

18                                       ACLU FOUNDATION OF SOUTHERN
                                         CALIFORNIA
19

20                                       By _____
                                            Jennifer L. Pasquarella
21                                       Attorneys for Plaintiffs

22                                       U.S. DEPARTMENT OF JUSTICE
                                         CIVIL DIVISION, FEDERAL PROGRAMS
23                                       BRANCH

24                                       By _____
                                            Jeffrey M. Smith
25                                       Attorneys for Defendants

26

27

28

ADDENDUM TO JOINT RULE 26 REPORT            1