Ahilan T. Arulanantham (SBN 237841)
aarulanantham@aclu-sc.org
Jennifer L. Pasquarella (SBN 263241)
jpasquarella@aclu-sc.org
ACLU FOUNDATION OF SOUTHERN CALIFORNIA
1313 West Eighth Street
Los Angeles, California 90017
Tel: (213) 977-5236
Fax: (213) 977-5297

Attorneys for Plaintiffs

Bert Voorhees (SBN 137623)
bv@tvlegal.com
Laboni A. Hoq (SBN 224140)
lhoq@tvlegal.com
TRABER & VOORHEES
128 N. Fair Oaks Avenue
Pasadena, California 91103
Tel: (626) 585-9611
Fax: (626) 585-1400

Attorneys for Plaintiffs

Tony West
Assistant Attorney General
John R. Tyler
Jeffrey M. Smith
United States Department of Justice
Civil Division
Federal Programs Branch
P.O. Box 883
Washington, D.C. 20530
Tel: (202) 514-5751
Facsimile: (202) 616-8202
Jeffrey.Smith5@usdoj.gov

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAJI JAWDAT HAMDAN, HOSSAM HEMDAN, ACLU OF SOUTHERN CALIFORNIA, <br> Plaintiffs, <br> v. <br> UNITED STATES DEPARTMENT OF JUSTICE; FEDERAL BUREAU OF INVESTIGATION, a component of the U.S. Department of Justice; U.S. NATIONAL CENTRAL BUREAU - INTERPOL, a component of the U.S. Department of Justice; NATIONAL SECURITY DIVISION, a component of the U.S. Department of Justice; DEPARTMENT OF STATE; UNITED STATES CENTRAL INTELLIGENCE AGENCY; UNITED STATES DEPARTMENT OF DEFENSE; DEFENSE INTELLIGENCE AGENCY, a component of the U.S. Department of Defense; NATIONAL SECURITY | Case No: CV 10-6149 JHN (JEMx) <br><br> **JOINT STIPULATION RE SCHEDULING** |

| | |
|---|---|
| 1 | AGENCY, a component of the U.S. Department of Defense; OFFICE OF INSPECTOR GENERAL, a component of the U.S. Department of Defense; DEFENSE OFFICE OF FREEDOM OF INFORMATION, a component of the U.S. Department of Defense; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; BUREAU OF CUSTOMS & BORDER PROTECTION, a component of the U.S. Department of Homeland Security; TRANSPORTATION SECURITY ADMINISTRATION, a component of the U.S. Department of Homeland Security; IMMIGRATION AND CUSTOMS ENFORCEMENT, a component of the U.S. Department of Homeland Security; OFFICE OF INTELLIGENCE & ANALYSIS, a component of the U.S. Department of Homeland Security; OFFICE OF DIRECTOR OF NATIONAL INTELLIGENCE, Defendants. |

///
///
///

**JOINT STIPULATION RE SCHEDULING**

1  WHEREAS counsel for plaintiffs Naji Hamdan, Hossam Hemdan and American Civil
2  Liberties Union - Southern California (collectively "plaintiffs") have met and conferred with
3  counsel for defendants United States Department of Justice ("DOJ"), Federal Bureau of
4  Investigation ("FBI"), U.S. National Central Bureau - Interpol ("USNCB"), National
5  Security Division of the DOJ ("NSD"), Department of State ("DOS"), Central Intelligence
6  Agency ("CIA"), United States Department of Defense ("DOD"); Defense Intelligence
7  Agency ("DIA"), National Security Agency of the DOD ("NSA"), Office of Inspector
8  General of the DOD ("DOD-OIG"), Defense Office of Freedom of Information ("OFOI"),
9  Bureau of Customs & Border Protection of the DHS ("CBP"), Transportation Security
10 Administration ("TSA"), and the Office of Director of National Intelligence ("ODNI")
11 (collectively "defendants") pursuant to Fed. R. Civ. P. 26(f) and Central District Local Rule
12 26-1;
13 WHEREAS plaintiffs and defendants (collectively the "parties") have been engaging
14 in further meet and confer discussions regarding the status of defendants' responses to
15 plaintiffs' Freedom of Information Act Request;
16 WHEREAS the parties agree that there is continuing benefit to engaging in these meet
17 and confer discussions and working together cooperatively to narrow the issues in dispute
18 in this matter;
19 WHEREAS defendants USNCB, DOD-OIG, OFOI, NSD, DIA, TSA and CBP have
20 agreed to provide plaintiffs with declarations and/or letters addressing the adequacy of their
21 searches for records responsive to plaintiffs' Request by dates certain;
22 WHEREAS defendants FBI, TSA, CBP and DIA have agreed to complete their
23 searches for records responsive to plaintiffs' Request and provide plaintiffs final responses
24 – including production of any non-exempt or partially non-exempt records subject to
25 redaction(s) – by a date certain;
26 WHEREAS to the extent defendants TSA, CBP and DIA's searches for responsive
27 records locate records they claim are wholly exempt from production, these defendants have
28

