1

2

3

Ahilan T. Arulanantham (SBN 237841)
aarulanantham@aclu-sc.org
Michael Kauffman (SBN 254575)
mkaufman@aclu-sc.org
ACLU FOUNDATION OF
  SOUTHERN CALIFORNIA
1313 West Eighth Street
Los Angeles, California 90017
Tel: (213) 977-5232
Fax: (213) 417-2232

Bert Voorhees (SBN 137623)
bv@tvlegal.com
Laboni A. Hoq (SBN 224140)
lhoq@tvlegal.com
TRABER & VOORHEES
128 N. Fair Oaks Avenue
Pasadena, California 91103
Tel: (626) 585-9611
Fax: (626) 585-1400

 Attorneys for Plaintiffs

Tony West
Assistant Attorney General
John R. Tyler
Jeffrey M. Smith
United States Department of Justice
Civil Division
Federal Programs Branch
P.O. Box 883
Washington, D.C. 20530
Tel: (202) 514-5751
Facsimile: (202) 616-8202
Jeffrey.Smith5@usdoj.gov

Attorneys for Defendants

4

5

6

7

8

9

10

11

12

13

14

15

# UNITED STATES DISTRICT COURT

16

## CENTRAL DISTRICT OF CALIFORNIA

17

18

19

20

21

22

23

24

25

26

27

28

| | |
|---|---|
| NAJI JAWDAT HAMDAN, HOSSAM HEMDAN, ACLU OF SOUTHERN CALIFORNIA, <br><br>                      Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF JUSTICE; FEDERAL BUREAU OF INVESTIGATION, a component of the U.S. Department of Justice; U.S. NATIONAL CENTRAL BUREAU - INTERPOL, a component of the U.S. Department of Justice; NATIONAL | Case No: CV 10-6149 JHN (JEMx) <br><br> **STIPULATION OF DISMISSAL OF DEFENDANT OFFICE OF INSPECTOR GENERAL, A COMPONENT OF THE U.S. DEPARTMENT OF DEFENSE** |

Stipulation of Dismissal

SECURITY DIVISION, a component of )
the U.S. Department of Justice; )
DEPARTMENT OF STATE; UNITED )
STATES CENTRAL INTELLIGENCE )
AGENCY; UNITED STATES )
DEPARTMENT OF DEFENSE; )
DEFENSE INTELLIGENCE AGENCY, )
a component of the U.S. Department of )
Defense; NATIONAL SECURITY )
AGENCY, a component of the U.S. )
Department of Defense; OFFICE OF )
INSPECTOR GENERAL, a component )
of the U.S. Department of Defense; )
DEFENSE OFFICE OF FREEDOM OF )
INFORMATION, a component of the )
U.S. Department of Defense; UNITED )
STATES DEPARTMENT OF )
HOMELAND SECURITY;  BUREAU )
OF CUSTOMS & BORDER )
PROTECTION, a component of the U.S. )
Department of Homeland Security; )
TRANSPORTATION SECURITY )
ADMINISTRATION, a component of the )
U.S. Department of Homeland Security; )
IMMIGRATION AND CUSTOMS )
ENFORCEMENT ("ICE"), a component )
of the U.S. Department of Homeland )
Security; OFFICE OF INTELLIGENCE )
& ANALYSIS, a component of the U.S. )
Department of Homeland Security; )
OFFICE OF DIRECTOR OF )
NATIONAL INTELLIGENCE, )
                                                                )
                        Defendants.        )

/ / /

/ / /

/ / /

Stipulation of Dismissal

1    Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs and Defendant Office of

2    Inspector General, a component of the Department of Defense ("DoD OIG"), hereby

3    jointly stipulate to the dismissal of Defendant DoD OIG from this action with prejudice.

4

5

6    Dated: April 11, 2011                        Respectfully submitted,

7                                                 TRABER & VOORHEES

8

9                                                 By _____//s//_____
                                                        Laboni A. Hoq
10                                                Attorneys for Plaintiffs

11                                               ACLU FOUNDATION OF SOUTHERN
                                                 CALIFORNIA
12

13

14                                               By _____//s//_____
                                                        Michael Kaufman
15                                               Attorneys for Plaintiffs

16                                               U.S. DEPARTMENT OF JUSTICE
                                                 CIVIL DIVISION, FEDERAL PROGRAMS
17                                               BRANCH

18

19                                               By _____//s//_____
                                                        Jeffrey M. Smith
20                                               Attorneys for Defendants

21

22

23

24

25

26

27

28

Stipulation of Dismissal                                                              1