Ahilan T. Arulanantham (SBN 237841)
aarulanantham@aclu-sc.org
Michael Kauffman (SBN 254575)
mkaufman@aclu-sc.org
ACLU FOUNDATION OF
  SOUTHERN CALIFORNIA
1313 West Eighth Street
Los Angeles, California 90017
Tel: (213) 977-5232
Fax: (213) 417-2232

Bert Voorhees (SBN 137623)
bv@tvlegal.com
Laboni A. Hoq (SBN 224140)
lhoq@tvlegal.com
TRABER & VOORHEES
128 N. Fair Oaks Avenue
Pasadena, California 91103
Tel: (626) 585-9611
Fax: (626) 585-1400

Attorneys for Plaintiffs

Tony West
Assistant Attorney General
John R. Tyler
Jeffrey M. Smith
United States Department of Justice
Civil Division
Federal Programs Branch
P.O. Box 883
Washington, D.C. 20530
Tel: (202) 514-5751
Facsimile: (202) 616-8202
Jeffrey.Smith5@usdoj.gov

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAJI JAWDAT HAMDAN, HOSSAM HEMDAN, ACLU OF SOUTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE; FEDERAL BUREAU OF INVESTIGATION, a component of the U.S. Department of Justice; U.S. NATIONAL CENTRAL BUREAU - INTERPOL, a component of the U.S. Department of Justice; NATIONAL | Case No: CV 10-6149 JHN (JEMx)<br><br>**[PROPOSED] ORDER RE BRIEFING SCHEDULE FOR MOTIONS FOR SUMMARY JUDGMENT** |

Order re Briefing Schedule

| | |
|---|---|
| 1 | SECURITY DIVISION, a component of           ) |
| 2 | the U.S. Department of Justice;                      ) |
|   | DEPARTMENT OF STATE; UNITED             ) |
| 3 | STATES CENTRAL INTELLIGENCE         ) |
|   | AGENCY; UNITED STATES                         ) |
| 4 | DEPARTMENT OF DEFENSE;                      ) |
|   | DEFENSE INTELLIGENCE AGENCY,          ) |
| 5 | a component of the U.S. Department of          ) |
| 6 | Defense; NATIONAL SECURITY                    ) |
|   | AGENCY, a component of the U.S.                 ) |
| 7 | Department of Defense; OFFICE OF             ) |
| 8 | INSPECTOR GENERAL, a component         ) |
|   | of the U.S. Department of Defense;                ) |
| 9 | DEFENSE OFFICE OF FREEDOM OF      ) |
|   | INFORMATION, a component of the            ) |
| 10 | U.S. Department of Defense; UNITED         ) |
| 11 | STATES DEPARTMENT OF                           ) |
|    | HOMELAND SECURITY;  BUREAU         ) |
| 12 | OF CUSTOMS & BORDER                           ) |
|    | PROTECTION, a component of the U.S.     ) |
| 13 | Department of Homeland Security;              ) |
|    | TRANSPORTATION SECURITY                   ) |
| 14 | ADMINISTRATION, a component of the   ) |
| 15 | U.S. Department of Homeland Security;     ) |
|    | IMMIGRATION AND CUSTOMS                 ) |
| 16 | ENFORCEMENT ("ICE"), a component    ) |
|    | of the U.S. Department of Homeland          ) |
| 17 | Security; OFFICE OF INTELLIGENCE       ) |
| 18 | & ANALYSIS, a component of the U.S.       ) |
|    | Department of Homeland Security;              ) |
| 19 | OFFICE OF DIRECTOR OF                          ) |
|    | NATIONAL INTELLIGENCE,                      ) |
| 20 |                                                                             ) |
| 21 |                         Defendants.                              ) |

22  / / /

23  / / /

24  / / /

Order re Briefing Schedule

The Court having considered the parties' Joint Status Report, IT IS HEREBY ORDERED that the briefing schedule on the parties' cross-motions for summary judgment is set as follows:

   a. All Defendants other than the Department of State shall file their Motions for Summary Judgment with supporting materials (including public declarations, *Vaughn* indices, and limited *ex parte*, *in camera* submissions necessary to support withholdings without disclosing exempt information) by August 10, 2011.

   b. Plaintiffs shall file their Opposition Memoranda and Cross Motions for Summary Judgment by September 12, 2011.

   c. Defendants (other than the Department of State) shall file their Oppositions to Plaintiffs' Cross Motions and Reply Memoranda by October 12, 2011.

   d. Plaintiffs shall file their Reply Memoranda by November 10, 2011.

IT IS FURTHER HEREBY ORDERED that parties shall file a Joint Status Report regarding claims against the Department of State by May 16, 2011.

DATED: April 25, 2011

Jacqueline H. Nguyen
United States District Judge

Order re Briefing Schedule                                                                                           1