# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

NAJI JAWDAT HAMDAN, *et al.*,

Plaintiffs,

v.

UNITED STATES DEPARTMENT OF JUSTICE, *et al.*,

Defendants.

Case No: CV 10-6149-JHN-JEMx

## TABLE OF PUBLICLY FILED *VAUGHN* DECLARATIONS

| **Document** | **Ltr.** |
|---|---|
| Declaration of John H. Hackett **(ODNI)** (August 3, 2011) | A |
| (Exhibits 1-7) | |
| Declaration of Elizabeth Anne Culver **(CIA)** (August 9, 2011) | B |
| Declaration of Diane Janosek **(NSA)** (October 27, 2010) | C |
| (Attachments 1 & 2) | |
| Declaration of Alesia Y. Williams **(DIA)** (August 4, 2011) | D |
| (DIA *Vaughn* Index) | |
| Declaration of William T. Kammer **(OFIO)** (July 13, 2011) | E |
| (Exhibits 1-7) | |
| Declaration of Susan L. Kim **(NSD)** (August 8, 2011) | F |
| Declaration of David M. Hardy **(FBI)** | G |
| (Attachment 1: FBI Coded Vaughn) | |
| (Exhibits A-L) | |

1

Declaration of Yvonne Coates **(TSA)**..........................................................................................H
    (Attachment 1: TSA Vaughn Index)

Declaration of William E. Benner, Jr. **(TSA)** ................................................................................ I

Declaration of Donna Lewis **(OI&A)**..........................................................................................J