Ahilan T. Arulanantham (SBN 237841)
aarulanantham@aclu-sc.org
Michael Kaufman (SBN 254575)
mkaufman@aclu-sc.org
ACLU FOUNDATION OF
SOUTHERN CALIFORNIA
1313 West Eighth Street
Los Angeles, California 90017
Tel: (213) 977-5232
Fax: (213) 417-2232

Wilmer Harris (SBN 150407)
wharris@sdshhlaw.com
Laboni A. Hoq (SBN 224140)
lhoq@sdshhlaw.com
SCHONBRUN, DE SIMONE, SEPLOW,
HARRIS, HOFFMAN & HARRISON LLP
715 Fremont Avenue, Suite A
South Pasadena, California 91030
Tel: (626) 441-4129
Fax: (626) 283-5770

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NAJI JAWDAT HAMDAN, HOSSAM HEMDAN, ACLU OF SOUTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE; FEDERAL BUREAU OF INVESTIGATION, a component of the U.S. Department of Justice; U.S. NATIONAL CENTRAL BUREAU - INTERPOL, a component of the U.S. Department of Justice; NATIONAL SECURITY DIVISION, a component of the U.S. Department of Justice; DEPARTMENT OF STATE; UNITED STATES CENTRAL INTELLIGENCE AGENCY; UNITED STATES DEPARTMENT OF DEFENSE; DEFENSE INTELLIGENCE AGENCY, a component of the U.S. Department of Defense; NATIONAL SECURITY AGENCY, a component | Case No: CV 10-6149 JHN (JEMx)<br><br>**DECLARATION OF LABONI A. HOQ IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND PLAINTIFFS' CROSS-MOTION FOR SUMMARY JUDGMENT**<br><br>Hearing Date: January 23, 2012<br>Time: 2:00 pm<br>Place: Courtroom 790 |

1 | of the U.S. Department of Defense;
2 | OFFICE OF INSPECTOR GENERAL, a component of the U.S. Department of Defense; DEFENSE
3 | OFFICE OF FREEDOM OF INFORMATION, a component of the
4 | U.S. Department of Defense; UNITED STATES DEPARTMENT OF
5 | HOMELAND SECURITY; BUREAU OF CUSTOMS &
6 | BORDER PROTECTION, a component of the U.S. Department of
7 | Homeland Security; TRANSPORTATION SECURITY
8 | ADMINISTRATION, a component of the U.S. Department of Homeland
9 | Security; IMMIGRATION AND CUSTOMS ENFORCEMENT
10 | ("ICE"), a component of the U.S. Department of Homeland Security;
11 | OFFICE OF INTELLIGENCE & ANALYSIS, a component of the U.S.
12 | Department of Homeland Security; OFFICE OF DIRECTOR OF
13 | NATIONAL INTELLIGENCE,
14 |               Defendants.

15 | / / /
16 | / / /
17 | / / /

**DECLARATION OF LABONI A. HOQ**

I, Laboni A. Hoq, declare as follows:

1. I am an associate at the law firm Schonbrun, DeSimone, Seplow, Harris, Hoffman & Harrison and one of the counsel of record for plaintiffs Naji Jawdat Hamdan, Hossam Hemdan and the ACLU of Southern California in this action. I am submitting this declaration in support of plaintiffs' Opposition to Defendants' Motion for Summary Judgment and Cross-Motion for Summary Judgment. The facts stated here are based on my personal knowledge. If called as a witness, I could and would competently testify to the following matters.

2. Attached hereto as Exhibit 1 is plaintiffs' Request under the Freedom of Information Act and Privacy Act ("Request"), erroneously dated January 29, 2009, which should have been dated January 29, 2010, and which was sent to all defendants on January 29, 2010.

3. Attached hereto as Exhibit 2 is a chart identifying documents located by defendants in response to the Request that have been withheld in whole or in part, which withholdings plaintiffs are challenging here. The chart is entitled, "Plaintiff's Chart of Contested Documents." Attached to the chart and referenced therein as lettered Exhibits are documents produced by defendants identifying the exemptions claimed in the referenced documents.

4. Attached hereto as Exhibit 3 is a document produced by defendant Federal Bureau of Investigation ("FBI") in this case dated May 4, 1998 and bearing bates labels FBI-ACLU-1 through FBI-ACLU-5, entitled "Asset Reporting."

5. Attached hereto as Exhibit 4 is a document produced by defendant FBI in this case dated December 24,1999 and bearing bates labels FBI-ACLU-25 through FBI-ACLU-26, regarding surveillance of plaintiff's suspected residence 12705 Ramona Street, #J.