agreed to provide plaintiffs certain information about these records on a date certain to allow plaintiffs to meet and confer with them about the propriety of the claimed exemptions;

WHEREAS defendant DOS has agreed to complete its search for records responsive to the Request and provide plaintiffs on a rolling basis its final response(s) – including production of any non-exempt or partially non-exempt records subject to redaction(s) – by dates certain;

WHEREAS the parties agree that no dispositive motions are appropriate as to defendants USNCB, DOD-OIG, NSD, FBI, TSA, CBP, DIA and DOS until such time as these defendants provide plaintiffs the above-mentioned final responses and/or adequacy of search declarations/letters and the parties have had an opportunity to meet and confer to narrow any issues in dispute;

WHEREAS the parties agree to delay filing any dispositive motions regarding the final responses of defendants CIA, ODNI, NSA and NSD until after they have met and conferred over any disputed issues regarding the other defendants referenced above, and plaintiffs agree not to serve discovery on these defendants prior to their filing motions for summary judgment;

NOW THEREFORE IT IS HEREBY STIPULATED AND AGREED BY AND AMONG THE PARTIES, THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, AS FOLLOWS:

1. Defendant NSD will provide plaintiffs with a declaration attesting to the adequacy of its search for records responsive to the Request by December 15, 2010.

2. Defendants FBI, TSA, CBP and DIA will complete their searches for records responsive to plaintiffs' Request and provide plaintiffs final responses – including production of non-exempt or partially non-exempt records subject to redaction(s) – by December 31, 2010.

3. To the extent defendants TSA, CBP and DIA's searches for responsive records locate records they claim are wholly exempt from production, these defendants will identify, to the extent possible, the number of pages withheld and the claimed exemption(s); to the

extent these defendants assert a *Glomar* response regarding any types of records that may contain responsive records, they will, to the extent possible, identify the types of records subject to the *Glomar* response and the claimed exemption(s).

4.     Defendant DOS will complete its search for records responsive to the Request and provide plaintiffs on a rolling basis final response(s) – including any non-exempt or partially non-exempt records subject to redactions – on following dates: December 17, 2010, February 17, 2011 and April 18, 2011.

5.     On or before May 18, 2011, the parties shall meet and confer regarding the adequacy of defendants' responses, the need for discovery, and the need for any dispositive motions. The parties shall also meet and confer, in good faith, to determine whether it is possible to narrow the issues in dispute.

6.     On or before May 27, 2011 the parties shall file a Joint Status Report with the Court, informing the Court of the parties' positions as to any issues in dispute, the need for and proposed timing of discovery, and the need for and timing of any dispositive motions.

Dated: November 15, 2010                    Respectfully submitted,


                                            TRABER & VOORHEES


                                            By    //s//
                                                  Laboni A. Hoq
                                            Attorneys for Plaintiffs



                                            ACLU FOUNDATION OF SOUTHERN
                                            CALIFORNIA



                                            By _____
                                                  Ahilan T. Arulanantham
                                            Attorneys for Plaintiffs

1
2
3
4
5

U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION, FEDERAL PROGRAMS
BRANCH

By _____
    Jeffrey M. Smith
Attorneys for Defendants