6. Attached hereto as Exhibit 5 is a document produced by defendant

- 1 -

1  FBI in this case dated December 30, 1999 and bearing bates labels FBI-ACLU-
2  111 through FBI-ACLU-114, regarding an interview of plaintiff Hossam Hemdan.

3      7.      Attached hereto as Exhibit 6 is a document produced by defendant
4  FBI in this case dated March 22, 2000 and bearing bates labels FBI-ACLU-32
5  through FBI-ACLU-35, regarding the investigation of plaintiff Naji Hamdan.

6      8.      Attached hereto as Exhibit 7 is a document produced by defendant
7  FBI in this case dated March 22, 2000 and bearing bates label FBI-ACLU-36,
8  regarding the closing of plaintiff Naji Hamdan's FBI case.

9      9.      Attached hereto as Exhibit 8 is a document produced by defendant
10  FBI in this case dated October 8, 2001 and bearing bates labels FBI-ACLU-109
11  through FBI-ACLU-110, regarding an interview of plaintiff Hossam Hemdan.

12      10.      Attached hereto as Exhibit 9 is an email document produced by
13  defendant U.S. Department of State ("DOS") in this case dated October 3, 2008
14  and bearing bates labels DOS 001730 through DOS 001731, with subject line
15  "Arrested Amcit" between Christine Tadros of the Office of Overseas Citizens
16  Services and Sean Cooper of the U.S. Embassy Abu Dhabi.

17      11.      Attached hereto as Exhibit 10 is an email document produced by
18  defendant DOS in this case dated December 4, 2008 and bearing bates labels DOS
19  002142 through DOS 002146, with subject "Update: ARREST CASE OF NAJI
20  HAMDAN - Allegations of Mistreatment."

21      12.      Attached hereto as Exhibit 11 is an email document produced by
22  defendant DOS dated December 15, 2008 and bearing bates labels DOS 000155
23  through DOS 000157, with the subject line "Abu Dhabi - Hamdan: Charges and
24  Moving Forward on Mistreatment Allegations" between Douglas C. Greene and
25  Sean Cooper, copy to U.S. Ambassador to the U.A.E. Richard D. Olson.

26      13.      Attached herto as Exhibit 12 is an email document produced by
27  defendant DOS in this case dated May 28, 2009 and bearing sates labels DOS
28  001337 through DOS 001342, with subject "Hossam Hemdan" from ACLU

1  Attorney Jennie Pasquarella to Sean Cooper.

2      14.    Attached hereto as Exhibit 13 is an email document produced by
3  defendant DOS in this case dated October 12, 2009 and bearing bates label DOS
4  001699, with subject line "UAE: Amcit Hamdan Sentenced to 1.5 yrs and
5  Deportation (may be equivalent to time served)" between Gary S. Price and Sean
6  Cooper.

7      15.    Attached hereto as Exhibit 14 is a document produced by defendant
8  DOS in this case dated October 22, 2009 and bearing bates labels DOS 002119
9  through DOS 002120, with subject "Update - Arrest Cast of Naji Hamdan -
10 Consular Visit."

11     16.    Attached hereto as Exhibit 15 is a document produced by defendant
12 DOS in this case dated "Jan 09" and bearing bates labels DOS 002114 through
13 DOS 002117, with subject "Update: ARREST CASE OF NAJI HAMDAN -
14 Diplomatic Note on Reported Mistreatment Delivered."

15     17.    Attached hereto as Exhibit 16 is a document produced by defendant
16 DOS in this case dated "Apr 09" and bearing bates labels DOS 002149 through
17 DOS 002150, with subject "Update: ARREST OF NAJI HAMDAN - UAE
18 Government Reports No Evidence of Mistreatment."

19     18.    Attached hereto as Exhibit 17 is a document produced by defendant
20 DOS in this case dated "Oct 09" and bearing bates labels DOS 002135 through
21 DOS 002136, with subject "Update - Arrest Case of Naji Hamdan - Deportation
22 Scheduled."

23     19.    Attached hereto as Exhibit 18 is a document produced by defendant
24 DOS in this case dated "Oct 09" and bearing bates labels DOS 002137 through
25 DOS 002138, with subject "Update - Arrest Case of Naji Hamdan - Trial - Verdict
26 and Sentencing."

27     20.    Attached hereto as Exhibit 19 are Bureau of Customs and Border
28 Protection ("CBP") documents produced in this case from the CBP SEACATS

1  database.

2  21. Attached hereto as Exhibit 20 is a DHS/ICE Report of Investigation
3  produced by defendant Immigration and Customs Enforcement ("ICE") dated
4  August 28, 2006 and bearing bates labels ICE.000044 through ICE.000047.

5  22. Attached hereto as Exhibit 21 is a Transportation Security
6  Administration ("TSA") letter dated February 1, 2010 and bearing bates label TSA
7  000043, with subject "Initial Notification of Threat Assessment; Federal Aviation
8  Administration Airman Certificate Number 545853151."

9  23. Attached hereto as Exhibit 22 is a Department of Defense ("DOD")
10 letter dated February 5, 2010, responding to plaintiffs' FOIA request.

11 24. Attached hereto as Exhibit 23 is a National Security Agency ("NSA")
12 letter dated February 5, 2010, responding to plaintiffs' FOIA request.

13 25. Attached hereto as Exhibit 24 is an INTERPOL - U.S. National
14 Central Bureau ("USNCB") letter dated February 19, 2010, responding to
15 plaintiffs' FOIA request.

16 26. Attached hereto as Exhibit 25 is a Central Intelligence Agency
17 ("CIA") letter dated February 25, 2010, providing a final response to plaintiffs'
18 FOIA request.

19 27. Attached hereto as Exhibit 26 is an Office of the Director of National
20 Intelligence ("ODNI") letter dated June 18, 2010, providing a final response to
21 plaintiffs' FOIA request.

22 28. Attached hereto as Exhibit 27 is a Central Intelligence Agency
23 ("CIA") letter dated June 28, 2010, providing a final response to plaintiffs' FOIA
24 request.

25 29. Attached hereto as Exhibit 28 is a Department of Homeland Security
26 ("DHS") letter dated August 12, 2010, responding further to plaintiffs' FOIA
27 request.

28 30. Attached hereto as Exhibit 29 is a Department of Justice ("DOJ")

letter to plaintiffs' counsel Laboni Hoq dated November 12, 2010.

31. Attached hereto as Exhibit 30 is a letter from plaintiffs' counsel Laboni Hoq to defense counsel Jeff Smith dated December 22, 2010

32. Attached hereto as Exhibit 31 is a Defense Intelligence Agency ("DIA") letter dated December 28, 2010, responding to plaintiffs' FOIA request.

33. Attached hereto as Exhibit 32 is an FBI letter to ACLU Attorney Jennie Pasquarella dated December 29, 2010, enclosing documents reviewed under FOIA.

34. Attached hereto as Exhibit 33 is a letter from defense counsel Jeff Smith to plaintiffs' counsel Laboni Hoq dated January 21, 2011.

35. Attached hereto as Exhibit 34 is a letter from defense counsel Jeff Smith dated February 15, 2011, enclosing ICE records with certain redactions removed.

36. Attached hereto as Exhibit 35 is a CIA letter dated February 25, 2011, providing a final response to plaintiffs' FOIA request.

37. Attached hereto as Exhibit 36 is a letter from plaintiffs' counsel Laboni Hoq dated February 28, 2011.

38. Attached hereto as Exhibit 37 is a letter from plaintiffs' counsel Laboni Hoq dated March 29, 2011.

39. Attached hereto as Exhibit 38 is an FBI letter to ACLU Attorney Jennie Pasquarella dated May 5, 2011, enclosing documents reviewed under FOIA.

40. Attached hereto as Exhibit 39 is an email from plaintiffs' counsel Laboni Hoq to to defense counsel Jeff Smith dated July 22, 2011, with subject "Hamdan et al. v. DOJ et al.: Proposals to Narrow Issues in Dispute re Defendants USNCB, CBP, ICE and TSA."

41. Attached hereto as Exhibit 40 is an email from plaintiffs' counsel Laboni Hoq to defense counsel Jeff Smith dated August 4, 2011, with subject

1    "Hamdan et al. v. Dept. of Justice et al.: USNCB."

2    42.   Attached hereto as Exhibit 41 is an email from plaintiffs' counsel Laboni Hoq to defense counsel Jeff Smith dated September 16, 2011, with subject "Hamdan v. DOJ et al: DIA search adequacy."

3    43.   Attached hereto as Exhibit 42 is an email from plaintiffs' counsel Michael Kaufman to defense counsel Jeff Smith dated September 29, 2011, with subject "Hamdan: TSA, summary judgment briefs."

4    44.   Attached hereto as Exhibit 43 is a Public Declaration of Michael J. Heimbach, Assistant Director, Counterterrorism Division, Federal Bureau of Investigation, filed in the case *Mona Mallouk, et al. v. George W. Bush, et al.*, Case No. 1:08-cv-02003-JR, and bearing bates labels ACLU-Hamdan-222 through ACLU-Hamdan-225.

5    45.   Attached hereto as Exhibit 44 is the Joint Rule 26 Report filed in this case.

6    46.   Attached hereto as Exhibit 45 is the Joint Stipulation Re Scheduling filed in this case.

7    47.   Attached hereto as Exhibit 46 is a *Washington Post* article dated April 13, 2007 and titled "American To Be Freed By Ehtiopia Faces Hurdle."

8    48.   Attached hereto as Exhibit 47 is a McClatchy Washington Bureau article dated May 25, 2007 and titled "CIA didn't try to stop secret deportation of U.S. citizen, officials say."

9    49.   Attached hereto as Exhibit 48 is an ABC News article dated April 22, 2009 and titled "Torture Tape Implicates UAE Royal Sheikh."

10   50.   Attached hereto as Exhibit 49 is a *New York Times* article dated May 23, 2009 and titled "U.S. Relies More on Aid of Allies in Terror Cases."

11   51.   Attached hereto as Exhibit 50 is a *New York Times* article dated November 11, 2009 and titled "American Sues F.B.I., Saying He Was Detained in Africa."

52. Attached hereto as Exhibit 51 is an article in *The Nation* dated March 22, 2010 and titled "Naji Hamdan's Nightmare."

53. Attached hereto as Exhibit 52 is an Amnesty International report on the United Arab Emirates dated May 28, 2010.

54. Attached hereto as Exhibit 53 is a *Los Angeles Times* article dated April 10, 2011 and titled "CIA has slashed its terrorism interrogation role."

55. Attached hereto as Exhibit 54 is a CNN article dated July 12, 2011 and titled "U.S. official: CIA interrogating terror suspects in Somalia."

56. Attached hereto as Exhibit 55 is a BBC News article dated September 3, 2011 and titled "Libya: Gaddafi regime's US-UK spy links revealed."

57. Attached hereto as Exhibit 56 is a Human Rights Watch.org article dated September 8, 2011 and titled "US/UK: Documents Reveal Libya Rendition Details."

58. Attached hereto as Exhibit 57 is a *Mother Jones* article dated September/October 2011 and titled "Locked Up (for the FBI) Abroad."

59. Attached hereto as Exhibit 58 is an email document from an FBI official to Nick Baumann, author of the *Mother Jones* article "Locked Up (for the FBI) Abroad," with subject line "FBI/Foreign Detention of Americans Questions for Mother Jones magazine | Deadline Friday."

60. Attached hereto as Exhibit 59 is an Amnesty International, et al. report entitled *Off the Record: U.S. Responsibility for Enforced Disappearances in the "War on Terror."*

61. Attached hereto as Exhibit 60 is a 2005 Congressional Research Service/Library of Congress report entitled *The United Arab Emirates (UAE): Issues for U.S. Policy*.

62. Attached hereto as Exhibit 61 is a 2008 update of the Congressional Research Service/Library of Congress report entitled *The United Arab Emirates (UAE): Issues for U.S. Policy*.

63. Attached hereto as Exhibit 62 is a DOJ letter to ACLU Attorney Jennie Pasquarella dated October 20, 2010, providing the final response of the National Security Division to plaintiffs' FOIA request.

64. Attached hereto as Exhibit 63 is an email from defense counsel Jeff Smith to plaintiffs' counsel Laboni Hoq dated November 22, 2010, with subject "Hamdan et al. v. DOJ et al."

65. Attached hereto as Exhibit 64 is a letter dated December 29, 2010, conveying U.S. Customs and Border Protection's ("CBP") response to plaintiff's FOIA request.

66. Attached hereto as Exhibit 65 is a TSA letter to ACLU Attorney Jennie Pasquarella dated January 31, 2011, enclosing documents reviewed under FOIA.

67. Attached hereto as Exhibit 66 is a TSA letter to ACLU Attorney Jennie Pasquarella dated August 10, 2011, providing a supplemental response to plaintiffs' FOIA request.

68. Attached hereto as Exhibit 67 is an email from plaintiffs' counsel Laboni Hoq to defense counsel Jeff Smith dated September 28, 2011, with subject "Hamdan Responsive documents."

69. Attached hereto as Exhibit 68 is Declaration of Naji Hamdan.

70. Attached hereto as Exhibit 69 is Declaration of Hossam Hemdan.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on October 12, 2011, in South Pasadena, California.

//s//
Laboni A. Hoq