# EXHIBIT
# O

UNCLASSIFIED

## Greene, Douglas C

$A.4$

| | |
|---|---|
| From: | Greene, Douglas C |
| Sent: | Tuesday, May 12, 2009 8:58 AM |
| To: | Olson, Richard G |
| Cc: | Cooper, Sean |
| Subject: | FW: Hamdan memo |

**PARTIAL RELEASE TO CERTAIN PARTIES**
**B1, 1.4(D), K1**

Looks like CA's memo is still pending.

From: Masilko, Barbara J
Sent: Tuesday, May 12, 2009 1:21 AM
To: ca-staffers-mailbox
Cc: Stott, Erinn C; Lopatkiewicz, Viktoria M; Bernier-Toth, Michelle; Greene, Douglas C
Subject: Hamdan memo

Colleagues – Looking for the status of the Hamdan memo. ⬛⬛⬛⬛⬛⬛⬛  **B1, K1**

⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛ As the ACLU request has already languished for more than a month in the back and forth, I'd like to have the cleared language back to post this week. Thanks, Barbara Masilko UAE Desk Officer

...  ..., Douglas G...  .. ..
1   ..ry May 12, 2009 8:58 AM

... .... . ... . ...........
... .... : .....shed for more than a month in the back and forth, I'd like to have ... ... ... ... ...
... .."  ... Desk Off ...

UNITED STATES DEPARTMENT OF STATE
CLASSIFIED BY DEPT. OF STATE, M. GRAFELD, DAS, A/GIS
CLASSIFICATION:  CONFIDENTIAL  REASON: 1.4(D)  30
DECLASSIFY AFTER: 11 MAY 2034
DATE/CASE ID: 19 JAN 2011  201000711

UNCLASSIFIED

UNCLASSIFIED

*A5*

PARTIAL RELEASE TO CERTAIN PARTIES
B1, 1.4(D), B5, D5, K1

UNITED STATES DEPARTMENT OF STATE
CLASSIFIED BY DEPT. OF STATE, M. GRAFELD, DAS, A/GIS
CLASSIFICATION: CONFIDENTIAL REASON: 1.4(D)
DECLASSIFY AFTER: 8 MAY 2034
DATE/CASE ID: 19 JAN 2011   201000711

B1, B5, D5, K1

UNCLASSIFIED

# UNCLASSIFIED

P 020605Z APR 09
FM AMEMBASSY ABU DHABI
TO RUEHC/SECSTATE WASHDC PRIORITY 2324
INFO RUEHDE/AMCONSUL DUBAI 8221
BT
UNCLAS ABU DHABI 000338

Department for CA/OCS/ACS/NESA - Erinn Stott, NEA/ARP - Barbara
Masilko

Sensitive

E.O. 12958: N/A
TAGS: CASC, AE (HAMDAN, NAJI JANDAT)
SUBJECT: Update: ARREST CASE OF NAJI HAMDAN -- UAE Government
Reports No Evidence of Mistreatment

REF: (A) 08 Abu Dhabi 1175
   (B) 08 Abu Dhabi 1383
   (C) Abu Dhabi 3

1. (SBU) SUMMARY: On April 1, 2009, Ambassador, accompanied by
Conchief, was summoned to meet with UAE MFA Director for Consular
Affairs Ambassador Sultan Mohammed Al Qortasi. Al Qortasi reported
that an investigation undertaken by the UAE MFA and Ministry of
Interior (MOI) into allegations of mistreatment made by Amcit Naji
Hamdan uncovered no information to substantiate Hamdan's claims. He
added that Hamdan's legal case was moving forward, and that he
expected the trial to begin "soon," perhaps within a month. During
the meeting Al Qortasi floated the idea of transferring Hamdan to
U.S. custody following his trial. END SUMMARY.

2. (SBU) Post delivered a diplomatic note on December 31, 2008 which
requested MFA investigate Amcit Naji Hamdan's reports of
mistreatment while in UAE State Security custody. (Delivery of note
reported ref C. Details of allegations reported ref B.) The text was
prepared in coordination with CA/OCS and DOJ. Extensive follow-up
with the MFA included multiple conversations between Conchief and
the Director and Deputy Director of Consular Affairs as well as a
second dipnote delivered on March 23, 2009.

3. (SBU) During an April 1 meeting, Al Qortasi said that MFA and MOI
had investigated the claims of mistreatment related in the embassy's
diplomatic note. The investigation uncovered that Hamdan was treated
in accordance with UAE law and that his treatment during three
months of "investigation" by UAE State Security was "good." Al
Qortasi said that Hamdan was involved in terrorist activities and
said he was charged with three crimes: 1. Promotion of terrorism, 2.
Cooperation with terrorists and 3. Engaging in terrorist activity.
Specifically, Al Qortasi said that Hamdan had served as a translator
for terrorists in Pakistan, Lebanon and, Iraq, and that Hamdan had
worked to promote terrorist organizations. Al Qortasi related that
Hamdan's case had the personal attention of the UAE Minister of
Foreign Affairs.

4. (SBU) Ambassador and Conchief thanked Al Qortasi for the
Ministry's efforts to look into these serious allegations. Both also
welcomed the news that Hamdan would soon have the opportunity to
respond to charges in court. Ambassador and Conchief reiterated the
into conversations 34 chosen Cont to

# UNCLASSIFIED

DOS 002187

77

UNCLASSIFIED

importance of timely and appropriate consular access to citizens and pointed out that such access had not been forthcoming in Mr. Hamdan's case. Conchief also pointed out that there had been no formal notification of Hamdan's arrest from the UAEG, and that initial consular access took place only under the observation of UAE State Security officials.

5. (SBU) During the meeting, Al Qortasi made an offer to transfer Hamdan to U.S. custody. Al Qortasi indicated that such a transfer could be made following Hamdan's trial if he is found guilty. Ambassador said that he was unable to make a formal response to such an offer at this time, but pointed out the lack of a prisoner transfer treaty between the US and UAE.

6. (SBU) COMMENT: Hamdan's allegations of mistreatment have not been substantiated. Such mistreatment would not be consistent with previous known actions of the UAE State Security Department. In light of the serious nature of the allegations and substantiated evidence that the UAEG had failed to provide consular access and notification in accordance with the Vienna Convention on Consular Relations, post requested that the UAEG investigate Hamdan's reports. END COMMENT.

7. Post will continue to provide all appropriate consular assistance to Mr. Hamdan.
OLSON

B1, B5, D5, K1

UNCLASSIFIED

DOS 002188

UNCLASSIFIED



B5, D5

UNCLASSIFIED

UNCLASSIFIED

647-7948

37

UNCLASSIFIED

DOS 002190

UNCLASSIFIED

**Greene, Douglas C**                                                                                          *A7*

| | |
|---|---|
| **From:** | Greene, Douglas C |
| **Sent:** | Monday, May 04, 2009 5:28 PM |
| **To:** | Kennedy, Patrick F |
| **Cc:** | Smith, Daniel B; Zeya, Uzra S |
| **Subject:** | FW: Naji Hamdan Case |

## PARTIAL RELEASE TO CERTAIN PARTIES
## PP, B6, B1, 1.4(D), B5, K1, D5, B7(C)

Pat,

Just talked with S/ES, who asked me to forward this to you.  I also let Amb Olson know of your interest.  He's in Houston now, through Wednesday, and will be in the Department Thursday/Friday.  If you need to speak to him in Houston, his UAE mobile is:                              **B6, PP**

Doug

---

**From:** Greene, Douglas C
**Sent:** Monday, May 04, 2009 5:05 PM
**To:** Masilko, Barbara J
**Cc:** Steinfeld, Andrew W; Hudson, William J
**Subject:** Naji Hamdan Case

SECRET/NOFORN                                                    **B1, B5, K1, D5, B7(C)**

Barbara,

Doug

UNITED STATES DEPARTMENT OF STATE
REVIEW AUTHORITY: ROBERT R STRAND
DATE/CASE ID: 29 OCT 2010  201000711

UNCLASSIFIED

PARTIAL RELEASE TO CERTAIN PARTIES      UNCLASSIFIED

B5, B1, 1.4(D)                                              B7

Olson, Richard G

| | |
|---|---|
| From: | Olson, Richard G |
| Sent: | Tuesday, January 19, 2010 8:53 AM |
| To: | Greene, Douglas C; Damicantonio, John A |
| Subject: | RE: interview with Ambassador |
| | |
| Categories: | Working |
| Classification: | UNCLASSIFIED |
| SensitivityCode: | Sensitive |

Agree, don't want to do the interview.                                      B1, B5

rjo

Rick Olson
US Ambassador to the United Arab Emirates
Visit our website at http://abudhabi.usembassy.gov/

SBU
This email is UNCLASSIFIED.

---

**From:** Greene, Douglas C
**Sent:** Tuesday, January 19, 2010 8:33 AM
**To:** Damicantonio, John A
**Cc:** Olson, Richard G
**Subject:** RE: interview with Ambassador

                                                                            B5

SBU
This email is UNCLASSIFIED.

                                UNITED STATES DEPARTMENT OF STATE
                                CLASSIFIED BY DEPT. OF STATE, M. GRAFELD, DAS, A/GIS
                                REVIEW AUTHORITY: ROBERT R STRAND
**From:** Damicantonio, John A           CLASSIFICATION: CONFIDENTIAL  REASON: 1.4(D)
**Sent:** Tuesday, January 19, 2010 8:27 AM   DECLASSIFY AFTER: 2 MAY 2034
**To:** Greene, Douglas C                DATE/CASE ID: 04 MAR 2011  201000711
**Subject:** FW: interview with Ambassador

Doug,
Anna Sussman, her message below, wants to do an interview with Ambassador Olson. This started with a request to
interview Sean Cooper about Naji HAMDAN. Both Sean and I told her "no" and similarly I wrote her that the
Ambassador could not discuss this matter either. As you can see by her request below she wants to interview
the Ambassador now regarding US-UAE cooperation and counter terrorism.                      B5

                                1

                        UNCLASSIFIED

DOS 000022

We don't know Sussman's whereabouts for sure either. Sean thought she might be in the region but when I spoke to her I got the impression she was in Virginia. As you probably know, Nation is a reputable journal.

Thank you for your guidance on this.

John

SBU
This email is UNCLASSIFIED.

---

**From:** anna sussman [mailto:annasussman@gmail.com]
**Sent:** Thursday, January 14, 2010 9:55 PM
**To:** Damicantonio, John A
**Subject:** Re: interview with Ambassador

Hi Mr. D'Amicantonia,

Thank you for your response. Instead of discussing an individual case, perhaps the Ambassador can talk a bit about US-UAE cooperation on counter-terrorism? Please let me know if this topic is also banned.

Thank you,
Anna

On Tue, Jan 12, 2010 at 10:56 PM, Damicantonio, John A <DAmicantonioJ@state.gov> wrote:

Ms. Sussman

To follow up with my phone call, the US Embassy provides routine consular services, but by law cannot discuss individual cases. As a result, the Ambassador will not grant an interview.

Thank you for your cooperation.

John D'Amicantonio

Information Resource Officer

United States Embassy Abu Dhabi

+971-2-414-2445 (work)

+971-2-414-2603 (fax)

DOS 000023

UNCLASSIFIED

This email is UNCLASSIFIED.

UNCLASSIFIED

DOS 000024

◯ 2 4

Perry, Elizabeth L

ℬ

From:           Ordeman, Leslie T
Sent:           Thursday, February 05, 2009 9:08 AM
To:             Stott, Erinn C
Cc:             Hunter, Jo-Ann L; Smith, Kirk G
Subject:        Naji HAMDAN

b1, K1, b7e
1.4 (d)

Hello Erinn,

b1 1.4 (d), K1

I apologize but I was on Home Leave when you first sent your inquiry about Mr. Naji HAMDAN. I did not return until after the deadline of January 12th had passed. [

] I sent one e-mail to them on the subject of Mr. Hamdan, who was released from prison before we could conduct a prison visit. Here are the details as they were laid out in that e-mail:

b1 1.4(d), K1

Dept. of State, ISS/IPS, Margaret P. Grafeld, Dir.
(✓)Classify as ( )Extend as ( ) Downgrade to  _SECRET_
Date_____ Declassify on_____ Reason  _1.4 (d)_
  4/20/2011         5/4/2034

Sensitive but Unclassified -- Not for public release

b1 1.4 (d), K1

This is what we have from a consular perspective:

Naji Jawdat Hamdan (DPOB: May 26, 1966) came to the American Citizen Service section of the U.S. Embassy in Beirut on November 14, 2007 intending to submit paperwork to obtain a Consular Report of Birth Abroad (CRBA) and U.S. Passport for his newborn child (Noor) as well as additional visa pages for his own Passport.[

b7e

b1 1.4.1
K1

On January 10, 2008 we heard from Mona Mallouk, Mr. Hamdan's wife that he had been picked up by the police at Beirut International airport around midnight on January 8, 2008. She said that the police, after arresting her husband, came to the house and confiscated their two computers. We inquired with Lebanese authorities who confirmed that Hamdan had been apprehended by the Lebanese Military Police and was suspected of having "connections with fanatic organizations." We contacted the LEGATT and RSO upon learning this information. Mallouk was distraught, because their 15 year old son, Khalid, had been called in for questioning as well. The police, she said, needed the son to provide passwords for websites cached in the computers that the father did not know. The son was questioned and released that Friday. The father released that Saturday. The following week, Hamdan came to the Embassy to thank them for their concern and help regarding his imprisonment and release. He explained the following to us: "

Dept. of State, A/ISS/IPS, Margaret P. Grafeld, Dir.
( ) Release ( ) Excise ( ) Deny ( ) Declassify
Date_____ Exemption _b1, K1, b7e_

APR 2 0 2011

DOS 001176

He did not know why he was apprehended, with accusations from his captors spanning the political gamut; he was accused of spying for the Americans and Israelis one minute and for being affiliated with Islamic terrorists the next. He was originally taken from the airport when trying to check into a flight to Dubai. In the airport he was led to a corner, handcuffed and taken in an elevator to a special area of the airport (he did not know what floor it was on but stated that it was "up, not down"). There he met an officer who took his information down but refused to answer Hamdan's questions about why he was being apprehended. Hamdan was eventually blindfolded and taken to a vehicle; his blindfold was removed when he arrived at the prison, a military official there informed him that he was at Yarzi prison.

Hamdan was not allowed to call his family until his third day in captivity though his family knew he had been taken because Lebanese authorities raided the house and took all of his electronic equipment and his brother's Ak-47 rifle. Hamdan described his interrogations as confusing, he said that the authorities had transcribed his e-mail correspondence and questioned him harshly on it; however, they got the translations wrong so he did not understand what they were asking. Police questioned him intently on an e-mail translated, "my brother has been bailed out of prison, so now we can go back to our activities." The English version: "My brother's bailing on the project but let's do it." According to Hamdan, authorities were convinced that his Slingbox (device for watching cable TV over the Internet) was solid proof that he had been "transmitting from his home." Hamdan claims to be a businessman who works selling cars, mostly in Dubai -- because of this, he said, he has telephone numbers from all over the world in his cell phone; his interrogators asked him about all of them. Hamdan was hit once while in captivity by a guard who became angry when the blindfolded Hamdan accidentally dropped a piece of bread while trying to place it in the guard's hand -- another official apologized for the incident.

Hamdan stated that, in addition to enlisting Embassy help, that he also sought the help of MP Bahia Hariri. Hariri told him after his release that she was told Syria had demanded that he be sent to them. Hamdan claims that he has never done business in Syria and had never traveled there (though he said he had planned on going on vacation there with his wife -- these plans are off).

When asked why he thought he may have been apprehended, Hamdan gave three possibilities:

1. It follows after a dispute he had with a family member who lives in the KSA over money Hamdan had lent him.

2. The husband of his sister-in-law is pro-Hezbollah and he has political arguments with him all the time.

Or

3. He has a dispute with an old neighbor that lives downstairs and refuses to pay shared building expenses.

Other information:
-- It is important to note that Hamdan's place of birth on some older official U.S. documents may read "Ableh," his city of birth, and not "Lebanon." He requested in 1996 that his passport list a POB Ableh citing difficulties traveling in Europe.

-- Hamdan's personal e-mail address is hamdan.naji@gmail.com

-- Hamdan said that he plans on going to Dubai again to resume working with his car business. From there he will either visit the U.S. or come back to Lebanon.

-- Hamdan has a good relationship with the ACS section of the Embassy and with an RSO office investigator. He said that, if we advised, he would move back to the U.S. If not, he said, he would probably move back after the school year is out for his children.

-- Hamdan claims that his business in California is worth US $2 million.

If you have any questions please do not hesitate to ask.
Leslie

Leslie Ordeman
American Citizen Services
U.S. Embassy Lebanon
ordemanlt@state.sgov.gov
ordemanlt@state.gov

2

DOS 001177

Ferry, Elizabeth L

*b5, d5*   (*045*)

From:         Stott, Erinn C                    *b6, PP, b7c*      *B*
Sent:         Monday, April 27, 2009 11:48 AM
To:           Cooper, Sean
Subject:      RE: Short Fuse Clearance/Input request: Memo to D on UAE Naji Hamdan case

Thanks Sean!

*Erinn C. Stott*
*Department of State, Office of Overseas Citizen Services*
*Citizen Services Specialist*
*Responsible for Iraq, Jordan, Libya, Saudi Arabia, UAE, Yemen*
*Back-up for Bahrain, Egypt, Kuwait, Lebanon, Oman, Qatar, Syria*
*202-736-4978 office*
*202-647-3732 fax*
*stottec@state.gov*
*Note: My work schedule is from 7am EST to 4pm EST.*

From: Cooper, Sean
Sent: Monday, April 27, 2009 11:48 AM
To: Stott, Erinn C; 'Alexander.Haas@usdoj.gov'; Lopatkiewicz, Viktoria; Masilko, Barbara J; Ferber, Corrin M; McDonough,
Patricia E; Moffatt, Sean P; Osborn, Judith L;                    'Stephen.Buckingham@usdoj.gov'    *b6, PP, b7c*
Subject: Re: Short Fuse Clearance/Input request: Memo to D on UAE Naji Hamdan case

*b5, d5*

I clear.

Thanks,

Sean

Dept. of State, A/ISS/IPS, Margaret P. Grafeld, Dir.
( ) Release ( ✓ ) Excise ( ) Deny ( ) Declassify
Date_____ Exemption *b5, d5, b6, PP, b7c*

APR 2 0 2011

From: Stott, Erinn C
To: 'Haas, Alexander (CIV)' ; Lopatkiewicz, Viktoria; Cooper, Sean; Masilko, Barbara J; Ferber, Corrin M; McDonough,
Patricia E; Moffatt, Sean P; Osborn, Judith L; [        ] Buckingham, Stephen (CIV)    *b6, PP, b7c*
Sent: Mon Apr 27 19:35:29 2009
Subject: RE: Short Fuse Clearance/Input request: Memo to D on UAE Naji Hamdan case
All                                                                                *b5, d5*
These are the changes that have been made by post, L, DOJ.[

The deadline for this clearance is 12pm today. I realize its terribly short. Please review and clear as soon as you can.

Thanks for all your help with such short notice!

1

DOS 001198

Erinn
*Erinn C. Stott*
*Department of State, Office of Overseas Citizen Services*
*Citizen Services Specialist*
*Responsible for Iraq, Jordan, Libya, Saudi Arabia, UAE, Yemen*
*Back-up for Bahrain, Egypt, Kuwait, Lebanon, Oman, Qatar, Syria*
*202-736-4978 office*
*202-647-3732 fax*
*stottec@state.gov*
*Note: My work schedule is from 7am EST to 4pm EST.*

**From:** Haas, Alexander (CIV) [mailto:Alexander.Haas@usdoj.gov]
**Sent:** Monday, April 27, 2009 11:09 AM
**To:** Stott, Erinn C; Lopatkiewicz, Viktoria; Cooper, Sean; Masilko, Barbara J; Ferber, Corrin M; McDonough, Patricia E;
Moffatt, Sean P; Osborn, Judith L; [        ] (FBI); Buckingham, Stephen (CIV)          *b6, PP b7c*
**Subject:** RE: Short Fuse Clearance/Input request: Memo to D on UAE Naji Hamdan case

Erinn,                                                                                            *b5, d5*

Thanks for the opportunity to look,

Alex

Alexander K. Haas
Counsel
OAAG, Civil Division
RFK--Main DOJ, Rm. 3611
950 Pennsylvania Ave., NW
Washington, D.C. 200
Direct Dial: (202) 305-9334
alexander.haas@usdoj.gov

**From:** Stott, Erinn C [mailto:StottEC@state.gov]
**Sent:** Friday, April 24, 2009 10:10 AM
**To:** Lopatkiewicz, Viktoria; Cooper, Sean; Masilko, Barbara J; Ferber, Corrin M; McDonough, Patricia E; Haas, Alexander
(CIV); Moffatt, Sean P; Osborn, Judith L; [        ] (FBI)                                       *b6, PP b7c*
**Subject:** Short Fuse Clearance/Input request: Memo to D on UAE Naji Hamdan case
**Importance:** High

All,
Because of the short time frame for clearance (due to CA Front office by noon on Monday and to D by Tuesday), I'm
sending this to everyone simultaneously.                                                         *b5, d5*

2

DOS 001199

$b5, d5$          $051$

## Perry, Elizabeth L

From: Stott, Erinn C
Sent: Tuesday, April 28, 2009 4:13 PM
To: Cooper, Sean
Subject: RE: Naji Hamdan - ACLU Request for UAEG Response

I'm sorry I haven't gotten to this Sean. I have been consumed by a complicated case in Yemen. I think it looks fine, but let me send it also to Viki and to Katy Youel Page in L/CA.

Erinn

*Erinn C. Stott*
*Department of State, Office of Overseas Citizen Services*
*Citizen Services Specialist*
*Responsible for Iraq, Jordan, Libya, Saudi Arabia, UAE, Yemen*
*Back-up for Bahrain, Egypt, Kuwait, Lebanon, Oman, Qatar, Syria*
*202-736-4978 office*
*202-647-3732 fax*
*stottec@state.gov*
*Note: My work schedule is from 7am EST to 4pm EST.*

Dept. of State, A/ISS/IPS, Margaret P. Grafeld, Dir.
( ) Release (✓) Excise ( ) Deny ( ) Declassify
Date_____ Exemption ___$b5, d5$___
APR 2 0 2011

From: Cooper, Sean
Sent: Tuesday, April 28, 2009 5:36 AM
To: Stott, Erinn C
Subject: RE: Naji Hamdan - ACLU Request for UAEG Response

Erinn:

$b5, d5$

Thanks for your help,

Sean

BEGIN DRAFT TEXT

$b5, d5.$

b5, d5

Sincerely,

Sean Cooper

END DRAFT TEXT

**From:** Cooper, Sean
**Sent:** Monday, April 20, 2009 5:34 PM
**To:** Stott, Erinn C
**Subject:** RE: Naji Hamdan

Thanks, Erinn. We're checking with our UAEG interlocutors and will get back to you as soon as we have a response.

Regards,

Sean

**From:** Stott, Erinn C
**Sent:** Thursday, April 16, 2009 9:54 PM
**To:** Cooper, Sean
**Subject:** FW: Naji Hamdan

Sean, please see Peter's email below.

*Erinn C. Stott*
*Department of State, Office of Overseas Citizen Services*
*Citizen Services Specialist*
*Responsible for Iraq, Jordan, Libya, Saudi Arabia, UAE, Yemen*
*Back-up for Bahrain, Egypt, Kuwait, Lebanon, Oman, Qatar, Syria*
*202-736-4978 office*
*202-647-3732 fax*
*stottec@state.gov*
*Note: My work schedule is from 7am EST to 4pm EST.*

**From:** Gutherie, Peter A
**Sent:** Thursday, April 16, 2009 1:44 PM
**To:** Osborn, Judith L
**Cc:** Stott, Erinn C; Ferber, Corrin M; Betancourt, Edward A
**Subject:** RE: Naji Hamdan

b5, d5

2

DOS 001222

**From:** Osborn, Judith L
**Sent:** Thursday, April 16, 2009 11:42 AM
**To:** Gutherie, Peter A
**Cc:** Stott, Erinn C; Ferber, Corrin M; Betancourt, Edward A
**Subject:** RE: Naji Hamdan

Some additional changes/question from me in pink.

Peter - Do you have anything more?

PRI - As I noted earlier today, I'd like to run this by DOJ. Any objections?

Thanks, Judy

**From:** Ferber, Corrin M
**Sent:** Thursday, April 16, 2009 9:33 AM
**To:** Osborn, Judith L
**Cc:** Stott, Erinn C
**Subject:** FW: Naji Hamdan

Judy,

CA/P asked us to clear with you. ACS Director has already cleared as has PRI. Scroll down to where it says "begin text."
This was drafted in response to the family's request for information.

Thanks.

Corrin

**From:** Lopatkiewicz, Viktoria
**Sent:** Thursday, April 16, 2009 8:40 AM
**To:** Bernier-Toth, Michelle; Stott, Erinn C; Ferber, Corrin M; CAPRESSREQUESTS
**Subject:** RE: Naji Hamdan

I'm good with it too, except the correct term is Vienna Convention on Consular Relations (VCCR), vice "Vienna
Convention on Consular affairs."

**From:** Bernier-Toth, Michelle
**Sent:** Thursday, April 16, 2009 8:18 AM
. **To:** Stott, Erinn C; Lopatkiewicz, Viktoria; Ferber, Corrin M; CAPRESSREQUESTS
**Subject:** RE: Naji Hamdan

I'm good with this. It's a balanced, professional statement. CA/P: wanted to give you the chance to weigh in, since this
will likely hit the media once the ACLU releases it (as we expect).

**From:** Stott, Erinn C
**Sent:** Thursday, April 16, 2009 7:46 AM
**To:** Lopatkiewicz, Viktoria; Bernier-Toth, Michelle; Ferber, Corrin M
**Subject:** FW: Naji Hamdan

I believe Sean meant to reply all – forwarding to you for review.

3

DOS 001223

*Erinn C. Stott*
*Department of State, Office of Overseas Citizen Services*
*Citizen Services Specialist*
*Responsible for Iraq, Jordan, Libya, Saudi Arabia, UAE, Yemen*
*Back-up for Bahrain, Egypt, Kuwait, Lebanon, Oman, Qatar, Syria*
*202-736-4978 office*
*202-647-3732 fax*
*stottec@state.gov*
*Note: My work schedule is from 7am EST to 4pm EST.*

**From:** Cooper, Sean
**Sent:** Thursday, April 16, 2009 7:44 AM
**To:** Stott, Erinn C
**Subject:** RE: Naji Hamdan

Thanks, Erinn (and Michelle, Viki and Corrin.)                                         b5. d5

If all are OK with this being in an ACLU press release, I'm ready to send.

Thanks for putting up with my concerns,

Sean

---

BEGIN NEW DRAFT TEXT

Jennie:

It is good to hear from you. I hope you, Reem, and Ahilan are well, too.                 b5, d5

4

DOS 001224

Again, I hope all is well with you all in California.

*b5, b5*

Regards,


END NEW DRAFT TEXT


**From:** Stott, Erinn C
**Sent:** Wednesday, April 15, 2009 8:25 PM
**To:** Cooper, Sean
**Subject:** FW: Naji Hamdan

Sean,

Michelle and Viki were okay with your draft. PRI had the following commentary and questions.
Erinn

*Erinn C. Stott*
*Department of State, Office of Overseas Citizen Services*
*Citizen Services Specialist*
*Responsible for Iraq, Jordan, Libya, Saudi Arabia, UAE, Yemen*
*Back-up for Bahrain, Egypt, Kuwait, Lebanon, Oman, Qatar, Syria*
*202-736-4978 office*
*202-647-3732 fax*
*stottec@state.gov*
*Note: My work schedule is from 7am EST to 4pm EST.*

**From:** Ferber, Corrin M
**Sent:** Wednesday, April 15, 2009 12:21 PM
**To:** Stott, Erinn C
**Cc:** Betancourt, Edward A
**Subject:** RE: Naji Hamdan

Erinn,

Here are some comments/questions on Sean's letter.

Thanks,
Corrin

BEGIN DRAFT RESPONSE

5

DOS 001225

Jennie:

It is good to hear from you. I hope you, Reem, and Ahilan are well, too.

*b5, d5*

Again, I hope all is well with you all in California.

Regards,

**From:** Bernier-Toth, Michelle
**Sent:** Wednesday, April 15, 2009 8:43 AM
**To:** Stott, Erinn C; Betancourt, Edward A; Ferber, Corrin M; Lopatkiewicz, Viktoria
**Subject:** RE: Naji Hamdan

This looks like an appropriate response, and well crafted. M

**From:** Stott, Erinn C
**Sent:** Wednesday, April 15, 2009 8:29 AM
**To:** Bernier-Toth, Michelle; Betancourt, Edward A; Ferber, Corrin M; Lopatkiewicz, Viktoria
**Subject:** FW: Naji Hamdan

Per Michelle's suggestion last Friday, Sean Cooper sent this draft email reply to the ACLU lawyer who wanted a copy of the UAEG's response on the protest note for the treatment of Naji Hamdan. Sean would like OCS to clear before he sends. Let me know if you think there is anything that should not be included in this response.
Erinn

*Erinn C. Stott*
*Department of State, Office of Overseas Citizen Services*
*Citizen Services Specialist*
*Responsible for Iraq, Jordan, Libya, Saudi Arabia, UAE, Yemen*
*Back-up for Bahrain, Egypt, Kuwait, Lebanon, Oman, Qatar, Syria*
*202-736-4978 office*
*202-647-3732 fax*
*stottec@state.gov*

6

DOS 001226

*Note: My work schedule is from 7am EST to 4pm EST.*

**From:** Cooper, Sean
**Sent:** Wednesday, April 15, 2009 8:26 AM
**To:** Stott, Erinn C
**Subject:** RE: Naji Hamdan

Can I provide you with this proposed email for OCS clearance?

Thanks,

Sean

BEGIN DRAFT RESPONSE

Jennie:

It is good to hear from you. I hope you, Reem, and Ahilan are well, too.

*b5, b5*

Again, I hope all is well with you all in California.

Regards,

Sean

R. Sean Cooper
Consul
U.S. Embassy Abu Dhabi
+971-2-414-2657
http://abudhabi.usembassy.gov/

**From:** Jennie Pasquarella [mailto:jpasquarella@aclu-sc.org]
**Sent:** Thursday, April 09, 2009 8:55 PM
**To:** Cooper, Sean
**Cc:** Ahilan Arulanantham; Reem Salahi
**Subject:** Naji Hamdan

7

DOS 001227

Hi Sean,
I hope this finds you well.

I'm writing because Naji told his family about your recent visit and that you had explained to him that the UAE responded to his complaint of torture. He asked us to get a copy of the UAE's response. Could you send us a copy of their response?

Thanks very much,
Jennie

_____

Jennie Pasquarella
Staff Attorney
ACLU of Southern California
1313 West Eighth Street
Los Angeles, CA 90017
T: 213.977.5236
F: 213.977.5297
jpasquarella@aclu-sc.org

END DRAFT RESPONSE

**From:** Stott, Erinn C
**Sent:** Wednesday, April 15, 2009 4:01 PM
**To:** Cooper, Sean
**Subject:** RE: Naji Hamdan

I'm sorry for not following up sooner Sean. Michelle Bernier-Toth suggested that we send a letter to the attorney summarizing the UAEG's response.
Erinn

*Erinn C. Stott*
*Department of State, Office of Overseas Citizen Services*
*Citizen Services Specialist*
*Responsible for Iraq, Jordan, Libya, Saudi Arabia, UAE, Yemen*
*Back-up for Bahrain, Egypt, Kuwait, Lebanon, Oman, Qatar, Syria*
*202-736-4978 office*
*202-647-3732 fax*
*stottec@state.gov*
*Note: My work schedule is from 7am EST to 4pm EST.*

**From:** Cooper, Sean
**Sent:** Wednesday, April 15, 2009 1:02 AM
**To:** Stott, Erinn C
**Subject:** RE: Naji Hamdan

Erinn:

Did you ever get any feedback/guidance on this one?

Thanks,

Sean

8

DOS 001228

**From:** Stott, Erinn C
**Sent:** Friday, April 10, 2009 3:42 PM
**To:** Cooper, Sean
**Subject:** RE: Naji Hamdan

Sean,

Forwarding to PRI and those above me in OCS for guidance. Will let you know as soon as I have something.

Erinn

*Erinn C. Stott*
*Department of State, Office of Overseas Citizen Services*
*Citizen Services Specialist*
*Responsible for Iraq, Jordan, Libya, Saudi Arabia, UAE, Yemen*
*Back-up for Bahrain, Egypt, Kuwait, Lebanon, Oman, Qatar, Syria*
*202-736-4978 office*
*202-647-3732 fax*
*stottec@state.gov*
*Note: My work schedule is from 7am EST to 4pm EST.*

**From:** Cooper, Sean
**Sent:** Friday, April 10, 2009 12:23 AM
**To:** Stott, Erinn C
**Subject:** Fw: Naji Hamdan

Erinn:                                                                      *b5,d5*

I'd appreciate OCS - and broader CA - guidance on appropriate language for response to this email request.

Thanks,

Sean

---

**From:** Jennie Pasquarella
**To:** Cooper, Sean
**Cc:** Ahilan Arulanantham ; Reem Salahi
**Sent:** Thu Apr 09 20:55:20 2009
**Subject:** Naji Hamdan
Hi Sean,
I hope this finds you well.

I'm writing because Naji told his family about your recent visit and that you had explained to him that the UAE responded to his complaint of torture. He asked us to get a copy of the UAE's response. Could you send us a copy of their response?

Thanks very much,

9

DOS 001229

Jennie

Jennie Pasquarella
Staff Attorney
ACLU of Southern California
1313 West Eighth Street
Los Angeles, CA 90017
T: 213.977.5236
F: 213.977.5297
jpasquarella@aclu-sc.org

DOS 001230

*0 80*

**Perry, Elizabeth L**

*B*

| | |
|---|---|
| From: | ca-staffers-mailbox |
| Sent: | Tuesday, May 05, 2009 4:03 PM |
| To: | Paper-SESLineSherpa |
| Cc: | Stott, Erinn C |
| Subject: | IM to D(L) on Hamdan |
| Attachments: | Hamdan Tab 1.docx; 2009 05 05 IM to DS - Details on Hamdan detention and lawsuit.docx |

*b 5, d 5, b1, 4-1,*
*b 6, PP, b7c*

*1.4 (d)*

Please find this must-have attached,
Sorry for the delay.

Best,
Tiffany

Tiffany M. Bartish
CA Staffers
647-7948

Dept. of State, A/ISS/IPS, Margaret P. Grafeld, Dir.
( ) Release (✓) Excise ( ) Deny ( ) Declassify
Date_____ Exemption _45, d5, 41, 1.4(d),
APR 2 0 2011 . K1, 66, PP, 67c

1



(X)(1)
(b)(1)

b5.
d5

Classified by Acting Assistant Secretary Michael D. Kirby
for reasons 1.4 (b) and (d)

DOS 001271



)

$b5, d5$

Classified by Acting Assistant Secretary Michael D. Kirby
for reasons 1.4 (b) and (d)



**United States Department of State**

*Assistant Secretary of State
for Consular Affairs*

*Washington, D.C. 20520*

b5, d5
b1, K1

(K)(1)
(b)(1)

DOS 001273



-2-

$(k)(1)$
$(3)(1)$



Classified by Acting Assistant Secretary Michael D. Kirby
for reasons 1.4 (b) and (d)

DOS 001274



-3-

$b5$
$d5$

Attachment:
    Draft reply to ACLU on protest of allegations of mistreatment



Classified by Acting Assistant Secretary Michael D. Kirby
for reasons 1.4 (b) and (d)

DOS 001275

Drafted:    CA/OCS/ACS/NESCA: EStott, 6-4978

| Cleared: | CA/OCS:MTBond | ok |
| | CA/OCS: MEHickey | ok |
| | CA/OCS/ACS: MBernier-Toth | ok |
| | CA/OCS/ACS/NESCA: VLopatkiewicz | ok |
| | CA/OCS/PRI: CFerber | ok |
| | NEA/ARP: BMasilko | ok |
| | L/LEI: PMcDonough | ok |
| | L/CA: KYouel Page | ok |
| | L/HRR: MBanos | ok |
| | DOJ/CIV: AHaas | ok | b6, PP, B7c |
| | FBI: [     ] | ok |
| | CONS: SCooper | ok |
| | INR/NESA: [     ] | info | b6, PP |
| | M:ELawrence | ok |
| | P:PAguilera | ok |
| | D(L):TWooster | ok |
| | D(S):AScanlon | ok |
| | S/P:PHarrell | ok |

Approved:  CA: MDKirby                  ok

DOS 001276

Perry, Elizabeth L

(087)

ß

**From:** CA-OCS-Special-Assistant
**Sent:** Wednesday, May 06, 2009 9:35 AM
**To:** Bernier-Toth, Michelle; Schuler, James L; Hickey, Mary E; BetancourtEA; Furuta-Toy, Julie A; Stott, Erinn C
**Subject:** FW: (C) Read File -- May 6, 2009
**Attachments:** Document.pdf

b5, d5, b1, 4-1,
b6, PP, b7c

1.4(d))

1. (C) IM to D (L): Follow-up: UAE Details of Hamdan Detention and Lawsuit

2. (SBU) IM to the Deputy Secretaries: SAOs for Iraqi Refugees and Special Immigrants --
Possible Call from NSC Advisor Donilon

Dept. of State, A/ISS/IPS, Margaret P. Grafeld, Dir.
( ) Release (✓) Excise ( ) Deny ( ) Declassify
Date_____ Exemption _b1 1.4 (d), 4-1, b5, d5,
b6, PP, b7c
APR 2 0 2011

1

DOS 001277



United States Department of State

*Assistant Secretary of State
for Consular Affairs*

*Washington, D.C. 20520*

b5, d5
b1, b'1

UNCLASSIFIED

Classified by Acting Assistant Secretary Michael D. Kirby
for reasons 1:4 (b) and (d)

DOS 001278



-2-

b.5, d5



Classified by Acting Assistant Secretary Michael D. Kirby
for reasons 1.4 (b) and (d)

DOS 001279



-3-

b5, d5

Attachment:
    Draft reply to ACLU on protest of allegations of mistreatment



Classified by Acting Assistant Secretary Michael D. Kirby
for reasons 1.4 (b) and (d)

Drafted:   | CA/OCS/ACS/NESCA: EStott, 6-4978

Cleared:   | CA/OCS:MTBond                          ok
           | CA/OCS: MEHickey                       ok
           | CA/OCS/ACS: MBernier-Toth             ok
           | CA/OCS/ACS/NESCA: VLopatkiewicz       ok
           | CA/OCS/PRI: CFerber                    ok
           | NEA/ARP: BMasilko                      ok
           | L/LEI: PMcDonough                      ok
           | L/CA: KYouel Page                      ok
           | L/HRR: MBanos                          ok
           | DOJ/CIV: AHaas                         ok
           | FBI:[_____]                          ok   *b6, PP, 37c*
           | CONS: SCooper                          ok
           | INR/NESA:[_____]                     info  *b6, PP*
           | M:ELawrence                            ok
           | P:PAguilera                            ok
           | D(L):TWooster                          ok
           | D(S):AScanlon                          ok
           | S/P:PHarrell                           ok

Approved:  | CA: MDKirby                            ok

DOS 001281



UNCLASSIFIED

## Tab 1
## ACLU TEXT

$(K)(i)$
$(E)(i)$

$b5, d5$



UNCLASSIFIED

Classified by Acting Assistant Secretary Michael D. Kirby
for reasons 1.4 (b) and (d)

DOS 001282



b5, b5

UNCLASSIFIED
Classified by Acting Assistant Secretary Michael D. Kirby
for reasons 1.4 (b) and (d)

DOS 001283

Perry, Elizabeth L

*O90*

*B*

| | |
|---|---|
| From: | Stott, Erinn C |
| Sent: | Wednesday, May 06, 2009 3:47 PM |
| To: | Pelofsky, Eric J |
| Subject: | IM to S: Naji Hamdan Detention |
| Attachments: | IM to S - Hamdan detention UAE 4-20-09.docx |

*b 5, d 5*

In response to this memo, D requested a follow-up memo on the details of Hamdan's detention and his lawsuit against the UAE without repeating all the previously included facts.

Erinn

*Erinn C. Stott*
*Department of State, Office of Overseas Citizen Services*
*Citizen Services Specialist*
*Responsible for Iraq, Jordan, Libya, Saudi Arabia, UAE, Yemen*
*Back-up for Bahrain, Egypt, Kuwait, Lebanon, Oman, Qatar, Syria*
*202-736-4978 office*
*202-647-3732 fax*
*stottec@state.gov*
*Note: My work schedule is from 7am EST to 4pm EST.*

Dept. of State, A/ISS/IPS, Margaret P. Grafeld, Dir.
( ) Release (✓) Excise ( ) Deny ( ) Declassify
Date_____ Exemption _6.5_, _d 5_____

APR 2 0 2011

1

65, 45

DOS 001285

Drafted:      CA/OCS/ACS/NESA: EStott, 6-4978

Cleared:     CA/OCS: MEHickey
             CA/OCS/ACS: DSchwartz
             CA/OCS/ACS/NESCA: BKnobel
             NEA/ARP: BMasilko     ok
             H:JMarkey - ok

DOS 001286

Perry, Elizabeth L

(134)

B

**From:** CA-OCS-Special-Assistant
**Sent:** Thursday, May 21, 2009 9:04 AM
**To:** Stott, Erinn C
**Subject:** A.M. action on replying to ACLU
**Attachments:** 2009 05 05 IM to D(L) Hamdan Details and Lawsuit Revised 1 (2).docx; Hamdan Tab 1 - version 2.docx

Erinn FYI

*b5, 4r5, b1, ...*
*b5, pp, b7c*

**From:** ca-staffers-mailbox
**Sent:** Wednesday, May 20, 2009 8:11 PM
**To:** CA-OCS-Special-Assistant
**Cc:** Stott, Erinn C; Bernier-Toth, Michelle
**Subject:** FW: A.M. action on replying to ACLU

FYI

Dept. of State, A/ISS/IPS, Margaret P. Grafeld, Dir.
( ) Release (✗) Excise ( ) Deny ( ) Declassify
Date_____ Exemption _b1 (a), b1, b5, 45, b6, b6_
'APR 2 0 2011          b7c

**From:** Scanlon, Amy B
**Sent:** Wednesday, May 20, 2009 7:22 PM
**To:** ca-staffers-mailbox
**Cc:** Masilko, Barbara J
**Subject:** FW: A.M. action on replying to ACLU

Here is another one – I think we need to get a decision before CA instructs a reply.  I will pass to Deputy in the morning for some guidance.

Thanks.
Amy

**From:** Masilko, Barbara J
**Sent:** Wednesday, May 20, 2009 5:10 PM
**To:** Rana, Gautam A
**Cc:** Scanlon, Amy B; Steinfeld, Andrew W; D(L) Duty Officer (LaCrosse, Carisa A.); ButteDahl, Jennifer X; Stott, Erinn C; Lopatkiewicz, Viktoria M; Bernier-Toth, Michelle; McDonough, Patricia E; Gaudiosi, Eric V
**Subject:** A.M. action on replying to ACLU

Gautam -

CA will instruct consular section in Abu Dhabi to begin process of replying to ACLU tomorrow, unless we hear advice to the contrary.  (memo has the background)

*b5*
*b5*

DOS 001330

1

Cheers,

Barbara

---

**From:** ca-staffers-mailbox
**Sent:** Thursday, May 14, 2009 6:05 PM
**To:** Jacobs, Janice L; Kirby, Michael D; Bond, Michele T
**Cc:** Masilko, Barbara J; Stott, Erinn C; Bernier-Toth, Michelle; Ruterbories, Julie A; CA-OCS-Special-Assistant
**Subject:** FW: CA/IM/D(L): (200908650 Rev. 2) on Hamdan

FYI

**From:** Walker, Nancy J
**Sent:** Thursday, May 14, 2009 5:39 PM
**To:** SES Memoranda; TTL-NEA; TTL-CA; TTL-L; TTL-USUN-W; SES_Day
**Subject:** CA/IM/D(L): (200908650 Rev. 2) on Hamdan

Orig sent to D(L) staff (njw)

**From:** Kozlowski, Thomas G
**Sent:** Thursday, May 14, 2009 3:55 PM
**To:** Paper-SES Other
**Subject:** CA/IM/D(L): (200908650 Rev. 2) on Hamdan

2

DOS 001331

**UNCLASSIFIED**



200908650 Rev. 2
United States Department of State

*Assistant Secretary of State*
*for Consular Affairs*

*Washington, D.C. 20520*

May 13, 2009

~~CONFIDENTIAL~~
DECL: 05/05/2019

## INFORMATION MEMO FOR DEPUTY SECRETARY LEW

FROM:    CA – Janice L. Jacobs

SUBJECT: Follow-up:  UAE – Details of Hamdan Detention and Lawsuit

### Consular Case

On August 29, 2008, AmCit Mona Mallouk contacted Consulate General Dubai to report the arrest of her Amcit husband, Naji Hamdan, by the UAE State Security Department (SSD).  Post promptly requested consular access to Hamdan. UAE SSD is the arm of the UAE Ministry of Interior that handles national security issues, including cases with elements of terrorism.  They have broad authority to detain and investigate individuals and are often reluctant to grant visits, even for consular access.  It is our understanding that persons in SSD custody are not routinely allowed to communicate with family or legal representatives during the investigatory phase of detention.  A consular officer was allowed to visit Hamdan on October 19, 2008, only after extensive interaction between several Embassy offices and the host government and direct intervention by Ambassador Olson. Regular consular access was not granted until Hamdan was transferred to the custody of the Abu Dhabi police on November 26.

On December 3, Naji Hamdan alleged mistreatment while in SSD custody, and on December 31 the Embassy filed a formal written protest.  The UAE provided only an oral response indicating that Hamdan was treated in accordance with UAE law and that his treatment during three months of detention by UAE State Security was "good."  We verbally informed Hamdan of this reply.  On April 9, 2009, Hamdan's lawyers from the American Civil Liberties Union (ACLU) requested that the consular section provide a copy of the substance of the reply in writing.

b1, b1

~~CONFIDENTIAL~~
Classified by:  Assistant Secretary Janice L. Jacobs
E.O. 12958, Reasons:  1.4 (b) and (d)

**UNCLASSIFIED**

DS 001332

UNCLASSIFIED



- 2 -

$b\ell, \kappa\prime$

### ACLU Lawsuit

Naji Hamdan's family filed a Petition for a Writ of Habeas Corpus in the United States District Court for the District of Columbia, with the ACLU as counsel, alleging that the UAE government arrested, interrogated, and detained Hamdan at the U.S. government's behest. The Petition requests that the District Court order the U.S. government to rescind any request that Hamdan be retained, along with other requested relief. The Petition alleges that this claim is supported by years of alleged FBI scrutiny of Hamdan and his activities, including "interrogations" by the FBI, and culminating in a voluntary meeting between Hamdan and FBI agents at Embassy Abu Dhabi in July 2008 at which Hamdan was questioned. That meeting occurred approximately six weeks before Hamdan's detention by SSD, though the Petition alleges a shorter time frame. The Petition further alleges that unidentified individuals claim the UAE is holding Hamdan at the request of a foreign government, and notes that the UAE previously cooperated with the U.S. government in proxy detentions. Finally, it describes the attempts Hamdan's family made to obtain information from the Embassy regarding the detention, and the Embassy's purported responses.

In subsequent filings in this matter, the petitioners make additional allegations, including that Hamdan's interrogators included an individual with an "American accent" who spoke fluent English, and that based on the interrogator's accent, the interrogator was an American affiliated with the U.S. government. The Petitioners allege that the U.S. government and UAE state prosecutor have had contact with one another, and that the FBI continues to investigate Hamdan's financial transactions. Hamdan's lawyers offer these contentions in support of the allegation that Hamdan was detained at the request of the U.S. government. A Department of Justice trial attorney stated that Justice is not aware of U.S. government participation in Hamdan's interrogation while in UAE custody. The FBI has filed a declaration with the Court stating that it did not request Hamdan's detention or arrest.

$b\prime, \kappa\prime$

DOS 001333



~~CONFIDENTIAL~~

- 3 -

b1, b1

The U.S. government moved on January 12, 2009, to dismiss the Petition for Habeas Corpus, arguing that the Court does not have jurisdiction to consider the matter and, in the alternative, that the Court cannot provide the requested relief because Hamdan is being held in custody by the UAE awaiting trial on domestic UAE criminal charges. The government argues that the Court cannot attack the domestic criminal process of a sovereign nation. The motion to dismiss is fully briefed as of April 23, 2009, and awaits resolution by the District Court in Washington, D.C.

## UN Special Rapporteurs for Torture

The UN Special Rapporteurs for Torture and Protection of Human Rights while Countering Terrorism opened an inquiry in response to complaints filed by human rights organization *Al-Karama for Human Rights*. In response to requests for information, the Department replied that it cannot comment on matters of ongoing litigation. We did, however, provide the above-mentioned declarations, as they are public documents that answer many of the Rapporteurs' questions.

Attachment:
    Draft Reply to ACLU on Protest of Allegations of Mistreatment



DOS 001334

~~CONFIDENTIAL~~

Drafted:     CA/OCS/ACS/NESCA: EStott, 6-4978

Cleared:     CA/OCS: MTBond                     ok
             CA/OCS: MEHickey                  ok
             CA/OCS/ACS: MBernier-Toth         ok
             CA/OCS/ACS/NESCA: Vlopatkiewiczok
             CA/OCS/PRI: CFerber               ok
             CA/OCS/PRI: EBetancourt           ok
             NEA/ARP: BMasilko                 ok
             L/LEI: PMcDonough                 ok
             L/CA: KYouel Page                 ok
             DOJ/CIV: SBuckingham              ok
             FBI:            ]                 ok        b6, b7c, PP
             USUN:Mwebster                     ok
             CONS: SCooper                     ok
             AMB: Rolson                       ok
             INR/NESA:            ]            info       b6, PP
             CA: MDKirby                       ok
             M:ELawrence                       ok
             P:PAguilera                       ok
             D(L):TWooster                     ok
             D(S):AScanlon                     ok
             S/P:PHarrell                      ok

Approved:    JLJacobs

DOS 001335

UNCLASSIFIED

### Reply to the ACLU

The text below will be provided to Mr. Hamdan's ACLU lawyers by Post's Consular Chief, Sean Cooper, in response to their request for a written summary of the UAE government's oral reply to our diplomatic note protesting Mr. Hamdan's reports of mistreatment. Mr. Cooper, will relay this information via email, the normal mode of communication with Mr. Hamdan's lawyers in California.

Begin Text:

Courtesy Greeting:

The UAE government provided a formal oral response to the U.S. government's request that it investigate Mr. Hamdan's reports of mistreatment. No written response was provided. On April 1, 2009, a UAE official told the U.S. Ambassador that the UAE Ministry of Foreign Affairs and the UAE Ministry of Interior conducted an investigation that did not substantiate Mr. Hamdan's claims. The UAE government related that the investigation revealed that Mr. Hamdan was treated in accordance with UAE law and that his treatment during three months of detention by UAE security was "good."

As I mentioned to Mr. Hamdan during our recent consular visit, this response from the UAE government does not represent the end of our engagement on his behalf.

End Text.

DOS 001336

Perry, Elizabeth L

$\begin{array}{l} 139 \\ B \\ b5, 45 \end{array}$

**From:** Stott, Erinn C
**Sent:** Thursday, May 28, 2009 3:45 PM
**To:** 'Haas, Alexander (CIV)'; McDonough, Patricia E; Buckingham, Stephen (CIV)
**Subject:** FW: Hossam Hemdan
**Attachments:** CASC - 09 Abu Dhabi 484 2009.5.14.pdf; CASC - 08 Abu Dhabi 1175 2008.9.19.pdf; CASC - 08 Abu Dhabi 1383 2008.12.4.pdf; CASC - 09 Abu Dhabi 3 2009.1.4.pdf; CASC - 09 Abu Dhabi 285 2009.3.22.pdf; CASC - 09 Abu Dhabi 338 2009.4.2.pdf; CASC - 09 Abu Dhabi 363 2009.4.9.pdf

Sean didn't hit reply all. Here is his email from this morning.

*Erinn C. Stott*
*Department of State, Office of Overseas Citizen Services*
*Citizen Services Specialist*
*Responsible for Iraq, Jordan, Libya, Saudi Arabia, UAE, Yemen*
*Back-up for Bahrain, Egypt, Kuwait, Lebanon, Oman, Qatar, Syria*
*202-736-4978 office*
*202-647-3732 fax*
*stottec@state.gov*
*Note: My work schedule is from 7am EST to 4pm EST.*

**From:** Cooper, Sean
**Sent:** Thursday, May 28, 2009 5:13 AM
**To:** Stott, Erinn C
**Subject:** RE: Hossam Hemdan

Dept. of State, A/ISS/IPS, Margaret P. Grafeld, Dir.
( ) Release (✓) Excise ( ) Deny ( ) Declassify
Date_____ Exemption _25, 45_____

`APR 2 0 2011`

Erinn:

Thanks for the quick guidance, and thanks to Alex and all for the advice, which I will certainly follow.

For Alex's request:

To date, we've had consular access to Naji Hamdan on the following dates. The October 19 visit took place at UAE State Security Headquarters in Abu Dhabi. All other visits took place at Al Wathba Central Prison.

> October 19, 2008
> December 3, 2008
> December 11, 2008
> December 16, 2008
> December 23, 2008
> January 21, 2009
> March 11, 2009
> April 8, 2009
> May 13, 2009

During the December 16 visit, Hamdan wrote an eight page statement alleging mistreatment while he was in State Security custody. On page 6 of this statement, Hamdan wrote:

> One man spoke to me in perfect English. I thought he was American (no accent). He said you are not the only person here with masters degree. I spoke back to him in English. I said sure, I know that, please help me out. He

1

DOS 001337

said do what they want or these people "will fuck you up" !! I said if I do you promise to help me out of here?! He said it does not matter what I promise just do it. I said OK.

When Hamdan wrote this passage, he pointed it out to me and said that it was something he had not told me before. He said he was not sure that it was an American, but that the person spoke with an "American accent." We briefly discussed how many foreign nationals live or study in the United States for extended periods, often developing flawless accents when speaking in English. Hamdan again said he could not be sure whether the speaker was American. We did not further discuss this matter. I do not have record or recollection of Hamdan speaking about the "American accent" during any of our other visits.

Attached are PDFs of the Hamdan cables. There is further (and often more detailed) information in the ACS case record.

If I can provide more information, just let me know.

Thanks again,

Sean

**From:** Stott, Erinn C
**Sent:** Wednesday, May 27, 2009 10:44 PM
**To:** Cooper, Sean
**Subject:** FW: Hossam Hemdan

Sean,

Its rather long and cumbersome, but see below the responses from all offices involved. And in one day! In short, no office involved in Hamdan's case has any objection to you meeting with Hamdan's relatives. Please see Alex Haas's email for some cautions from DOJ as well as a request.

Erinn

*Erinn C. Stott*
*Department of State, Office of Overseas Citizen Services*
*Citizen Services Specialist*
*Responsible for Iraq, Jordan, Libya, Saudi Arabia, UAE, Yemen*
*Back-up for Bahrain, Egypt, Kuwait, Lebanon, Oman, Qatar, Syria*
*202-736-4978 office*
*202-647-3732 fax*
*stottec@state.gov*
*Note: My work schedule is from 7am EST to 4pm EST.*

**From:** Masilko, Barbara J
**Sent:** Wednesday, May 27, 2009 2:28 PM
**To:** Stott, Erinn C
**Subject:** RE: Hossam Hemdan

Erinn -- NEA would not object to CA doing it's job. Please make sure that Sean has informed the Abu Dhabi FO of the meeting request, that's all I ask! - Barbara

**From:** Stott, Erinn C
**Sent:** Wednesday, May 27, 2009 12:14 PM
**To:** Masilko, Barbara J
**Subject:** FW: Hossam Hemdan

2

DOS 001338

Barbara,

I'm checking with you just to get all the ducks in a row. L/LEI, L/CA, DOJ and OCS have weighed in below. Just making sure the Desk has no issues with Sean potentially meeting with Hamdan's brother and nephew during their upcoming visit to the UAE this weekend. They will be visiting Hamdan in jail. It is likely that they will want to meet with Sean, but they have not requested the meeting in so many words.

Also, do we have a go from NEA on sending the ACLU response? Sean's on stand-by until he gets your word.

Erinn

----------------
**From:** Youel Page, Kathryn
**Sent:** Wednesday, May 27, 2009 10:20 AM
**To:** McDonough, Patricia E; 'alexander.haas@usdoj.gov'; Stott, Erinn C
**Subject:** RE: Hossam Hemdan

I think we won't know until they get there if they ask to meet with Sean, although we should assume they will. I have no problem from a L/CA perspective with Sean taking this as a consular meeting. We should confirm with Sean that he won't discuss the law suit but will instead limit the discussion to consular matters.

Katy Youel Page
Office of the Legal Adviser, L/CA
U.S. Department of State
202-647-9178


**From:** Haas, Alexander (CIV) [mailto:Alexander.Haas@usdoj.gov]
**Sent:** Wednesday, May 27, 2009 10:01 AM
**To:** Stott, Erinn C; McDonough, Patricia E
**Cc:** Buckingham, Stephen (CIV); Henry, Terry (CIV)
**Subject:** RE: Hossam Hemdan

Erinn,

Our view is that the lawsuit should not stop State from doing its important consular work and if that involves meeting with families, so be it. But you should make sure that L agrees and has no objections.

b5,
d5

DOS 001339

Alex

**From:** Stott, Erinn C [mailto:StottEC@state.gov]
**Sent:** Wednesday, May 27, 2009 9:19 AM
**To:** Haas, Alexander (CIV); McDonough, Patricia E
**Subject:** RE: Hossam Hemdan

Not in so many words. The ACLU lawyer states they would "appreciate the opportunity to meet with you."

*Erinn C. Stott*
*Department of State, Office of Overseas Citizen Services*
*Citizen Services Specialist*
*Responsible for Iraq, Jordan, Libya, Saudi Arabia, UAE, Yemen*
*Back-up for Bahrain, Egypt, Kuwait, Lebanon, Oman, Qatar, Syria*
*202-736-4978 office*
*202-647-3732 fax*
*stottec@state.gov*
*Note: My work schedule is from 7am EST to 4pm EST.*

**From:** Haas, Alexander (CIV) [mailto:Alexander.Haas@usdoj.gov]
**Sent:** Wednesday, May 27, 2009 9:18 AM
**To:** Stott, Erinn C; McDonough, Patricia E
**Subject:** RE: Hossam Hemdan

I will consult here, but wanted clarification of one point. Have they asked for a meeting or is this a contingency? Sean's
email says he'd be open to a meeting "should he choose to contact us during his time in the UAE."

**From:** Stott, Erinn C [mailto:StottEC@state.gov]
**Sent:** Wednesday, May 27, 2009 8:52 AM
**To:** McDonough, Patricia E
**Cc:** Haas, Alexander (CIV)
**Subject:** FW: Hossam Hemdan
**Importance:** High

Trish and Alex,

Please see Sean's emails below. Hamdan's brother and nephew will be in UAE this weekend and will be visiting him in
jail. They have requested a meeting with Sean Cooper. Does L or DOJ have any objections/thoughts on this?

I'm asking each office involved individually, so if there are other offices you feel we should consult, please let me know.

Erinn

*Erinn C. Stott*
*Department of State, Office of Overseas Citizen Services*
*Citizen Services Specialist*
*Responsible for Iraq, Jordan, Libya, Saudi Arabia, UAE, Yemen*
*Back-up for Bahrain, Egypt, Kuwait, Lebanon, Oman, Qatar, Syria*
*202-736-4978 office*
*202-647-3732 fax*
*stottec@state.gov*
*Note: My work schedule is from 7am EST to 4pm EST.*

4

DOS 001340

**From:** Bernier-Toth, Michelle
**Sent:** Wednesday, May 27, 2009 8:49 AM
**To:** Stott, Erinn C; Lopatkiewicz, Viktoria
**Subject:** RE: Hossam Hemdan

From a consular perspective, no. But L and DOJ may have strong views. M

**From:** Stott, Erinn C
**Sent:** Wednesday, May 27, 2009 8:12 AM
**To:** Lopatkiewicz, Viktoria; Bernier-Toth, Michelle
**Subject:** FW: Hossam Hemdan

Do we in OCS have any issues with Sean meeting with Hamdan's family during their upcoming visit to the UAE this weekend? I'll pose the question to the other offices involved on the case as well, if need be, but wanted to get our perspective first.

Erinn

*Erinn C. Stott*
*Department of State, Office of Overseas Citizen Services*
*Citizen Services Specialist*
*Responsible for Iraq, Jordan, Libya, Saudi Arabia, UAE, Yemen*
*Back-up for Bahrain, Egypt, Kuwait, Lebanon, Oman, Qatar, Syria*
*202-736-4978 office*
*202-647-3732 fax*
*stottec@state.gov*
*Note: My work schedule is from 7am EST to 4pm EST.*

**From:** Cooper, Sean
**Sent:** Wednesday, May 27, 2009 8:07 AM
**To:** Stott, Erinn C
**Subject:** FW: Hossam Hemdan

Erinn:

Still have not sent the long-pending response to the ACLU query on the UAEG investigation. Got your email this morning, but am still awaiting a clear "OK" from NEA. I would imagine we should have that by OOB Abu Dhabi tomorrow.

Below is a separate query/information and response regarding an upcoming visit by Hamdan's brother and nephew. We've contacted the prison on their behalf, and it appears they'll have no trouble visiting.

We do have a PAW for Hossam Hemdan (the brother), so I would accept a meeting with him should he choose to contact us during his time in the UAE. (Barring any contradictory guidance from DC.)

Sean

**From:** Cooper, Sean
**Sent:** Wednesday, May 27, 2009 4:00 PM
**To:** 'Jennie Pasquarella'
**Cc:** Ahilan Arulanantham; Reem Salahi; sam hemdan
**Subject:** RE: Hossam Hemdan

5

DOS 001341

Jennie:

I am glad to hear that Hossam and his son will be able to visit with Naji. I would also be happy to meet with Hossam during his time in the UAE.

Based on your email, we have contacted Al Wathba Prison and informed them of Hossam's and Muhammad's desire to visit Naji. Their names have been added to the access lists at the prison. If they are arriving in Abu Dhabi on Thursday, their first opportunity to visit Naji would be during Friday's visiting hours. Prison officials inform us that they may visit between 8:30 a.m. and 5 p.m. on Friday, May 29.

The Embassy will be closed on Friday and Saturday, but we will be back in the office on Sunday, May 31. Hossam can reach me at this email address or by my direct phone (+971-2-414-2657) and let me know when it might be convenient for him to visit.

Regards,

Sean

R. Sean Cooper
Consul
U.S. Embassy Abu Dhabi
+971-2-414-2657
http://abudhabi.usembassy.gov/

**From:** Jennie Pasquarella [mailto:jpasquarella@aclu-sc.org]
**Sent:** Tuesday, May 26, 2009 9:29 PM
**To:** Cooper, Sean
**Cc:** Ahilan Arulanantham; Reem Salahi; sam hemdan
**Subject:** Hossam Hemdan

Dear Sean,
I hope this finds you well.

I'm writing to inform you that Naji's brother, Hossam Hemdan (Sammy Hemdan), will be traveling from Beirut to the UAE on Thursday, May 28th. He will be traveling with his son Muhammad Hemdan. They are hoping to meet with Naji in Al Wathba, and I think also would appreciate the opportunity to meet with you. Anything you could do to help ensure Hossam is given access to meet with Naji in Al Wathba would be much appreciated.

Thanks very much for your help.

Best, Jennie

**Jennie Pasquarella**
Staff Attorney
ACLU of Southern California
1313 West Eighth Street
Los Angeles, CA 90017
T: 213.977.5236
F: 213.977.5297
jpasquarella@aclu-sc.org

6

DOS 001342

Telegram

UNCLASSIFIED ABU DHABI 00001175

VZCZCXYZ0001
RR RUEHWEB

DE RUEHAD #1175 2931033
ZNR UUUUU ZZH
R 191033Z OCT 08
FM AMEMBASSY ABU DHABI
TO SECSTATE WASHDC 1590
BT

UNCLAS ABU DHABI 001175

DEPT FOR CA/OCS/ACS/NESA

E.O. 12958: N/A
TAGS: CASC, AE (HAMDAN, NAJI JAWDAT)
SUBJECT: ARREST CASE OF NAJI JAWDAT HAMDAN

1.  NAME: Hamdan, Naji Jawdat
2.  SEX: Male
3.  DPOB: May 26, 1966, LEBN
4.  PASSPORT: 21791539, issued August 02, 2006, DPT
5.  OTHER NATIONALITIES, IF ANY, AND HOW ACQUIRED: Lebanese by
birth.
USUAL COUNTRY OF RESIDENCE: UAE and LEBN
NATIONALITY OF PASSPORT USED TO ENTER COUNTRY OF ARREST: United
States of America
6.  LAST KNOWN U.S. ADDRESS: 1848 E. 55th St., Los Angeles, CA
90058 (business address: Honda and Acura Palace)
7.  DATE/PLACE OF ARREST: August 28, 2008, Ajman, UAE
8.  CONDITION OF ARRESTEE: Normal
9.  CHARGES: Unknown - Still Under Investigation
10. PLACE OF DETENTION: Abu Dhabi State Security Detention Facility
11. JUDICIAL STATUS: Pretrial
12. TRIAL/HEARING DATE: None scheduled. Still Under Investigation.
13. POSSIBLE SENTENCE: Unknown - Still Under Investigation
14. ATTORNEY: None to date.
15. PRIVACY ACT WAIVER: Limited. YES TO CONGRESS WAIVER, FAMILY

DOS 001343

Telegram

WAIVER.
16. NOK:
— HAMDAN, MUNA (Spouse), LEBN, HOME: +961 702 33527
17. NOTIFICATION: CONSUL WAS NOTIFIED BY ConGen Dubai ON August 31, 2008
18. ACCESS: Access was granted on October 19, 2008
19. OTHER AMERICANS ARRESTED: None
20. MISTREATMENT: No mistreatment alleged
21. PROPERTY CONFISCATED: Computer, paperwork, briefcase, US PPT.
22. JUDICIAL PROCEEDINGS: None scheduled. Still Under Investigation.
23. EMDA: N/A
24. REMARKS: Detained by UAE State Security. Place of arrest was Ajman. Consular access gained following extensive efforts by post, including direct intervention of Ambassador.
25. ADVISING NOK OR OTHERS: Post has been in regular contact with subject's wife, Muna Hamdan. Subject requested that post contact her in Lebanon and pass his request that she not travel to the UAE at this time.

OLSON
BT
#1175

NNNN

UNCLASSIFIED ABU DHABI 00001175

DOS 001344

UNCLASSIFIED ABU DHABI 0001383

VZCZCXRO8249
RR RUEHDE
DE RUEHAD #1383/01 3390948
ZNR UUUUU ZZH
R 040948Z DEC 08
FM AMEMBASSY ABU DHABI
TO RUEHC/SECSTATE WASHDC 1851
INFO RUEHDE/AMCONSUL DUBAI 8067
BT
UNCLAS SECTION 01 OF 02 ABU DHABI 001383

Department for CA/OCS/ACS/NESA - Erinn Stott, NEA/ARP - Barbara
Masilko

E.O. 12958: N/A
TAGS: CASC, AE (HAMDAN, NAJI JAWDAT)
SUBJECT: Update: ARREST CASE OF NAJI HAMDAN - Allegations of
Mistreatment

REF:  Abu Dhabi 1175

1. On December 3, 2008, Consul and conasst met with Naji Hamdan at
Al Wathba Prison, Abu Dhabi. Hamdan was transferred to Al Wathba on
November 26, 2008 after spending three months in UAE State Security
(SSD) custody. This was the second consular visit, following an
initial visit at SSD headquarters on October 19. We understand from
Hamdan that the UAE has proffered four terrorism-related charges
against him.  We are working to obtain specifics on the individual
charges. Hamdan claims that SSD instructed him not to discuss the
specific charges, with the embassy, and will only state that the
charges are for "terrorism" and "the internet." During the December
3 visit, which extended almost two hours, Hamdan made allegations of
mistreatment while in SSD custody. At this time, he has requested we
not protest this alleged mistreatment to the UAEG, as he fears it
may negatively impact his situation.

DOS 001345

Telegram

2. Hamdan was detained on August 28, 2008. From that day until
September 17 or 18, he claims to have been subject to daily
interrogation and mistreatment. Hamdan requests that these
allegations and information be handled in a very sensitive manner,
as he is fearful that — should this information "get back to State
Security" — he will suffer as a result. He was particularly
concerned that the FBI might share this information with SSD.

3. Hamdan reports that during the first week of custody he was
placed in a room with the air conditioning "on full cold" for 24
hours and deprived of any bedding or blankets, left with only light
pajamas for warmth. The next day, they placed him in the same room
for 3-4 hours.

4. Hamdan says that during the second week, he was placed in a very
uncomfortable chair that his captors told him was an "electric
chair." This chair, according to Hamdan, pressed on his thighs and
the center of his back, causing extreme discomfort and the loss of
circulation in his lower legs. Hamdan states that his forearms were
secured with Velcro straps and he was blindfolded in this chair for
hours while being struck in the head by his captors. He claims that
they beat his head with hands and fists, but never left a mark.
Hamdan reports that at no time was he electrically shocked. At one
point, Mr. Hamdan says he lost consciousness, waking to find himself
on the floor and "soaked with sweat." He says that his captors
accused him of faking this loss of consciousness. They carried him
to his cell. An hour later, a doctor checked on him, declaring him
"fine."

5. In the third week of custody, Hamdan says he was brought to a
room with 10-15 persons in it (he could see feet and legs through
the bottom of his blindfold, as well as hear many voices) and seated
in a chair. After several minutes seated, he claims that he was
slapped by an unseen assailant "from nowhere." Hamdan says that he
was then taken from the chair, placed face down on the floor. He
explains that one person sat on his back while another raised his
bare feet behind him. A third person then, according to Hamdan,
proceeded to beat Hamdan's bare feet with a large stick, which
Hamdan describes as "half baseball (bat) size." Hamdan explains that
they hit his feet about ten times, then allowed him some water, then

DOS 001346

Telegram

began beating his feet again. This cycle was repeated at least twice. Hamdan claims that his feet felt "like they were twice normal size." Hamdan says he reflexively struggled as he was struck, causing another person to seize Hamdan's wrists behind his back and place a knee directly on his wrists. Hamdan claims to still have some pain in his right wrist from this incident.

6.     Hamdan said that after being struck with the stick several times, he grabbed the lower leg of one of his captors, begging for the beating to stop. The captor then, according to Hamdan, slapped him "severely" in the face, knocking him to the ground. This cycle of Hamdan begging and being struck was repeated 5-6 times.

7.     Following these strikes to the face, Hamdan then says he was suddenly kicked in the right abdomen by someone wearing a "military boot." The kick was delivered with such force that Hamdan feared he would die. He has suffered from liver problems in the past, which added to this fear. The assailant then proceeded to kick him two more times in the right abdomen. As Hamdan asked his attacker to stop, he claims that the assailant asked him whether they (SSD) should bring Hamdan's wife and subject her to similar treatment. Fearing for his life, Hamdan asked to see a doctor, complaining of distinct pain at two places in his right side. The doctor performed a quick check with his hands and declared that Hamdan was "fine."

8.     Hamdan says that he was blindfolded any time that he left his holding room, including during questioning/interrogation sessions. At all sessions he claims to have faced physical mistreatment, including slaps and strikes to the face and body. He claims that at one point he was beaten for perceived links to the FBI - claiming that his captors thought "maybe he was assigned by FBI to do something on UAE soil."

ABU DHABI 0000383   002 OF 002

9.     Hamdan reports that after approximately three weeks in custody, the daily questioning/interrogation and physical attacks suddenly ceased. He says he was left in his solitary cell; his only contact

DOS 001347

Telegram

with jailers was as they delivered his food and medicines, until approximately October 16 - three days before initial visit by US consular officials (reftel). At that time, he says that SSD officials came to his cell, asked his clothing sizes, and said he would be released "in a few days." On October 19, the day of the consular visit, Hamdan says he was taken in a truck from the holding cell to the visitors' area at SSD Headquarters. During that drive, he claims to have been instructed not to provide any details of his treatment to the visiting consular officer, under implied threat of further mistreatment.

10. Following the consular visit that was observed by three SSD officials, and during which Hamdan repeatedly denied any mistreatment, Hamdan says he was returned to his cell, where the isolation treatment continued until around November 23. At that time, Hamdan claims that questioning sessions began again, with particular focus on his written statement. Hamdan claims that SSD officials took his initial statement, gathered under duress over the first weeks of his custody, and then "twisted", "warped", and "stretched" it to be incriminating. He says that they claimed "we're going let you go," but that they just needed to get the paperwork finished. The original statement, which Hamdan says was about 4 pages in length, grew to about 20 pages. Hamdan signed the statement, explaining that he felt that he had no other choice and felt desperate after three months of detention and mistreatment.

11. Since his transfer to Al Watha Prison, Hamdan has been in brief telephone contact with both his brother, Hossam "Sam" Hemdan, and wife, Mona Hamdan. Hamdan's brother, who spells his last name differently (Ali Al Mannal, who appears on embassy lawyer list.) Hamdan has contacted a local UAE attorney on Naji Hamdan's behalf. Hamdan expects to meet with this attorney in mid-December, following the local Eid and National Day holidays, and after the attorney has time to speak with the State Security prosecutor who is handling his case. Hamdan will then determine whether he will proceed with using this attorney as his legal representative. Post will then again seek to visit Mr. Hamdan to seek further input on how he and his attorney prefer that we handle these serious allegations of mistreatment.

http://telegrams.state.gov/posts/view_telegram.cfm?telecb=7733280005488costc=A3JWDHA8T (4 of 6) [5/28/2009 12:13:36 PM]

Telegram

12. Hamdan reports that conditions at Al Watba Prison are much improved. Upon his request, he is currently being housed in a non-smoking unit. He has access to books and newspapers and "there is even a television in the lounge." He is able to make brief, weekly telephone calls. (He called his brother and wife on December 2, and intends to call his wife again on December 9.) He has access to a doctor, and told conoff that the doctor recently drew blood at Hamdan's request to check his cholesterol level and liver function. Hamdan says that he is eating well and receiving all his normal preventative medications. After claiming to suffer from severe insomnia during his detention with State Security, Hamdan says he is now sleeping well.

13. Hamdan executed a new Privacy Act waiver during this visit, limited to his wife, brother, attorney, and Members of Congress. He declined to extend the waiver to media or, even after being specifically asked, the ACLU. Post communicated information on this December 3 visit to Hamdan's wife and brother. While Hamdan requested that we not discuss details of his allegations with his wife, we did discuss these details with Hossam Hemdan. Based on a request from Hossam Hemdan, post will attempt to visit with Mr. Hamdan in the coming week to relay his brother's request that the Privacy Act waiver be expanded to include the ACLU.

14. A newspaper article in which Hossam Hemdan outlines accusations of his brother's mistreatment appeared in the December 2 edition of the Miami Herald. (http://www.miamiherald.com/news/politics/AP/story/796609.html)

OLSON
BT
#1383

NNNN

DOS 001349

telegram

UNCLASSIFIED   ABU DHABI   0001383

http://telegrams.state.gov/posts/view_telegram.cfm?teleid=77332060548&post=-ABUDHABI (6 of 6) [5/28/2009 12:13:36 PM]

DOS 001350

UNCLASSIFIED ABU DHABI 0000003

UNCLASSIFIED

VZCZCXRO9220
RR RUEHDE
DE RUEHAD #0003/01 0040739
ZNR UUUUU ZZH
R 0407392 JAN 09
FM AMEMBASSY ABU DHABI
TO RUEHC/SECSTATE WASHDC 1951
INFO RUEHDE/AMCONSUL DUBAI 8104
BT

UNCLAS SECTION 01 OF 02 ABU DHABI 000003

Department for CA/OCS/ACS/NESA - Erinn Stott, NEA/ARP - Barbara Masilko

Sensitive

E.O. 12958: N/A
TAGS: CASC, AE (HAMDAN, NAJI JAWDAT)
SUBJECT: Update: ARREST CASE OF NAJI HAMDAN -Diplomatic Note on Reported Mistreatment Delivered

REF:   (A) 08 Abu Dhabi 1175
   (B) 08 Abu Dhabi 1383

1. ████ On December 31, 2008, Consul and Conasst met with UAE MFA Acting Director for Consular Affairs Mohamed Al Nowais to deliver diplomatic note number 1161, in which post requests MFA investigate Amcit Naji Hamdan's reports of mistreatment while in UAE State Security custody. (Reported ref B.) The text was prepared in coordination with CA/OCS and DOJ. Al Nowais said he was not very familiar with the case, but added that he knew the Foreign Minister was personally aware of and "following this matter" (Note: Ambassador raised this matter with the Foreign Minister in a December 21 meeting). Text of the note follows.
BEGIN DIPNOTE 1161 TEXT

The Embassy of the United States of America presents its compliments to the Ministry of Foreign Affairs and has the honor to

http://telegrams.state.gov/pcecs/view_ttelegram.cfm?telek=77821460v0248qoaei=ABUDHABI (1 of 6)[5/28/2009 12:17:22 PM]

UNCLASSIFIED

bring to the attention of the Ministry of Foreign Affairs the following:

On August 28, 2008, American citizen Naji Jawdat Hamdan was detained by UAE State Security forces in Ajman. The U.S. Embassy did not receive consular notification of Mr. Hamdan's detention from UAE authorities; American consular officials learned of the arrest through his family. Mr. Hamdan remained in State Security custody until November 26, when he was transferred to Al Wathba Central Prison, Abu Dhabi. During Mr. Hamdan's almost three months in State Security custody, the United States Embassy was granted consular access on one occasion - October 19 - despite repeated requests for consular access. During this visit, the consular officer was unable to speak privately with Mr. Hamdan, and their discussion was observed by three State Security officials.

Subsequent to Mr. Hamdan's transfer to Al Wathba, Mr. Hamdan reported to U.S. consular officials that he was abused during his time in UAE State Security custody. From August 28, 2008 until September 17 or 18, he claims to have been subject to daily interrogation and mistreatment.

Mr. Hamdan stated that during the first week of custody he was placed in a room with the air conditioning "on full cold" for 24 hours and deprived of any bedding or blankets, left with only light pajamas for warmth. The following day, he reportedly was placed in the same room for 3-4 hours.

Mr. Hamdan said that during the second week, he was placed in a very uncomfortable chair that his captors told him was an "electric chair." This chair, according to Mr. Hamdan, pressed on his thighs and the center of his back, causing extreme discomfort and the loss of circulation in his lower legs. Mr. Hamdan stated that his forearms were secured with Velcro straps and he was blindfolded in this chair for hours while being struck in the head by his captors. He claimed that they beat his head with hands and fists, but never left a mark. Mr. Hamdan reported that at no time was he electrically shocked. At one point, Mr. Hamdan said he lost consciousness, waking to find himself on the floor and "soaked with sweat." He said that his captors accused him of faking this loss of

DOS 001352

consciousness, that he was carried to his cell and that an hour later a doctor checked on him, declaring him "fine."

Mr. Hamdan said that in the third week of custody he was brought to a room with 10-15 persons in it (he said that he could see feet and legs through the bottom of his blindfold, as well as hear many voices) and seated in a chair. He claimed that, after several minutes seated, he was slapped by an unseen assailant "from nowhere." Mr. Hamdan said that he was then taken from the chair, placed face down on the floor. He explained that one person sat on his back while another raised his bare feet behind him. A third person then, according to Mr. Hamdan, proceeded to beat Mr. Hamdan's bare feet with a large stick, which Mr. Hamdan described as "half baseball (bat) size." Mr. Hamdan explained that they hit his feet about ten times, then allowed him some water, then began beating his feet again. This cycle, Mr. Hamdan claimed, was repeated at least twice. Mr. Hamdan claimed that his feet felt "like they were twice normal size." Mr. Hamdan said he reflexively struggled as he was struck, causing another person to seize Mr. Hamdan's wrists behind his back and place a knee directly on his wrists. Mr. Hamdan claimed to still have some pain in his right wrist from this incident.

Mr. Hamdan said that after being struck with the stick several times, he grabbed the lower leg of one of his captors, begging for the beating to stop. The captor then, according to Mr. Hamdan, slapped him "severely" in the face, knocking him to the ground. Mr. Hamdan claims that this cycle of him begging and being struck was repeated 5-6 times.

Mr. Hamdan said that, following these strikes to the face, he was suddenly kicked in the right abdomen by someone wearing a

ABU DHABI 00000003 002 OF 002

"military boot." The kick, according to Mr. Hamdan, was delivered with such force that Mr. Hamdan feared he would die. He said he has suffered from liver problems in the past, and that the assailant then proceeded to kick him two more times in the right abdomen. Mr.

DOS 001353

Telegram

Hamdan claimed that, as he asked his attacker to stop, the official asked him whether State Security should bring Mr. Hamdan's wife and subject her to similar treatment. Mr. Hamdan said that he feared for his life and asked to see a doctor, complaining of distinct pain at two places in his right side. Mr. Hamdan said that the doctor later performed a quick check with his hands and declared that Mr. Hamdan was "fine."

Mr. Hamdan said that he was blindfolded any time that he left his holding room, including during questioning/interrogation sessions. Mr. Hamdan claimed that physical mistreatment, including slaps and strikes to the face and body, was administered in every session.

Mr. Hamdan reported that after approximately three weeks in custody, the daily questioning/interrogation and physical attacks suddenly ceased. He said he was left in his solitary cell - his only contact with jailers was as they delivered his food and medicines - until approximately October 16, three days before the initial visit by U.S. consular officials. Mr. Hamdan said that State Security officials then came to his cell, asked his clothing sizes, and said he would be released "in a few days." Mr. Hamdan said that on October 19, the day of the consular visit, he was taken in a truck from the holding cell to the visitors' area at State Security Headquarters. Mr. Hamdan claimed that during that drive he was instructed not to provide any details of his treatment to the visiting consular officer, under implied threat of further mistreatment.

Mr. Hamdan said that following the consular visit that was observed by three State Security officials, he was returned to his cell, where the isolation treatment continued until around November 23. Mr. Hamdan claimed that questioning sessions then began again, with particular focus on his written statement. Mr. Hamdan claimed that State Security officials took his initial statement, gathered under duress over the first weeks of his custody, and then "twisted", "warped", and "stretched" it to be incriminating. He said that officials claimed "We're going let you go," and that they just needed to get the paperwork finished. The original statement,

DOS 001354

Telegram

which Mr. Hamdan said was about 4 pages in length, grew to about 20 pages. Mr. Hamdan explained that he signed the statement because he felt that he had no other choice and felt desperate after three months of detention and mistreatment.

The reported treatment of Mr. Hamdan by UAE State Security, lack of consular notification, and limited consular access are clearly in violation of article 36 of the Vienna Consular Convention to which both the United States of America and the United Arab Emirates are signatory.

The Embassy respectfully requests that the Ministry of Foreign Affairs investigate these reports of physical mistreatment of Mr. Naji Jawdat Hamdan and provide the results of its investigation to the Embassy within the next thirty days. The Embassy further requests that the Ministry of Foreign Affairs take appropriate measures to ensure that instances of mistreatment of Americans do not occur.

The Embassy of the United States of America avails itself of this opportunity to renew to the Ministry of Foreign Affairs the assurances of its highest consideration.

Embassy of the United States of America, Abu Dhabi, December 31, 2008

END DIPNOTE TEXT

OLSON
BT
#0003

NNNN

DOS 001355

telegram
UNCLASSIFIED   ABU DHABI   00000003

http://telegrams.state.gov/posts/view_telegram.cfm?teleid=77821460402&post=ABUDHABI (6 of 6) [5/28/2009 12:17:22 PM]

UNCLASSIFIED ABU DHABI 00000285



VZCZCXYZ0014
PP RUEHWEB

DE RUEHAD #0285 0810546
ZNR UUUUU ZZH
P 220546Z MAR 09
FM AMEMBASSY ABU DHABI
TO SECSTATE WASHDC PRIORITY 2278
BT

UNCLAS ABU DHABI 000285

For CA/OCS/ACS/NESA - Erinn Stott, NEA/ARP - Barbara Masilko

E.O. 12958: N/A
TAGS: CASC, AE (HAMDAN, NAJI JAWDAT)
SUBJECT: Update - Arrest Case of Naji Hamdan - Consular Visit

REF:    (A) 08 Abu Dhabi 1175
        (B) 08 Abu Dhabi 1383
        (C) 09 Abu Dhabi 3

1. (SBU) On March 11, 2009, Consul and Conasst visited Naji Jawdat
Hamdan at Al Watiba Prison, Abu Dhabi. During the visit, Hamdan
appeared to be in generally good spirits. He said that he was in
good health and receiving all of his preventative medications.

2. (SBU) Hamdan inquired about the latest on Embassy's request that
the
UAEG investigate his reports of mistreatment while in State Security
custody. (Mistreatment initially reported Ref B. Dipnote #1161 was
delivered to the UAE MFA on December 31, 2008. Delivery was reported
in Ref C.) Consul related that he had spoken personally to the new
MFA Director of Consular Affairs on the matter, and that post has
also followed-up with the Deputy Director on multiple occasions. To
date, the MFA informs post that they have received no response from

DOS 001357

the UAE Ministry of Interior. Post intends to send a follow up
dipnote in the coming days. Hamdan encouraged consular staff to
continue to pursue a UAEG response, which staff assured him is being
done.

3. (SBU) Hamdan said he met with his lawyer Abdulqader Al Haythami
on March 10, 2009, and that Al Haythami said Hamdan's case file is
now with the Attorney General. (The prosecutor's office informs post
that terrorism-related casefiles must proceed from the prosecutor to
the Chief Prosecutor to the Attorney General before being sent to
the court.) Once the casefile is with the court, Hamdan's attorney
will be allowed to make a copy to review. (Al Haythami can currently
review the casefile at the prosecutor's office, but cannot make a
copy.) Hamdan said if the casefile is not sent to the court "within
a couple of weeks" his lawyer intends to request bail. Charges, both
to post's and Hamdan's knowledge, remain unchanged.

4. (SBU) Hamdan also related that ACIU attorney Reem Salahi, who
appeared at the embassy and visited with consular staff on February
12, was able to visit with him at Al Watiba Prison. Post provided
assistance to Ms. Salahi in contacting prison officials, who said
that, as Ms. Salahi is neither family nor an attorney in the UAE,
she could not be granted visitation without permission of the
prosecutor, who was then travelling in the USA. It appears Ms.
Salahi obtained this permission. Following several phone
conversations with Ms. Salahi during the week of February 15, post
received no further updates from Ms. Salahi on her visit to the
UAE.

5. (SBU) Post will continue to follow up on our request that the UAE
MFA investigate Mr. Hamdan's reports of mistreatment and will
continue to provide all appropriate consular assistance to Mr.
Hamdan.

OLSON
BT
#0285

http://telegrams.state.gov/posts/view_telegram.cfm?id=de=7932647202468&post=ABUDHABI (2 of 3) [5/28/2009 12:14:51 PM]

UNCLASSIFIED

Telegram

NNNN

UNCLASSIFIED  ABU DHABI  00000285

http://telegrams.state.gov/posts/view_telegram.cfm?telecid=7932647202498&post=ABUDHABI (3 of 3) [5/28/2009 12:14:51 PM]

DOS 001359

UNCLASSIFIED ABU DHABI 0000338



UNCLASSIFIED

VZCZCXRO7172
PP RUEHDE
DE RUEHAD #0338 0920605
ZNR UUUUU ZZH
P 020605Z APR 09
FM AMEMBASSY ABU DHABI
TO RUEHC/SECSTATE WASHDC PRIORITY 2324
INFO RUEHDE/AMCONSUL DUBAI 8221
BT
UNCLAS ABU DHABI 000338

Department for CA/OCS/ACS/NESA - Erinn Stott, NEA/ARP - Barbara
Masiiko

Secstate

E.O. 12958: N/A
TAGS: CASC, AE (HAMDAN, NAJI JAWDAT)
SUBJECT: Update: ARREST CASE OF NAJI HAMDAN - UAE Government
Reports No Evidence of Mistreatment

REF: (A) 08 Abu Dhabi 1175
     (B) 08 Abu Dhabi 1383
     (C) Abu Dhabi 3

1. (SBU) SUMMARY: On April 1, 2009, Ambassador, accompanied by
Conchief, was summoned to meet with UAE MFA Director for Consular
Affairs Ambassador Sultan Mohammed Al Qortasi. Al Qortasi reported
that an investigation undertaken by the UAE MFA and Ministry of
Interior (MOI) into allegations of mistreatment made by Amcit Naji
Hamdan uncovered no information to substantiate Hamdan's claims. He
added that Hamdan's legal case was moving forward, and that he
expected the trial to begin "soon," perhaps within a month. During
the meeting Al Qortasi floated the idea of transferring Hamdan to
U.S. custody following his trial. END SUMMARY.

2. (SBU) Post delivered a diplomatic note on December 31, 2008 which
requested MFA investigate Amcit Naji Hamdan's reports of
mistreatment while in UAE State Security custody. (Delivery of note

DOS 001360

UNCLASSIFIED

reported ref C. Details of allegations reported ref B.) The text was
prepared in coordination with CA/OCS and DOJ. Extensive follow-up
with the MFA included multiple conversations between Conchief and
the Director and Deputy Director of Consular Affairs as well as a
second dipnote delivered on March 23, 2009.

3. (🟦U) During an April 1 meeting, Al Qortasi said that MFA and MOI
had investigated the claims of mistreatment related in the embassy's
diplomatic note. The investigation uncovered that Hamdan was treated
in accordance with UAE law and that his treatment during three
months of "investigation" by UAE State Security was "good." Al
Qortasi said that Hamdan was involved in terrorist activities and
said he was charged with three crimes: 1. Promotion of terrorism, 2.
Cooperation with terrorists and 3. Engaging in terrorist activity.
Specifically, Al Qortasi said that Hamdan had served as a translator
for terrorists in Pakistan, Lebanon and Iraq, and that Hamdan had
worked to promote terrorist organizations. Al Qortasi related that
Hamdan's case had the personal attention of the UAE Minister of
Foreign Affairs.

4. (🟦U) Ambassador and Conchief thanked Al Qortasi for the
Ministry's efforts to look into these serious allegations. Both also
welcomed the news that Hamdan would soon have the opportunity to
respond to charges in court. Ambassador and Conchief reiterated the
importance of timely and appropriate consular access to citizens and
pointed out that such access had not been forthcoming in Mr.
Hamdan's case. Conchief also pointed out that there had been no
formal notification of Hamdan's arrest from the UAEG, and that
initial consular access took place only under the observation of UAE
State Security officials.

5. (🟦U) During the meeting, Al Qortasi made an offer to transfer
Hamdan to U.S. custody. Al Qortasi indicated that such a transfer
could be made following Hamdan's trial if he is found guilty.
Ambassador said that he was unable to make a formal response to such
an offer at this time, but pointed out the lack of a prisoner
transfer treaty between the US and UAE.

6. (🟦) COMMENT: Hamdan's allegations of mistreatment have not
been substantiated. Such mistreatment would not be consistent with
previous known actions of the UAE State Security Department. In
light of the serious nature of the allegations and substantiated
evidence that the UAEG had failed to provide consular access and
notification in accordance with the Vienna Convention on Consular

UNCLASSIFIED

DOS 001361

Telegram

Relations, post requested that the UAEG investigate Hamdan's reports. END COMMENT.

7. Post will continue to provide all appropriate consular assistance to Mr. Hamdan.

OLSON

BT

#0338

NNNN

UNCLASSIFIED ABU DHABI 00000338

DOS 001362

UNCLASSIFIED ABU DHABI 00000484

VZCZCXYZ0000
PP RUEHWEB

DE RUEHAD #0484 1340700
ZNR UUUUU ZZH
P 140700Z MAY 09
FM AMEMBASSY ABU DHABI
TO SECSTATE WASHDC PRIORITY 2473
BT

UNCLAS ABU DHABI 000484

For CA/OCS/ACS/NESA - Erinn Stott, NEA/ARP - Barbara Masilko

SENSITIVE

E.O. 12958: N/A
TAGS: CASC, AE (HAMDAN, NAJI JAWDAT)
SUBJECT: Update - Arrest Case of Naji Hamdan - Consular Visit

REF: (A) 08 Abu Dhabi 1175
     (B) 08 Abu Dhabi 1383
     (C) Abu Dhabi 3
     (D) Abu Dhabi 338

1. (SBU) On May 13, 2009, Consul and Conasst visited Naji Jawdat
Hamdan at Al Wathba Prison, Abu Dhabi. During the visit, Hamdan
appeared to be in generally good spirits. He said that he was in
good health and receiving all of his preventative medications.

2. (SBU) Hamdan had already heard from his attorney Abdulgader Al
Haythami that the file in his legal case has moved to the UAE
Federal Supreme Court. (Post learned this from the prosecutor on May
10.) Al Haythami anticipates that the case will soon be assigned to
a judge, and that he will then be able to make a copy of the case
file to prepare Hamdan's defense. Post has been in contact with Al
Haythami, the prosecutor's office, and with the Supreme Court to
express our interest in Hamdan's case and to request permission to

DOS 001363

observe hearings. We have not yet received a response to that request.

3. ⬛⬛⬛ During the visit, Hamdan provided a letter for President Obama. As prison officials would not allow him to pass the letter directly, consular officials re-wrote the text of the letter as Hamdan read and showed them the text. While consular officials do not routinely serve as conduits for mail and correspondence, we accepted this message as it was intended for the President. The text is presented below exactly as provided by Mr. Hamdan. Post appreciates CA's assistance in appropriately forwarding this message.

BEGIN MESSAGE TEXT

To:   USA President/Mr. Barak Obama
From: USA Citizen Detained in UAE Prison/Naji Jawdat Hamdan
Date: May 4, 2009

Dear Mr. President,

It seems pretty ironic from my side to write this letter knowing all the barriers that would prevent these simple words from reaching you. However, I take my chances hoping that this letter would soon be amongst your ten daily letters.

Quite confident that by the time this letter reaches your desk, it'll be accompanied by, at least, a briefing of my situation. Therefore, I will not go into details of my situation or case.

Mr. President, know for fact that I AM INNOCENT. And know for fact that I was tortured to death for three months at State Security cell. I was forced to sign false statements. I have been in jail for nine months without court. When/if I go to court, it'll be a State Security Supreme court; whereby its decision is irreversible. I have no right to appeal or to choose a foreign lawyer. I'm obliged to be represented only by a U.A.E. national lawyer; whom he was not able, as of yet, to get a copy of my file in order to prepare his defense.

UNCLASSIFIED

UNCLASSIFIED

Mr. President, I'm not asking you to free me despite my conviction that our government, one way or another, is behind my detention here. However, Mr. President I ask you to do something about the fact that a U.S. citizen was tortured to death in a foreign country, and was obliged to sign false/fabricated statements, and that he will face an unfair trial.

There might be a whole lot of interest between our country and U.A.E. However, what's happening to me and continues to happen to many others here needs your strong stand Mr. President. A stand that will prevent people - regardless of nationality or race - from facing what I'm facing.

Stay well Mr. President. (And quit smoking please - smile.)

Sincerely,

(signed)
Naji Jawdat Hamdan
May 4, 2009

END MESSAGE TEXT

4.  Post will continue to provide all appropriate consular assistance to Mr. Hamdan.

OLSON
BT
#0484

NNNN

UNCLASSIFIED ABU DHABI 00000484

DOS 001365

UNCLASSIFIED

Greene, Douglas C PARTIAL RELEASE TO CERTAIN PARTIES    D41

B5, D5                                                                    B5, D5

We are updating the press guidance from Dec (most recent) on Hamdan and I've already gotten a call from a European journalist on this issue

B5, D5

UNITED STATES DEPARTMENT OF STATE
REVIEW AUTHORITY: ROBERT R STRAND
DATE/CASE ID: 01 MAR 2011   201000711

UNCLASSIFIED

DOS 000092

# UNCLASSIFIED

| Recipient | Recall |
|---|---|
| Masiko, Barbara J | |
| Olson, Richard G | Failed: 5/21/2009 1:11 PM |
| Steinfeld, Andrew W | Succeeded: 5/21/2009 3:40 PM |
| Cooper, Sean | Failed: 5/21/2009 1:13 PM |
| McDonough, Patricia E | Failed: 5/21/2009 5:22 PM |
| Stott, Erinn C | Succeeded: 5/21/2009 4:18 PM |

DOS 000093

UNCLASSIFIED

PARTIAL RELEASE TO CERTAIN PARTIES     D49
B5, D5

B5, D5

UNITED STATES DEPARTMENT OF STATE
REVIEW AUTHORITY: ROBERT R STRAND
DATE/CASE ID: 01 MAR 2011   201000711

UNCLASSIFIED

DOS 000011

UNCLASSIFIED

B5, D5

DOS 000 12

UNCLASSIFIED

B5, D5

UNCLASSIFIED

DOS 000113

UNCLASSIFIED

B5, D5

UNCLASSIFIED

DOS 000114

UNCLASSIFIED

B5, D5

DOS 000115

UNCLASSIFIED

B5, D5

UNCLASSIFIED

DOS 000116

UNCLASSIFIED

B5, D5

UNCLASSIFIED

DOS 000117

UNCLASSIFIED

B5, D5

UNCLASSIFIED

DOS 00018

UNCLASSIFIED

B5, D5

UNCLASSIFIED

DOS 000119

# UNCLASSIFIED

B5, D5

**From:** Jennie Pasquarella [mailto:jpasquarella@aclu-sc.org]
**Sent:** Thursday, April 09, 2009 8:55 PM
**To:** Cooper, Sean
**Cc:** Ahilan Arulanantham; Reem Salahi
**Subject:** Naji Hamdan

Hi Sean,
I hope this finds you well.

I'm writing because Naji told his family about your recent visit and that you had explained to him that the UAE responded to his complaint of torture.  He asked us to get a copy of the UAE's response.  Could you send us a copy of their response?

Thanks very much,
Jennie

_____

**Jennie Pasquarella**
**Staff Attorney**
**ACLU of Southern California**
**1313 West Eighth Street**
**Los Angeles, CA 90017**
**T: 213.977.5236 ·**
**F: 213.977.5297**
**jpasquarella@aclu-sc.org**

B5, D5

# UNCLASSIFIED

DOS 000120

UNCLASSIFIED

B5, D5

UNCLASSIFIED

DOS 000121

## UNCLASSIFIED

B5, D5

**From:** Jennie Pasquarella
**To:** Cooper, Sean
**Cc:** Ahilan Arulanantham ; Reem Salahi
**Sent:** Thu Apr 09 20:55:20 2009
**Subject:** Naji Hamdan

Hi Sean,

I hope this finds you well.

I'm writing because Naji told his family about your recent visit and that you had explained to him that the UAE responded to his complaint of torture. He asked us to get a copy of the UAE's response. Could you send us a copy of their response?

Thanks very much,
Jennie

_____

**Jennie Pasquarella**
Staff Attorney
ACLU of Southern California
1313 West Eighth Street
Los Angeles, CA 90017
T: 213.977.5236
F: 213.977.5297
Jpasquarella@aclu-sc.org

317

## UNCLASSIFIED

DOS 000122

UNCLASSIFIED

PARTIAL RELEASE TO CERTAIN PARTIES

B5, D5, B1, 1.4(B), 1.4(D), K1



UNITED STATES DEPARTMENT OF STATE
CLASSIFIED BY DEPT. OF STATE, M. GRAFELD, DAS, A/GIS
REVIEW AUTHORITY: ROBERT R STRAND
CLASSIFICATION: CONFIDENTIAL  REASON: 1.4(B), 1.4(D)
DECLASSIFY AFTER: 16 DEC 2033
DATE/CASE ID: 25 MAR 2011   201000711

B5, D5

UNCLASSIFIED

# UNCLASSIFIED

B5, D5



**From:** Cooper, Sean
**Sent:** Tuesday, December 16, 2008 7:27 AM
**To:** Stott, Erinn C; Masilko, Barbara J
**Cc:** Pike, Steven L; Mutair, Saeed ; Greene, Douglas C
**Subject:** (SBU) Abu Dhabi - Hamdan Statement

SBU

Erinn, Barbara:

Attached is a PDF scan of Naji Hamdan's 8-page written statement, alleging mistreatment/torture while in UAE State Security custody. His allegations are consistent with what he claimed on December 3 and was reported in Abu Dhabi 1383, but with additional detail.

During our visit today, Hamdan requested that I fax this document to his brother. I responded that, as this statement is being provided to his government, I would have to seek guidance on what I would be able to release to his brother. I understand that Hamdan's brother is aware of most information in this document, but Hamdan says that he has not had a chance to relate it in such detail. Hamdan told me that, if we send it, he doesn't want it ending up in the press. I

510

# UNCLASSIFIED

DOS 000148

## UNCLASSIFIED

related to him that, to date, pretty much everything I have discussed with his brother has ended up in the media. Hamdan, shrugging, said that he would speak to his brother about this during a phone call today, but would still like me to send "what I can."

B5, D5

Sean

---

**From:** Cooper, Sean
**Sent:** Monday, December 15, 2008 6:08 PM
**To:** Stott, Erinn C; Masilko, Barbara J
**Cc:** Pike, Steven L; Mutair, Saeed
**Subject:** (SBU) Abu Dhabi - Hamdan: Charges and Moving Forward on Mistreatment Allegations

*(SBU)*

Erinn and Co.:

Per our update on Thursday, we're moving ahead with engaging the UAEG on Hamdan's allegations of mistreatment while in State Security custody. We have also obtained some details on the charges Mr. Hamdan currently faces.

### Engaging UAEG on Allegations of Mistreatment

We have scheduled another consular visit with Hamdan for tomorrow (Dec 16.) During this visit, I intend to request that Hamdan provide a formal, sworn statement as to the accuracy of his claims as outlined in Abu Dhabi 1383 (per guidance in 7 FAM 425.2-1). Due to the time that has passed since the alleged mistreatment, post does not see that a medical examination by private medical doctor (as suggested in 7 FAM 425.2-2) would be of any clear benefit. Please advise if CA believes otherwise.

Once we have this formal statement from Hamdan, and now that the UAEG has returned from its extended National Day-Eid al Adha holidays, post intends to move forward with requesting that the UAEG investigate these serious claims and provide us with the results of this investigation within a specific period of time (per guidance in 7 FAM 426.2-2.) The exact nature of how post will present the request is still under consideration. We have reviewed guidance in 7 FAM 426.3 on factors to consider in this regard.

### Charges

B1, K1

three charges have now been brought against Hamdan:

الترويج للارهاب (تحسين صورة الجماعات الارهابية و التبرير للاعمال التي تقوم بها .1

Promoting Terrorism.

The source explained that this was based on actions to improve the image of terrorist groups and justify their actions, apparently linked to unspecified actions Mr. Hamdan took online.

المشاركة في اعمال تنظيم ارهابي .2

Participating in the work of a terrorist organization.

DOS 000149

UNCLASSIFIED

التعاون مع تنظيم ارهابي : ترجمة بعض البيانات .3
اخذ بيانات من تنظيم ارهابي و وضعه في الانترنت

Assisting terrorist organization – "Cooperation with a terrorist organization."

The source shared that Hamdan is alleged to have "translated some statements" and to have taken information from a terrorist group and put it on the internet.

We are working to determine the sentencing possibilities for these crimes.

B1, K1

According to our contact, all of these charges stem from Hamdan's activites on the Internet.

**Media and ACLU Outreach**

During our consular visit on Thursday, Hamdan did expand his Privacy Act waiver to include the ACLU. Subsequent to that, I was in contact with Jennie Pasquarella and Ahilan Arulanantham of the ACLU of Southern California on Thursday, December 11. It appears that Mr. Arulanantham has been active since our communication, as evidenced by his press release at http://www.aclu-sc.org/releases/view/102917, a story in the Daily Breeze newspaper of Torrance, CA (http://www.dailybreeze.com/ci_11224642?IADID) and a report on Los Angeles' KPFK radio (online at http://www.kpfk.org/kpfknews/1-latest-news/1371-12-03-08-extended-interview-with-hossam-hamdan.html.) Despite the appearance of quotations from "the chief consul" in some of this reporting, post continues to respect Hamdan's limited Privacy Act waiver – which does not include the media/press. Post understands that the UAEG is aware of at least some reporting on Hamdan's allegations.

I look forward to any input you and the good folks back there in CA have on this matter, and will report again following our consular visit tomorrow.

Regards,

Sean

DOS 000150

UNCLASSIFIED

*DF23*

**Crocker, Bathsheba N**

| | |
|---|---|
| From: | Cue, Lourdes C |
| Sent: | Thursday, October 29, 2009 10:58 AM |
| To: | Steinberg, James B |
| Subject: | Morning report |

PARTIAL RELEASE TO CERTAIN PARTIES
Sir, pardon the delay but the fire drill set us back a bit. B1, 1.4(D)

**Morning Report for Deputy Secretary Steinberg**
**October 29, 2009**

**Questions**

**DC Scheduling.** Matt Spence said they would make sure **not** to schedule the China, Japan, or NPR DCs on Monday, since you will not be here. They do want to put something on the schedule and asked whether it was you or Lew handling the "security assistance" issue and whether you'd be okay with going forward with a DC on that topic on Monday. Separately, the Somalia DC has been rescheduled for Tuesday at the same time as your US-EU lunch. Please advise.

**Amb. Pascual Meeting Request.** Carlos is in town today and tomorrow and would like to see you to bring you up to speed on this week's talks with the Mexicans and developments on the ground. We can probably squeeze some time tomorrow if you're amenable. Yes or No?

**(SBU) Slovenia:** Did you have a chance to review the points for a WJC-Turk/Pahor meeting that I sent to you yesterday evening? Ami is asking for them.

**Colombia DCA Signing.** The low-key signing ceremony is tomorrow at 7am in Bogotá. The demarche cable with points for posts is in your action folder. Have you had a chance to review? It needs to go out today.

**Senior Staff**
S arriving in UAE and Israel over the weekend. Wheels up out of Lahore today. Back on Tuesday night. Jack reported on his consultations with Lowey and Granger on implementation of the civilian staffing plan. P reported that there had been some progress in Honduras (sent you separate email with Tom's readout) on the procedural end in that the parties returned to the table but still disagreement over whether the Congress or the Supreme Court would approve Zelaya's reinstatement. Jones in Russia. Brief discussion of Iran counter-proposal. Ian anticipated that Iran would be one of the central topic's at today's briefing. P said he'd provide Ian the press line. Pat said he briefed the oversight committees on the aviation support plan for Iraq. Anne-Marie reported that tomorrow she would be holding policy planning talks with the Colombians. Lew said he spoke to Lael Brainard (who wants to speak to you, Brendan sent separate email, though it's not urgent) to follow-up on S conversation with Geithner about the G-20. Rich Verma noted that Berman's Iran bill had been marked up and reported out of committee with a lot of support. Dodd bill up today. Verma met with Rep. Murtha yesterday. Murtha wants to meet with Matt Hoh. He told Verma he was unlikely to support a troop increase in Afghanistan. Lew said this was the exact opposite of what he'd said to Lew last week. Verma noted the White House announcement on Afghanistan was likely to be Nov. 9 or 10. There was some discussion about the impact of the Secretary being in Europe when the announcement happens.

**NO 9:15am**

**AF**
**(SBU) Guinea PRST Adopted (IO email)**

UNITED STATES DEPARTMENT OF STATE
CLASSIFIED BY DEPT. OF STATE, M. GRAFELD, DAS, A/GIS
REVIEW AUTHORITY: FRANK TUMMINIA
CLASSIFICATION: CONFIDENTIAL REASON: 1.4(D)
DECLASSIFY AFTER: 28 OCT 2034
DATE/CASE ID: 13 APR 2011 201000711

UNCLASSIFIED

# UNCLASSIFIED

(SBU) UAE to Deport AMCIT Naji Hamdan to Lebanon: Hamdan is scheduled to fly to Beirut in the early hours (0020 local time) of October 30. On October 12, 2009, the UAE Federal Supreme Court found Hamdan guilty of terrorism-related offenses, sentencing him to a prison term of 1.5 years and subsequent deportation. Hamdan was charged with promoting terrorism, participating in the work of a terrorist organization, and assisting a terrorist organization. Based on the method time served is calculated in the UAE, the authorities have determined that Hamdan has completed his prison sentence. (L email/Abu Dhabi 1012)

(U) Somalia -- Piracy Update: Pirates attacked a Thai-flagged fishing boat off the east African coast today and are heading for Somalia. EU naval vessels seized seven suspected Somali pirates on Tuesday after an attack on a French fishing vessel east of Mogadishu. In the last two weeks, pirates have hijacked a Singapore-flagged container ship and a Chinese bulk carrier. The hijacking of the Thai boat takes the number of ships being held by pirates on the Somali coastline to eight, according to the EU. (Press reports)

## EAP
(U) US-China Trade Talks: Per Embassy Beijing, China agreed to lift the ban on US pork imports at the US-China Joint Commission on Commerce and Trade (JCCT) meeting that ended Oct 29. Per press reports, Chinese Commerce Minister Chen said China is conducting preliminary anti-dumping investigation of US-made autos. This could lead to new import duties on autos and SUVs made by Ford and GM.

## EUR

B1

(SBU) Lithuania: EUR is asking if you would meet with Lithuanian FM Usackas next week – S had to pull back from an agreed meeting due to scheduling issues. Ambassador Derse also strong supports. Would you be willing?

(SBU) EU: For next week's summit, EUR is asking whether you would be interested in attending the November 4 Secretary-hosted foreign policy discussion. The thinking is that either you or P may want to attend with S. I think since you'll have done the November 3 events, it would make more sense for P to attend. What is your take on this?

Also, Bildt and Solana would like to meet with you separately on the 4th. Assume you would be willing?

(SBU) Hamdan: Amcit Naji Hamdan is scheduled to be deported from the UAE tomorrow. Hamdan will head to Beirut.

B1

(SBU) Greece: Seven police officers were shot by anarchists-terrorists on Tuesday evening in Greece. They are all alive and in the hospital but at least one, a woman, is in critical condition. Dan Speckhard called the Minister of Interior and Papandreou's chief of staff to express our solidarity with Greece in face of the attacks and readiness to support their investigations.

## NEA
### Iran
Iran will seek two changes to a U.N.-drafted nuclear fuel deal, including the gradual shipment of its low-enriched uranium (LEU) abroad rather than sending it in one go, a pro-government newspaper reported on October 29. Javan newspaper also said Tehran wanted a "simultaneous exchange", under which it would receive fuel for a Tehran research reactor at the same time as it ships LEU out of the country. "Iran will offer its stock of LEU gradually in several batches

# UNCLASSIFIED

# UNCLASSIFIED

rather than sending out the full 75 percent in one go," Javan said. It said Iran also sought a "simultaneous exchange, which means it receives high-enriched uranium fuel at the same time as it hands over its low-enriched uranium, within a formula to be calculated by the IAEA based on the need of the Tehran reactor". Iranian officials declined to comment on the report.

A House committee, seeking to pressure Iran to abandon its nuclear ambitions, approved a bill October 28 aimed at punishing Tehran by cutting off its access to gasoline and other refined petroleum products. The measure, which would give the president powers to take action against foreign companies that sell refined petroleum to Iran, is popular on Capitol Hill, and three-quarters of House members have co-sponsored the legislation.

## Syria

In Croatia, Asad said Syria is ready to talk to Israel. The Syrian president added that Israel must "want to negotiate," according to press. Embassy Damascus notes Asad's comments reflect his desire for European participation in the peace process, but his message to other foreign audiences has been notably less positive.

## SCA

### Afghanistan

Seventeen of the 34 UN residents at the Guest House attacked October 28 worked for UNDP. Two of the five killed worked for UNDP-ELECT. All survivors are likely to be evacuated. From an operational perspective, this is likely to have some impact on elections preparation. The Embassy is assessing the implications and working out what can be done to assist.

### India

Prime Minister Singh told the Organization of Islamic Countries that Kashmir is an internal matter and the OIC has no right to comment on the region

## WHA

### Honduras

(U) Honduras has lodged legal proceedings against Brazil at the International Court of Justice over President Zelaya taking refuge in the Brazilian embassy in Tegucigalpa, media report. Tom will hold a press conference at noon EST, which video-conferenced into our daily briefing so he can take questions from the State press corps.

### Colombia/Venezuela

(U) On Tuesday, the Venezuelan MFA announced the arrests of two Colombians allegedly involved in espionage. Venezuelan officials alleged the two men were Colombian DAS agents sent to spy and destabilize Venezuela. The DAS quickly rejected any wrongdoing, stating that its agents work only within Colombia.

Lourdes C. Cué
Special Assistant
Office of Deputy Secretary Steinberg
202-647-8931

# UNCLASSIFIED

DOS 000214

UNCLASSIFIED PARTIAL RELEASE TO CERTAIN PARTIES
B5, D5

Zbrozek, Alexander S.                                                          *EE74*

| | |
|---|---|
| **From:** | Youel Page, Kathryn |
| **Sent:** | Tuesday, October 06, 2009 3:17 PM |
| **To:** | Cleveland, Sarah H; Spector, Phillip M; Townley, Stephen G; McDonough, Patricia E |
| **Subject:** | RE: Naji Hamdan |
| **Attachments:** | CASC - 09 Abu Dhabi 3 2009.1.4.pdf; CASC - 09 Abu Dhabi 338 2009.4.2.pdf |

regards, Katy


Katy Youel Page
Office of the Legal Adviser, L/CA                                             B5, D5
U.S. Department of State
202-647-9178

**From:** Cleveland, Sarah H
**Sent:** Tuesday, October 06, 2009 2:10 PM
**To:** Spector, Phillip M; Townley, Stephen G; McDonough, Patricia E; Youel Page, Kathryn
**Subject:** RE: Naji Hamdan


**From:** Spector, Phillip M
**Sent:** Tuesday, October 06, 2009 2:07 PM
**To:** Townley, Stephen G; McDonough, Patricia E; Youel Page, Kathryn; Cleveland, Sarah H
**Subject:** RE: Naji Hamdan


**From:** Townley, Stephen G
**Sent:** Tuesday, October 06, 2009 8:44 AM
**To:** McDonough, Patricia E; Youel Page, Kathryn; Cleveland, Sarah H
**Cc:** Spector, Phillip M
**Subject:** RE: Naji Hamdan


Thanks,

Stephen

UNITED STATES DEPARTMENT OF STATE
REVIEW AUTHORITY: JOHN S BLODGETT
DATE/CASE ID: 22 APR 2011 201000711

**From:** Hata, Marianne J
**Sent:** Tuesday, October 06, 2009 6:01 AM
**To:** Townley, Stephen G; McDonough, Patricia E; Youel Page, Kathryn; Cleveland, Sarah H

1
UNCLASSIFIED

## UNCLASSIFIED

**Cc:** Spector, Phillip M
**Subject:** RE: Naji Hamdan

I can schedule this meeting for 2:15PM today

---

**From:** Townley, Stephen G
**Sent:** Monday, October 05, 2009 8:05 PM
**To:** McDonough, Patricia E; Youel Page, Kathryn; Hata, Marianne J; Cleveland, Sarah H
**Cc:** Spector, Phillip M
**Subject:** Naji Hamdan

Marianne, Could you help us find a time when this group could meet with Harold (hopefully tomorrow) to discuss the current state of play in Hamdan?

Thanks,

Stephen

DOS 001507

UNCLASSIFIED

RELEASED IN PART

Zbrozek, Alexander S.                                        B5, D5                              *EE98*

| From: | Scanlon, Amy B |
| Sent: | Thursday, October 29, 2009 8:29 AM |
| To: | McDonough, Patricia E |
| Subject: | RE: CASC - Amcit Naji Hamdan Scheduled for Deportation from UAE on October 30 |

                                                                                               B5, D5

**From:** McDonough, Patricia E
**Sent:** Thursday, October 29, 2009 8:21 AM
**To:** Scanlon, Amy B
**Subject:** FW: CASC - Amcit Naji Hamdan Scheduled for Deportation from UAE on October 30


Amy – FYI.


**From:** Cooper, Sean
**Sent:** Thursday, October 29, 2009 8:16 AM
**To:** McDonough, Patricia E; McGovern, Bridget (Helen-Mary); Stott, Erinn C; Kazi, Pamela R; McGovern, Bridget (Helen-Mary)
**Cc:** Smith, Kirk G; Daughton, Thomas F (Beirut); Greene, Douglas C; Offutt, Denison K
**Subject:** CASC - Amcit Naji Hamdan Scheduled for Deportation from UAE on October 30


All:

A quick heads up on the impending deportation of Amcit Naji Hamdan from the UAE. He is scheduled to fly to Beirut in the early hours of October 30. Attached is the text of Abu Dhabi 1012 with the details.

Regards from Abu Dhabi,

Sean

R. Sean Cooper
Consul
U.S. Embassy Abu Dhabi
+971-2-414-2657
http://abudhabi.usembassy.gov/

AMEMBASSY ABU DHABI
SECSTATE WASHDC IMMEDIATE
INFO AMEMBASSY BEIRUT
AMCONSUL DUBAI

For CA/OCS/ACS/NESA - Erinn Stott, NEA/ARP – Bridget McGovern

Sensitive

E.O. 12958: N/A
TAGS: CASC, AE (HAMDAN, NAJI JAWDAT)

UNITED STATES DEPARTMENT OF STATE
REVIEW AUTHORITY: JOHN S BLODGETT
DATE/CASE ID: 22 APR 2011 201000711

                                      1

                                UNCLASSIFIED

UNCLASSIFIED

SUBJECT: Update - Arrest Case of Naji Hamdan - Deportation Scheduled·

REF:   Abu Dhabi 991 and previous

.1. (SBU) On October 29, 2009, Al Wathba Prison officials informed post
that. Amcit Naji Jawdat Hamdan is scheduled to be deported from the UAE on
October 30, 2009 at 0020 hours local. Hamdan is scheduled to travel to
Beirut, Lebanon on Emirates Airlines flight 955 from Dubai.

2. (SBU) On October 12, 2009, the UAE Federal Supreme Court found Hamdan
guilty of terrorism-related offenses, sentencing him·to a prison term of
1.5 years and subsequent deportation. Based on the method time served is
calculated in the UAE, the authorities have determined that Hamdan has
completed his prison sentence.

3. (SBU) Hamdan was charged with promoting terrorism, participating in the
work of a terrorist organization, and assisting a terrorist organization.
The court ruling did not specify on which specific counts Hamdan was found
guilty. (Post followed up as it was not announced in the courtroom.) Based
on discussions with the court and other legal experts, this is not an
uncommon practice in the UAE legal system.

4. (U) Post will continue to report any further developments in this
matter.

OLSON

DOS 001565

## UNCLASSIFIED

**Zbrozek, Alexander S.**                                            *EE 100*

| | |
|---|---|
| **From:** | |
| **Sent:** | Thursday, October 29, 2009 8:55 AM |
| **To:** | McDonough, Patricia E |
| **Subject:** | RE: CASC ~ Amcit Naji Hamdan Scheduled for Deportation from UAE on October 30 |

B6, PP, B7(C)

Thanks Trish.

---

**From:** McDonough, Patricia E [mailto:McDonoughPE@state.gov]
**Sent:** Thursday, October 29, 2009 8:23 AM
**To:** Levy, Jonathan (CIV); Lever, Sharon (SMO); Haas, Alexander (CIV); Buckingham, Stephen (CIV)
**Cc:**
**Subject:** FW: CASC - Amcit Naji Hamdan Scheduled for Deportation from UAE on October 30

B6, PP, B7(C)

Please see the attached cable regarding the deportation of Naji Hamdan to Lebanon on October 30.

Regards,

Trish McDonough

Patricia E. McDonough

Attorney-Adviser

US Department of State

Office of the Legal Adviser (L/LEI)

2201 C Street NW

Washington, DC 20520

Telephone (202) 647-6194

## PARTIAL RELEASE TO CERTAIN PARTIES B6, PP, B7(C)

---

AMEMBASSY ABU DHABI

SECSTATE WASHDC IMMEDIATE

INFO AMEMBASSY BEIRUT

AMCONSUL DUBAI


For CA/OCS/ACS/NESA - Erinn Stott, NEA/ARP - Bridget McGovern

UNITED STATES DEPARTMENT OF STATE
REVIEW AUTHORITY: JOHN S BLODGETT
DATE/CASE ID: 22 APR 2011  201000711

1

## UNCLASSIFIED

_DOS 001566

UNCLASSIFIED

Sensitive

E.O. 12958: N/A

TAGS: CASC, AE (HAMDAN, NAJI JAWDAT)

SUBJECT: Update - Arrest Case of Naji Hamdan - Deportation Scheduled

REF: Abu Dhabi 991 and previous

1. (SBU) On October 29, 2009, Al Wathba Prison officials informed post that Amcit Naji Jawdat Hamdan is scheduled to be deported from the UAE on October 30, 2009 at 0020 hours local. Hamdan is scheduled to travel to Beirut, Lebanon on Emirates Airlines flight 955 from Dubai.

2. (SBU) On October 12, 2009, the UAE Federal Supreme Court found Hamdan guilty of terrorism-related offenses, sentencing him to a prison term of 1.5 years and subsequent deportation. Based on the method time served is calculated in the UAE, the authorities have determined that Hamdan has completed his prison sentence.

3. (SBU) Hamdan was charged with promoting terrorism, participating in the work of a terrorist organization, and assisting a terrorist organization. The court ruling did not specify on which specific counts Hamdan was found guilty. (Post followed up as it was not announced in the courtroom.) Based on discussions with the court and other legal experts, this is not an uncommon practice in the UAE legal system.

4. (U) Post will continue to report any further developments in this matter.

OLSON

2

UNCLASSIFIED

PARTIAL RELEASE TO CERTAIN PARTIES UNCLASSIFIED

B5, D5                                                                          B5, D5

*EI 63*

---

**From:** Stott, Erinn C [mailto:StottEC@state.gov]
**Sent:** Thursday, May 28, 2009 10:01 AM
**To:** McDonough, Patricia E; Haas, Alexander (CIV); Youel Page, Kathryn; Masilko, Barbara J; Lopatkiewicz, Viktoria; Bernier-Toth, Michelle
**Cc:** Cooper, Sean
**Subject:** Another Hamdan/ACLU Info sharing matter

All,

At Post's request, I'm making you aware that the following letter dictated by Naji Hamdan to Sean Cooper during the May 13th prison visit will be shared with Hamdan's brother, Hossam Hemdan, at Hamdan's request. Just to be clear, Post transmitted this letter to Washington as part of the prison visit cable on behalf of Mr. Hamdan for passage to the President's office because Hamdan was not permitted to send the letter from the jail in UAE.

CA believes that this letter, despite the fact that it was dictated to us and transmitted by us, is the property of Mr. Hamdan and he can release it to whomever he wishes. Post is only doing the transfer of the letter because Hamdan dictated the letter and has no copy of his own. If he had his own copy, he would be able to pass the letter at will to whomever he chose.

UNITED STATES DEPARTMENT OF STATE
REVIEW AUTHORITY: JOHN S BLODGETT
DATE/CASE ID: 21 APR 2011   201000711

1

UNCLASSIFIED

DOS 001635

## UNCLASSIFIED

Post would like to keep everyone in the loop on this information sharing because it will most likely be passed by Mr. Hemdan to the lawyers at the ACLU and then published. Please let Sean and I know if you foresee any issues arising from sharing this information.

Thank you,
Erinn

To: USA President/Mr. Barak Obama
From: USA Citizen Detained in UAE Prison/Naji Jawdat Hamdan
Date: May 4, 2009

Dear Mr. President,

It seems pretty ironic from my side to write this letter knowing all the barriers that would prevent these simple words from reaching you. However, I take my chances hoping that this letter would soon be amongst your ten daily letters.

Quite confident that by the time this letter reaches your desk, it'll be accompanied by, at least, a briefing of my situation. Therefore, I will not go into details of my situation or case.

Mr. President, know for fact that I AM INNOCENT. And know for fact that I was tortured to death for three months at State Security cell. I was forced to sign false statements. I have been in jail for nine months without court. When/if I go to court, it'll be a State Security Supreme court; whereby its decision is irreversible. I have no right to appeal or to choose a foreign lawyer. I'm obliged to be represented only by a U.A.E. national lawyer; whom he was not able, as of yet, to get a copy of my file in order to prepare his defense.

Mr. President, I'm not asking you to free me despite my conviction that our government, one way or another, is behind my detention here. However, Mr. President I ask you to do something about the fact that a U.S. citizen was tortured to death in a foreign country, and was obliged to sign false/fabricated statements, and that he will face an unfair trial.

There might be a whole lot of interest between our country and U.A.E. However, what's happening to me and continues to happen to many others here needs your strong stand Mr. President. A stand that will prevent people - regardless of nationality or race - from facing what I'm facing.

Stay well Mr. President. (And quit smoking please - smile.)

Sincerely,

(signed)
Naji Jawdat Hamdan
May 4, 2009

END MESSAGE TEXT


*Erinn C. Stott*
*Department of State, Office of Overseas Citizen Services*
*Citizen Services Specialist*

2

## UNCLASSIFIED

DOS 001636

UNCLASSIFIED

*Responsible for Iraq, Jordan, Libya, Saudi Arabia, UAE, Yemen*
*Back-up for Bahrain, Egypt, Kuwait, Lebanon, Oman, Qatar, Syria*
*202-736-4978 office*
*202-647-3732 fax*
*stottec@state.gov*
*Note: My work schedule is from 7am EST to 4pm EST.*

3
UNCLASSIFIED

DOS 001637

PARTIAL RELEASE TO CERTAIN PARTIES     UNCLASSIFIED

B5, D5

E7L4

B5, D5

**From:** Stott, Erinn C [mailto:StottEC@state.gov]
**Sent:** Thursday, May 28, 2009 10:01 AM
**To:** McDonough, Patricia E; Haas, Alexander (CIV); Youel Page, Kathryn; Masilko, Barbara J; Lopatkiewicz, Viktoria; Bernier-Toth, Michelle
**Cc:** Cooper, Sean
**Subject:** Another Hamdan/ACLU info sharing matter

All,

At Post's request, I'm making you aware that the following letter dictated by Naji Hamdan to Sean Cooper during the May 13th prison visit will be shared with Hamdan's brother, Hossam Hamdan, at Hamdan's request. Just to be clear, Post transmitted this letter to Washington as part of the prison visit cable on behalf of Mr. Hamdan for passage to the President's office because Hamdan was not permitted to send the letter from the jail in UAE.

CA believes that this letter, despite the fact that it was dictated to us and transmitted by us, is the property of Mr. Hamdan and he can release it to whomever he wishes. Post is only doing the transfer of the letter because Hamdan dictated the letter and has no copy of his own. If he had his own copy, he would be able to pass the letter at will to whomever he chose.

Post would like to keep everyone in the loop on this information sharing because it will most likely be passed by Mr. Hamdan to the lawyers at the ACLU and then published. Please let Sean and I know if you foresee any issues arising from sharing this information.

UNITED STATES DEPARTMENT OF STATE
REVIEW AUTHORITY: JOHN S BLODGETT
DATE/CASE ID: 21 APR 2011  201000711

1

UNCLASSIFIED

DOS 001638

## UNCLASSIFIED

Thank you,
Erinn

To:  USA President/Mr. Barak Obama
From:  USA Citizen Detained in UAE Prison/Naji Jawdat Hamdan
Date:  May 4, 2009

Dear Mr. President,

It seems pretty ironic from my side to write this letter knowing all
the barriers that would prevent these simple words from reaching
you. However, I take my chances hoping that this letter would soon
be amongst your ten daily letters.

Quite confident that by the time this letter reaches your desk,
it'll be accompanied by, at least, a briefing of my situation.
Therefore, I will not go into details of my situation or case.

Mr. President, know for fact that I AM INNOCENT. And know for fact
that I was tortured to death for three months at State Security
cell. I was forced to sign false statements. I have been in jail for
nine months without court. When/if I go to court, it'll be a State
Security Supreme court; whereby its decision is irreversible. I have
no right to appeal or to choose a foreign lawyer. I'm obliged to be
represented only by a U.A.E. national lawyer; whom he was not able,
as of yet, to get a copy of my file in order to prepare his
defense.

Mr. President, I'm not asking you to free me despite my conviction
that our government, one way or another, is behind my detention
here. However, Mr. President I ask you to do something about the
fact that a U.S. citizen was tortured to death in a foreign country,
and was obliged to sign false/fabricated statements, and that he
will face an unfair trial.

There might be a whole lot of interest between our country and
U.A.E. However, what's happening to me and continues to happen to
many others here needs your strong stand Mr. President. A stand that
will prevent people - regardless of nationality or race - from
facing what I'm facing.

Stay well Mr. President. (And quit smoking please - smile.)

Sincerely,

(signed)
Naji Jawdat Hamdan
May 4, 2009

END MESSAGE TEXT


*Erinn C. Stott*
*Department of State, Office of Overseas Citizen Services*
*Citizen Services Specialist*
*Responsible for Iraq, Jordan, Libya, Saudi Arabia, UAE, Yemen*
*Back-up for Bahrain, Egypt, Kuwait, Lebanon, Oman, Qatar, Syria*
*202-736-4978 office*
*202-647-3732 fax*

2
## UNCLASSIFIED

DOS 001639

UNCLASSIFIED

_stottec@state.gov_
*Note: My work schedule is from 7am EST to 4pm EST.*

DOS 001640

UNCLASSIFIED

PARTIAL RELEASE TO CERTAIN PARTIES.
B6, B7(C), B5, D5

F41

| | |
|---|---|
| **From:** | Greene, Douglas C |
| **To:** | Cooper, Sean |
| **Cc:** | Olson, Richard G; |
| **Subject:** | FW: CASC-Naji Hamdan |
| **Date:** | Thursday, October 29, 2009 12:08:57 PM |
| **Attachments:** | CASC - Hamdan Deportation Scheduled Cable 2009.10.29.docx |

B6, B7(C)

Let's go ahead and send this as a quick heads up; _____ is reaching out to
Washington to inform and discuss follow-up from our side today.

B6, B7(C)

**From:** Cooper, Sean
**Sent:** Thursday, October 29, 2009 11:55 AM
**To:** Greene, Douglas C
**Subject:** RE: CASC-Naji Hamdan

For your clearance.

Thanks,

Sean

**From:** Greene, Douglas C
**Sent:** Thursday, October 29, 2009 11:39 AM
**To:** Cooper, Sean; Abu Dhabi Front Office
**Cc:** _____ Price, Gary S
**Subject:** RE: CASC-Naji Hamdan

B6, B7(C)

Thanks, Sean. Let's do an immediate cable (as I'm sure you are already doing).

B5, D5, B6, B7(C)

Doug

**From:** Cooper, Sean
**Sent:** Thursday, October 29, 2009 11:36 AM
**To:** Abu Dhabi Front Office
**Cc:** _____ Price, Gary S
**Subject:** FW: CASC-Naji Hamdan

B6, B7(C)

Al Wathba Prison officials just told us that Naji Hamdan will be deported tonight out of
Dubai Airport. He's scheduled to travel to Beirut on Emirates flight 955, departing DXB at
0020.

**From:** Mutair, Saeed

UNITED STATES DEPARTMENT OF STATE
REVIEW AUTHORITY: FRANK TUMMINIA
DATE/CASE ID: 15 APR 2011  201000711

UNCLASSIFIED

DOS 001692

UNCLASSIFIED

**Sent:** Thursday, October 29, 2009 11:27 AM
**To:** Cooper, Sean
**Subject:** CASC-Naji Hamdan

Naji will be deported to Lebanon tonight.  He is departing on EK 0955 which is scheduled to leave at 12:20 out of Dubai.

Senior Consular Asst.

U.S. Embassy Abu Dhabi

Tel: 971-2-414-2200

Fax: 971-2-414-2292

Workweek: Sunday thru Thursday

UNCLASSIFIED

UNCLASSIFIED  F 136

## PARTIAL RELEASE TO CERTAIN PARTIES
## B5, D5

From:        Stott, Erinn C
To:          Cooper, Sean
Subject:     RE: Hossam Hemdan
Date:        Friday, June 12, 2009 4:07:08 PM

Thanks!

*Erinn C. Stott*
*Department of State, Office of Overseas Citizen Services*
*Citizen Services Specialist*
*Responsible for Iraq, Jordan, Libya, Saudi Arabia, UAE, Yemen*
*Back-up for Bahrain, Egypt, Kuwait, Lebanon, Oman, Qatar, Syria*
*202-736-4978 office*
*202-647-3732 fax*
*stottec@state.gov*
*Note: My work schedule is from 7am EST to 4pm EST.*

**From:** Cooper, Sean
**Sent:** Thursday, June 11, 2009 10:19 PM
**To:** Stott, Erinn C
**Subject:** Fw: Hossam Hemdan

Per your recent email. I don't have everyone else's email addresses on my phone, so appreciate you forwarding.

Sean

B5, D5

UNITED STATES DEPARTMENT OF STATE
REVIEW AUTHORITY: ROBERT R STRAND
DATE/CASE ID: 08 MAR 2011 201000711

UNCLASSIFIED

DOS 000382

UNCLASSIFIED

B5, D5

UNCLASSIFIED

DOS 000383

UNCLASSIFIED

B5, D5

DOS 000384

UNCLASSIFIED

B5, D5

DOS 000385

UNCLASSIFIED

B5, D5

UNCLASSIFIED

DOS 00038

UNCLASSIFIED

B5, D5

DOS 000387

UNCLASSIFIED

B5, D5

UNCLASSIFIED

DOS 000368

# UNCLASSIFIED

*Note: My work schedule is from 7am EST to 4pm EST.*

---

**From:** Cooper, Sean
**Sent:** Wednesday, May 27, 2009 8:07 AM
**To:** Stott, Erinn C
**Subject:** FW: Hossam Hemdan

Erinn:

Still have not sent the long-pending response to the ACLU query on the UAEG investigation. Got your email this morning, but am still awaiting a clear "OK" from NEA. I would imagine we should have that by OOB Abu Dhabi tomorrow.

Below is a separate query/information and response regarding an upcoming visit by Hamdan's brother and nephew. We've contacted the prison on their behalf, and it appears they'll have no trouble visiting.

We do have a PAW for Hossam Hemdan (the brother), so I would accept a meeting with him should he choose to contact us during his time in the UAE. (Barring any contradictory guidance from DC.)

Sean

---

**From:** Cooper, Sean
**Sent:** Wednesday, May 27, 2009 4:00 PM
**To:** 'Jennie Pasquarella'
**Cc:** Ahilan Arulanantham; Reem Salahi; sam hemdan
**Subject:** RE: Hossam Hemdan

Jennie:

I am glad to hear that Hossam and his son will be able to visit with Naji. I would also be happy to meet with Hossam during his time in the UAE.

Based on your email, we have contacted Al Wathba Prison and informed them of Hossam's and Muhammad's desire to visit Naji. Their names have been added to the access lists at the prison. If they are arriving in Abu Dhabi on Thursday, their first opportunity to visit Naji would be during Friday's visiting hours. Prison officials inform us that they may visit between 8:30 a.m. and 5 p.m. on Friday, May 29.

The Embassy will be closed on Friday and Saturday, but we will be back in the office on Sunday, May 31. Hossam can reach me at this email address or by my direct phone (+971-2-414-2657) and let me know when it might be convenient for him to visit.

Regards,

Sean

# UNCLASSIFIED

DOS 000389

## UNCLASSIFIED

R. Sean Cooper
Consul
U.S. Embassy Abu Dhabi
+971-2-414-2657
http://abudhabi.usembassy.gov/

**From:** Jennie Pasquarella [mailto:jpasquarella@aclu-sc.org]
**Sent:** Tuesday, May 26, 2009 9:29 PM
**To:** Cooper, Sean
**Cc:** Ahilan Arulanantham; Reem Salahi; sam hemdan
**Subject:** Hossam Hemdan

Dear Sean,
I hope this finds you well.

I'm writing to inform you that Naji's brother, Hossam Hemdan (Sammy Hemdan), will be traveling from Beirut to the UAE on Thursday, May 28th. He will be traveling with his son Muhammad Hemdan. They are hoping to meet with Naji in Al Wathba, and I think also would appreciate the opportunity to meet with you. Anything you could do to help ensure Hossam is given access to meet with Naji in Al Wathba would be much appreciated.

Thanks very much for your help.

Best, Jennie


**Jennie Pasquarella**
**Staff Attorney**
**ACLU of Southern California**
**1313 West Eighth Street**
Los Angeles, CA 90017
T: 213.977.5236
F: 213.977.5297
jpasquarella@aclu-sc.org

## UNCLASSIFIED

DOS 000390

# UNCLASSIFIED

Cooper, Sean R  PARTIAL RELEASE TO CERTAIN PARTIES  F-267

B5, D5, B6, PP, B1, 1.4(D), K1

**From:** Cooper, Sean
**Sent:** Thursday, April 23, 2009 7:18 PM
**To:** Stott, Erinn C
**Subject:** Re: T2420-09: IM to D Lew on Hamdan Specifics (OCS, 4/28)

B5, D5

We worked through many channels - including Amb Olson engaging - before finally getting access.

Sean

**From:** Stott, Erinn C
**To:** Cooper, Sean
**Sent:** Thu Apr 23 19:08:34 2009
**Subject:** RE: T2420-09: IM to D Lew on Hamdan Specifics (OCS, 4/28)

Fantastic! Thanks! I'll send you what I have at COB today (my time) so you can comment or correct anything that I have in there. These emails will definitely help.

B5, D5

Erinn

**Erinn C. Stott**

**Department of State, Office of Overseas Citizen Services**

**Citizen Services Specialist**

**Responsible for Iraq, Jordan, Libya, Saudi Arabia, UAE, Yemen**

**Back-up for Bahrain, Egypt, Kuwait, Lebanon, Oman, Qatar, Syria**

**202-736-4978 office**

**202-647-3732 fax**

**stottec@state.gov**

**Note: My work schedule is from 7am EST to 4pm EST.**

UNITED STATES DEPARTMENT OF STATE
CLASSIFIED BY DEPT. OF STATE, M. GRAFELD, DAS, A/GI
REVIEW AUTHORITY: ROBERT R STRAND
CLASSIFICATION: CONFIDENTIAL  REASON: 1.4(D)
DECLASSIFY AFTER: 22 APR 2034
DATE/CASE ID: 21 MAR 2011  201000711

**From:** Cooper, Sean
**Sent:** Thursday, April 23, 2009 8:55 AM
**To:** Stott, Erinn C
**Subject:** RE: T2420-09: IM to D Lew on Hamdan Specifics (OCS, 4/28)

DOS 000620

UNCLASSIFIED

Erinn;

Thanks for the heads-up. The attached memo seems to do a good job of laying out our consular response in
this case.                                                                                                      B1, K1

I stand by to assist with the follow-up CA memo. I will be checking email on the BlackBerry and reachable on
my mobile at                                                                                                    B6, PP

Attached, FYI, is the latest on the family's legal action against the USG. Post received it overnight via the desk.

<< Message: FW: Mallouk v. Obama (UAE) >> << Message: RE: Mallouk v. Obama (UAE) >>

Regards,


Sean


**From:** Stott, Erinn C
**Sent:** Thursday, April 23, 2009 4:03 PM
**To:** Cooper, Sean
**Subject:** FW: T2420-09: IM to D Lew on Hamdan Specifics (OCS, 4/28)
**Importance:** High

Sean,

                                                                                                               B5, D5

I hope to have something by the end of today so I can have ample clearance time and hope to not impinge on
your weekend.

<< File: IM to S - Hamdan detention UAE 4-20-09.docx >>

Erinn

*Erinn C. Stott*

*Department of State, Office of Overseas Citizen Services*

*Citizen Services Specialist*

*Responsible for Iraq, Jordan, Libya, Saudi Arabia, UAE, Yemen*

UNCLASSIFIED

# UNCLASSIFIED

*Back-up for Bahrain, Egypt, Kuwait, Lebanon, Oman, Qatar, Syria*

**202-736-4978 office**

**202-647-3732 fax**

**stottec@state.gov**

*Note: My work schedule is from 7am EST to 4pm EST.*

**From:** CA-Staffers Mailbox
**Sent:** Thursday, April 23, 2009 7:55 AM
**To:** CA-OCS-Special Assistant
**Cc:** Ruterbories, Julie A; Bond, Michele T; CA-Staffers Mailbox
**Subject:** T2420-09: IM to D Lew on Hamdan Specifics (OCS, 4/28)

Morning, Sarah:

B5, D5

Thank you!

Tiffany

DOS 000622

# UNCLASSIFIED

## PARTIAL RELEASE TO CERTAIN PARTIES
## B6, PP, B7(C)

G18

| | |
|---|---|
| From: | Greene, Douglas C |
| To: | Cooper, Sean |
| Subject: | RE: Hamdan |
| Date: | Friday, October 24, 2008 6:52:48 PM |

Perfect. Thanks very much Sean.

-----Original Message-----
From: Cooper, Sean
Sent: Friday, October 24, 2008 6:24 PM
To: Greene, Douglas C; Masilko, Barbara J; Roebuck, William V; Gavito, Jennifer D; Tadros, Christine F
Cc: Olson, Richard G
Subject: RE: Hamdan

Hi, all. Please forgive the typos, as I'm fobbing in on a slow connection. I'm also looping in Christine Tadros in CA/OCS/ACS. I'd recommend that any queries about an Amcit here in the UAE be shared with her immediately - CA will certainly be able to advise what we can or cannot say and to whom. Christine also has access to the consular ACS application, which has the details of post's actions on Mr. Hamdan's behalf.

Indeed, we're going to be very restricted on what we can share in this matter. Hamdan signed a limited Privacy Act waiver (limited to family and members of Congress) during my consular visit with him on Sunday, October 19. Hamdan was detained by UAE state security forces in the closing days of August. Since that time, we'd been working through all possible routes to gain appropriate consular access. These efforts included direct high-level engagement by Ambassador Olson, which I believe finally led to our access. (SSD historically is more than reluctant to grant consular access. We often have to wait until the citizen is transferred to regular police custody to obtain access.) We now have access, and understand that - should his detention continue - we will enjoy regular (monthly) consular access to Mr. Hamdan.

CONS Abu Dhabi has been in regular contact with Mr. Hamdan's wife, Mona, who is currently in Lebanon with their children. I also spoke just yesterday with Mr. Hamdan's brother in LA, Sam (Hussam) Hamdan. (He was looped into a call by ACLU Los Angeles, who were contacted by Hamdan's family upon his detention. I informed ACLU that the Privacy Act did not allow me to discuss the case with them. They cleverly looped Mr. Hamdan in, and I do have a waiver for family and, specifically, Sam Hamdan.) Mr. Hamdan was pleased to hear that his brother appeared well during our visit, and that all information suggests that he is being treated well, but frequently questioned whether there was a link between his brother's early-2008 detention in Lebanon, his summer 2008 discussion with FBI at Embassy Abu Dhabi, and this current detention. I let him know that I was aware of no such link. He asked whether US officials were involved in Naji's questioning/interrogation. Again, I said no. He and the ACLU rep (an attorney) thanked the Embassy for our efforts on Naji's behalf, but Sam did seem interested in any possible FBI link to this matter. (Seems clear that Sam had spoken with this reporter at some time before our phone call.) I briefed Abu Dhabi Asst Legatt [ ] and Abu Dhabi Pol/Mil following this conversation.  B6, B7(C)

Family background note: Hamdan's father passed away on Wednesday in Lebanon. He had been scheduled for open-heart surgery next week. Najl, to our knowledge, is not yet aware of this.

If I can fill in gaps from here, I can be reached on my mobile at [ ]  B6, PP

Regards to all,

Sean

-----Original Message-----
From: Greene, Douglas C

UNITED STATES DEPARTMENT OF STATE
REVIEW AUTHORITY: FRANK TUMMINIA
DATE/CASE ID: 15 APR 2011  201000711

# UNCLASSIFIED

DOS 001739

## UNCLASSIFIED

Sent: Friday, October 24, 2008 5:52 PM
To: Masliko, Barbara J; Roebuck, William V; Cooper, Sean; Gavito, Jennifer D
Cc: Olson, Richard G
Subject: RE: Hamdan

I've asked Sean to chime in on this, since there have been some very recent developments, and because the nature of the privacy act waiver he has is quite restrictive.

-----Original Message-----
From: Masliko, Barbara J
Sent: Friday, October 24, 2008 4:34 PM
To: Greene, Douglas C; Roebuck, William V; Cooper, Sean; Gavito, Jennifer D
Subject: FW: Hamdan

-----Original Message-----
From: Vasquez, Edgar J
Sent: Thursday, October 23, 2008 6:27 PM
To: Vydmantas, Rima J; Kirchgasser, Karen E
Cc: Somerset, Ann D (NEA/PPD); Pike, Steven L; Higgins, Carla K; Masliko, Barbara J
Subject: Fw: Hamdan

Rima/Karen, what can we say about this case?  Since this involves an amcit, I defer to CA as lead.                    B6, PP

----- Original Message -----
From: Wood, Robert A (Special Use Only)
To: Somerset, Ann D (NEA/PPD); Vasquez, Edgar J
Sent: Thu Oct 23 17:48:39 2008
Subject: FW: Hamdan

Ann/Eddie:

Anything we can say on this case?

-----Original Message-----
From: Landay, Jonathan [mailto:jlanday@mcclatchydc.com]
Sent: Thursday, October 23, 2008 4:38 PM
To: Wood, Robert A (Special Use Only)
Cc: Strobel, Warren
Subject: Hamdan

Greetings, Robert. My colleague Warren Strobel told me you spoke by phone about this case and that you needed details. Here they are:

This case involves the secret detention without charges for nearly three months of an American citizen, Naji Hamdan, by the government of the UAE. (An unfortunate late name, perhaps, but no relation to OBL's former driver).

Hamdan is from Hawthorne, Ca. He was a member of the local mosque board and was the subject of FBI surveillance and interviews. The LA Times documented this in a 2005 story. Two years ago, as I have been told, Hamdan decided he could no longer tolerate the FBI scrutiny and moved his family to the UAE, where he set up business. I'm told it was autoparts. But I don't know for sure.

## UNCLASSIFIED

DOS 001740

## UNCLASSIFIED

Fast forward to earlier this year and Hamdan goes to Lebanon, where he has family. On his way home, he was detained at Beirut airport by Lebanese security officers, had his computer and papers confiscated and was then held for 4-5 days. He was then released and flew back to Abu Dhabi. Shortly thereafter, Hamdan's brother, Hussam, was visited by two FBI agents in Los Angeles and was asked about his brother's detention in Beirut. Several days later, the agents called Hussam and asked if he could call Naji to ask him to meet the two agents for an interview at the US Embassy in Abu Dhabi. Naji Hamdan agreed and the two agents flew out to the UAE and interviewed him for two or more hours and he is allowed to leave. On Aug. 28, UAE security officers arrived at Hamdan's home, searched it, confiscated papers and computers and took Hamdan away. He remains detained without charges and only received his first consular visit last week. (In a tragic twist, his father died in Beirut of a heart attack yesterday after foregoing heart surgery to await a visa to try to visit his son in the UAE).

I have taken an interest in this case because of the parallels to a case I reported on last year (see links below). That one involved a U.S. citizen, Amir Meshal, who was secretly detained in Kenya without charges after he fled the Ethiopian invasion of Somalia. While in Kenyan custody, he was twice taken to a hotel and interrogated by FBI agents. He was then secretly rendered back to Somalia (a possible violation of the Treaty Against Torture) and turned over to Ethiopian intelligence officers, who flew him to Addis Ababa, where he was detained without charges in an intelligence prison. He was denied consular access for weeks. But during that time, he was repeatedly interrogated by the FBI. It later emerged that Meshal had been hanging with some pretty hairy characters in Somalia (my own sense was that he was a dumb wannabe rebelling against his very successful but overbearing immigrant father).

But that wasn't the point. The point was that his case raised very troubling questions about whether US officials accorded him his rights and whether the FBI was using a foreign government to hold a US citizen against whom it had insufficient evidence to bring criminal charges. Hamdan may establish a pattern if this is happening to him.

I realize that this case may be quite sensative. But whatever help _ on whatever basis _ you can be would be much appreciated. Thanks much,

Jonathan Landay
Senior National Security and Intelligence Correspondent
McClatchy Newspapers
Washington, DC
202-383-6012 Office.
202-549-4588 Cell.

McClatchy Newspapers is the United States' third-largest newspaper company, with 31 newspapers from The Anchorage Daily News to The Kansas City Star to The Miami Herald, and a combined readership of about 8 million. The McClatchy-Tribune newswire serves another 550 newspapers worldwide.

http://www.mcclatchydc.com/staff/shashank_bengali/story/15798.html

http://www.mcclatchydc.com/homepage/story/23032.html

## UNCLASSIFIED

DOS 001741

UNCLASSIFIED
PARTIAL RELEASE TO CERTAIN PARTIES
B5, D5, B6, B7(C)

G|OO

| From: | Pike, Steven L |
|---|---|
| To: | Greene, Douglas C. |
| Cc: | Cooper, Sean · |
| Subject: | RE: AP: Hamdan family accuses US of responsibility for UAE Imprisonment |
| Date: | Thursday, December 04, 2008 4:28:29 PM |

Will do.  Also, I reached Gary Price and he would definitely recommend "I don't have that info, you'll have to contact DOJ."

---

**From:** Greene, Douglas C
**Sent:** Thursday, December 04, 2008 3:40 PM
**To:** Pike, Steven L; Olson, Richard G; Cooper, Sean; Abu Dhabi - Front Office; Price, Gary S; ⬚⬚⬚⬚⬚⬚⬚⬚ Sutphin, Paul R; Gavito, Jennifer D; Unruh, Susan L; Magleby, Alfred R
**Subject:** RE: AP: Hamdan family accuses US of responsibility for UAE Imprisonment

B6, B7(C)

Steve,

Please share this with the Ambassador over the phone (he's probably not back in the office this afternoon).  If he's fine, we can send to NEA and CA for clearance.  (Please include Barbara Masilko, in addition to NEA/PPD).

Doug

---

**From:** Pike, Steven L
**Sent:** Thursday, December 04, 2008 2:58 PM
**To:** Olson, Richard G; Cooper, Sean; Abu Dhabi - Front Office; Price, Gary S; ⬚⬚⬚⬚⬚⬚⬚ Sutphin, Paul R; Gavito, Jennifer D; Unruh, Susan L; Magleby, Alfred R
**Subject:** RE: AP: Hamdan family accuses US of responsibility for UAE Imprisonment

B6, B7(C)

Proposed guidance, from PA and CONS.  LEGATT is in Dubai, can't reach by phone.

<< File: 120408 HamdanSecondVisit.docx >>

Please note there are three options for answering the third question, highlighted.  It would solve many problems if we could use the first, but we simply may not have that information.  If we don't, I would obviously prefer to use the second or third.

SLP

---

**From:** Olson, Richard G
**Sent:** Thursday, December 04, 2008 12:51 PM
**To:** Pike, Steven L; Cooper, Sean; Abu Dhabi - Front Office; Price, Gary S; ⬚⬚⬚⬚⬚ Sutphin, Paul R; Gavito, Jennifer D; Unruh, Susan L; Magleby, Alfred R
**Subject:** RE: AP: Hamdan family accuses US of responsibility for UAE Imprisonment

B6, B7(C)

Am ok with general approach, as Doug said, please put on one piece of paper for quick approval.

rjo

UNITED STATES DEPARTMENT OF STATE
REVIEW AUTHORITY: FRANK TUMMINIA
DATE/CASE ID: 15 APR 2011  201000711

UNCLASSIFIED

DOS 001764

## UNCLASSIFIED

Rick Olson

US Ambassador to the United Arab Emirates

Visit our website at http://abudhabi.usembassy.gov/

---

**From:** Pike, Steven L
**Sent:** Thursday, December 04, 2008 12:05 PM
**To:** Olson, Richard G; Cooper, Sean; Abu Dhabi - Front Office; Price, Gary S;
Sutphin, Paul R; Gavito, Jennifer D; Unruh, Susan L; Magleby, Alfred R
**Subject:** RE: AP: Hamdan family accuses US of responsibility for UAE imprisonment

B6, B7(C)

Khaleej Times asked in the middle of the night to confirm that an American officer
visited him.

B5, D5

SLP

---

**From:** Olson, Richard G
**Sent:** Thursday, December 04, 2008 11:38 AM
**To:** Pike, Steven L; Cooper, Sean; Abu Dhabi - Front Office; Price, Gary S;          Sutphin,
Paul R; Gavito, Jennifer D; Unruh, Susan L; Magleby, Alfred R
**Subject:** RE: AP: Hamdan family accuses US of responsibility for UAE imprisonment

B6, B7(C)

Have we received any press inquiries?

rgo

Rick Olson

US Ambassador to the United Arab Emirates

Visit our website at http://abudhabi.usembassy.gov/

---

**From:** Pike, Steven L
**Sent:** Thursday, December 04, 2008 10:23 AM
**To:** Cooper, Sean; Abu Dhabi - Front Office; Price, Gary S;                    Sutphin, Paul R; Gavito,
Jennifer D; Unruh, Susan L; Magleby, Alfred R
**Subject:** RE: AP: Hamdan family accuses US of responsibility for UAE imprisonment

B6, B7(C)

B5, D5

## UNCLASSIFIED

DOS 001765

UNCLASSIFIED

B5, D5

SLP

**From:** Cooper, Sean
**Sent:** Thursday, December 04, 2008 10:17 AM
**To:** Pike, Steven L; Abu Dhabi - Front Office; Abu Dhabi - PAO staff; Price, Gary S; [                    ]
Sutphin, Paul R; Gavito, Jennifer D; Unruh, Susan L; Magleby, Alfred R
**Subject:** RE: AP: Hamdan family accuses US of responsibility for UAE imprisonment

B6, B7(C)

Complicating factor: If the person alleging mistreatment does not want the USG to protest for fear it will negatively impact his situation, we're in a different boat. (Welcome to our boat.)

Hamdan has, for now, asked that we not formally protest, and requests that these allegations and information be handled in a very sensitive manner, as he is fearful that – should this information "get back to State Security" – he will suffer as a result.

*"An American consular officer most recently visited with Mr. Hamdan on December 3. I cannot, however discuss the specifics of Mr. Hamdan's case, because the privacy act waiver we have does not authorize us to speak to the media."*

**From:** Pike, Steven L
**Sent:** Thursday, December 04, 2008 10:03 AM
**To:** Abu Dhabi - Front Office; Abu Dhabi - PAO staff; Price, Gary S; [                    ] Cooper, Sean;
Sutphin, Paul R; Gavito, Jennifer D; Unruh, Susan L; Magleby, Alfred R
**Subject:** AP: Hamdan family accuses US of responsibility for UAE imprisonment

B6, B7(C)

*Note: Family also claims he was interrogated by FBI at Embassy. Khaleej Times is calling to confirm that we saw him yesterday; got no leg to stand on to deny it. The question of what we saw will come up, i.e. whether he appeared to us to have been tortured. At this point, is it the case that my best answer is "Were an American citizen held by a foreign government to be tortured, we would certainly protest that to the government; I cannot, however discuss the specifics of Mr. Hamdan's case, because the privacy act waiver we have does not authorize us to speak to the media." SLP*

# Lawsuit: US responsible for man's UAE imprisonment

By JESSE J. HOLLAND – 6 hours ago

WASHINGTON (AP) — A federal judge wants the Justice Department to explain its involvement in an American's imprisonment in the United Arab Emirates, where the man's family says he was held and tortured only days after being interviewed by FBI agents.

UNCLASSIFIED

DOS 001766

UNCLASSIFIED

The family of Naji Hamdan and the American Civil Liberties Union have asked U.S. District Judge James Robinson to order the Bush administration to secure Hamdan's release.

Hamdan's family filed a petition with the court in November saying he has been held **at the request of the United States government** for more than 80 days in secret locations and most recently at a prison outside of Abu Dhabi.

**Hossam Hemdan said Wednesday his brother described intense torture during most of his imprisonment by his captors, including beatings and sleep deprivation,** in a telephone conversation this week. The torture was so severe that he often passed out from the pain, Hemdan cited his brother as saying.

"It was like he'd lost hope," Hemdan said.

Robinson has ordered the Justice Department to respond to the allegations before early January.

The Justice Department did not immediately return a call for comment.

Hamdan, originally born in Lebanon, became an American citizen after moving to California in the early 1980s, according to court papers. He and his family eventually left California and moved to the United Arab Emirates, where Hamdan owned a used car business.

The court filing said Hamdan was kept under constant surveillance by the U.S. government. He was arrested August 29 by state security forces of the United Arab Emirates, the lawsuit said. **Three weeks before the arrest, FBI agents interrogated Hamdan at the U.S. Embassy in Abu Dhabi, his family said.**

Hamdan is now in a regular prison outside Abu Dhabi, but no one has told his family what he has been charged with or why the U.S. government had him under surveillance, said Ahilan Arulanantham, director of immigrants' rights and national security at the ACLU of Southern California.

"We think the U.S. is behind all of this," Arulanantham said.

UNCLASSIFIED

DOS 001767

UNCLASSIFIED

## PARTIAL RELEASE TO CERTAIN PARTIES
B1, 1.4(B), 1.4(D), B7(D), K1

From:  Mubair, Saeed
To:  Cooper, Sean
Subject:  Naji Hamdna
Date:  Monday, December 15, 2008 4:04:25 PM

This afternoon, I met with [                    ] I informed [        ]    B1, K1, B7(D)
[        ] that the Embassy is interested to know the charges brought against Mr. Hamdan.
Below are the charges including in Arabic that have been filed against Mr. Hamdan:

1.    )

Promoting Terrorism: Promotion of terrorism, improve the image
of terrorist groups and justify their actions

2.

Engaging in terrorist activity

3.  :

Assisting terrorist organization:

Translate some statements. Take information from a particular
terrorist group and put them on the internet

B1, B7(D), K1

Mr. Hamdan's activities
where on the internet.

Senior Consular Asst.

U.S. Embassy Abu Dhabi

Tel: 971-2-414-2200

Fax: 971-2-414-2241

UNITED STATES DEPARTMENT OF STATE
CLASSIFIED BY DEPT. OF STATE, M. GRAFELD, DAS, A/GIS
REVIEW AUTHORITY: FRANK TUMMINIA
CLASSIFICATION: CONFIDENTIAL  REASON: 1.4(B), 1.4(D)
DECLASSIFY AFTER:  14 DEC 2033
DATE/CASE ID: 13 APR 2011  201000711

UNCLASSIFIED

UNCLASSIFIED

Workweek: Sunday thru Thursday

UNCLASSIFIED

DOS 000885

# UNCLASSIFIED

## PARTIAL RELEASE TO CERTAIN PARTIES

 **B6, B7(C)**

*Embassy of the United States of America*
*Abu Dhabi, United Arab Emirates*

$55



October 29, 2008

Ms. Mona Hamdan
c/o Christian Lebano
ACLU of Southern California
1313 West Eighth Street
Los Angeles, California 90017 U.S.A.
clebano@aclu-sc.org

Approved: The Ambassador

Clearance: LEGATT –                    B6, B7(C)

Drafted: CONS- Sean Cooper

VIA ELECTRONIC MAIL

Dear Ms. Hamdan:

I am writing in response to your email of October 29, in which you inquired about the detention of your husband, U.S. citizen Naji Hamdan.

Since learning of your husband's detention on August 29, the U.S. Embassy has been engaged on his behalf and will continue to do so. I have personally intervened on his behalf, following up the work of the Consular Section in his regard. The Department of State's Office of Overseas Citizen Services in Washington DC has also been following the case closely.

Following our representations to the Government of the United Arab Emirates, our Consul visited your husband in Abu Dhabi on October 19, 2008. Your husband said he was in good health and generally good spirits. Both he and government officials have assured us that he has daily access to a physician, and that he is receiving all of his usual preventative medications. All information suggests that he is being treated respectfully and in accordance with the laws of the United Arab Emirates.

To date, we do not have information regarding the cause of the investigation. He is being detained by United Arab Emirates State Security forces. These forces have greater authority than the regular police to detain persons for questioning for extended periods of time. There have not been any charges filed against your husband at this time. This extended detention, while very unusual from our American perspective, does not run counter to the laws of the United Arab Emirates.

This office takes our responsibility to United States citizens with the upmost in seriousness. We have reminded the Government of the United Arab Emirates of their obligations for consular access as agreed to in Article 36 of the Vienna Convention on Consular Relations. We have been assured that, should your husband's detention continue, we will be granted regular consular access in accordance with these obligations.

The U.S. Embassy in Abu Dhabi is committed to providing all possible assistance to your husband. I hope this information is useful to you. If I or my team here at the U.S. Embassy can provide any further information or assistance, please do not hesitate to call upon us.

Sincerely,

Richard G. Olson, Jr.
Ambassador

UNITED STATES DEPARTMENT OF STATE
REVIEW AUTHORITY: FRANK TUMMINIA
DATE/CASE ID: 15 APR 2011  201000711

## UNCLASSIFIED

# UNCLASSIFIED

B1, K1, B7(D)

**Mutair, Saeed** PARTIAL RELEASE TO CERTAIN PARTIES

B1, 1.4(B), 1.4(D), K1, B7(D)

**From:** Mutair, Saeed
**Sent:** Thursday, September 11, 2008 2:21 PM
**To:** Cooper, Sean
**Subject:** RE: Amcit Arrest Case

559

Yes, this was the guy. [                                    ] I will call
them but I don't think they will release any info re the case. [      ]
[        ] If at all possible, can we ask POL Mail (they are UAE State Security counterpart) to assist us in getting access to subject.

B1, K1

**From:** Cooper, Sean
**Sent:** Thursday, September 11, 2008 1:42 PM
**To:** Mutair, Saeed
**Subject:** FW: Amcit Arrest Case

Saeed:

This is the arrest case you got a call on earlier today. Let's begin to call around about him, see what we can learn.

Thanks,

Sean

spouse: 961-70 23 35 27

**From:** Reeves, Robert E
**Sent:** Monday, September 01, 2008 9:45 AM
**To:** Cooper, Sean
**Cc:** Montgomery, Molly C; Offutt, Denison K
**Subject:** RE: Amcit Arrest Case

Hi Sean:

Here's the Information I have:

Amcit being detained: HAMDAN, Naji Jawdat (DPOB: May 26, 1966 Lebanon), US ppt 217931539 issued 2006, photos in PIERS.

Spouse: Mona (050-960-0192), no further information. Word earlier this weekend was that she might travel because her UAE visa was about to expire, but she was planning on coming back.

Last contact (that I know about) was spouse calling our duty officer Thursday afternoon. I'll check the duty logs and see if there's additional bio information that I can pass on.

Thanks,
Robbie

**From:** Cooper, Sean
**Sent:** Monday, September 01, 2008 8:50 AM
**To:** Reeves, Robert E
**Cc:** Montgomery, Molly C; Offutt, Denison K
**Subject:** Amcit Arrest Case

UNITED STATES DEPARTMENT OF STATE
CLASSIFIED BY DEPT. OF STATE, M. GRAFELD, DAS, A/GIS
REVIEW AUTHORITY: FRANK TUMMINIA
CLASSIFICATION: CONFIDENTIAL REASON: 1.4(B), 1.4(D)
DECLASSIFY AFTER: 10 SEP 2033
DATE/CASE ID: 13 APR 2011  201000711

# UNCLASSIFIED

DOS 001003

UNCLASSIFIED

Robby:

Could you please send me any information you guys have received on the Amcit arrest case that we spoke about over the weekend? Full bio data would be helpful, along with contact (and bio) information for the spouse.

We understand that this individual has been transferred to Abu Dhabi, and are working closely with other sections of the embassy to gain access, etc. I think that it will be easier on all parties if we handle this case from here.

If there are further public inquiries, either from the spouse or others, please pass the contact information on to me and we can liaise with them directly.

Hope your weekend got quieter after this case,

Sean

R. Sean Cooper
Consul
U.S. Embassy Abu Dhabi
+971-2-414-2657
http://abudhabi.usembassy.gov/

2

UNCLASSIFIED

DOS 001004

UNCLASSIFIED

∠ 41

PARTIAL RELEASE TO CERTAIN PARTIES
B5, D5

B5, D5

UNITED STATES DEPARTMENT OF STATE
REVIEW AUTHORITY: ROBERT R STRAND
DATE/CASE ID: 28 JAN 2011  201000711

UNCLASSIFIED



UNCLASSIFIED

B5, D5

UNCLASSIFIED

DOS 002321

UNCLASSIFIED

B5, D5

-----Original Message-----
From: Cooper, Sean
Sent: Thursday, July 30, 2009 12:58 AM
To: Cooper, Sean; McDonough, Patricia E; Masilko, Barbara J
Cc: Youel Page, Kathryn; Stott, Erinn C
Subject: RE: Mallouk v. Obama

We just learned this morning that the next hearing has been scheduled for Monday, August 24.
We, of course, plan to observe.

Sean

-----Original Message-----
From: Cooper, Sean
Sent: Thursday, July 30, 2009 8:16 AM
To: McDonough, Patricia E; Masilko, Barbara J
Cc: Youel Page, Kathryn; Stott, Erinn C
Subject: RE: Mallouk v. Obama

Trish:

The latest is outlined in Abu Dhabi 738, which I've attached below. The date for a next
hearing has not yet been announced. During their visit, ACLU reps Pasquarella and Salahi were
also able to visit with Mr. Hamdan for approximately two hours at Al Wathba Prison, Abu
Dhabi.

Regards,

Sean

UNCLASSIFIED    ABU DHABI    00000738
VZCZCXYZ0009
PP RUEHWEB

DE RUEHAD #0738 2011308
ZNR UUUUU ZZH
P 201308Z JUL 09
FM AMEMBASSY ABU DHABI
TO SECSTATE WASHDC PRIORITY 2746

3
UNCLASSIFIED

# UNCLASSIFIED

BT

UNCLAS ABU DHABI 000738

For CA/OCS/ACS/NESA - Erinn Stott, NEA/ARP - Barbara Masilko

Sensitive

E.O. 12958: N/A
TAGS: CASC, AE (HAMDAN, NAJI JAWDAT)
SUBJECT: Update - Arrest Case of Naji Hamdan - Trial - Presentation of Defense

REF: Abu Dhabi 625 and previous

1. (SBU) SUMMARY: On July 20, 2009, Consul and Conasst attended the trial of Amcit Naji
Jawdat Hamdan before the UAE Federal Supreme Court. The hearing was held in the judge's
chambers, as the court said the air conditioning in the courtroom is not functioning.
(Note: Local temperatures exceeded 110 degrees. End Note.) Citing the small size of judge's
chambers, the court did not allow representatives of the American Civil Liberties Union, Al
Karama for Human Rights, or news media to observe the proceedings, despite previous
assurances the hearing would be open. Consul and Conasst, upon presentation of a diplomatic
note from the MFA, were allowed to observe. Hamdan's attorney presented his defense;
prosecution will likely respond at the next hearing. END SUMMARY.

2. (SBU) Hamdan, through his attorney Abdulkader Al Haythami, professed his innocence to
three terrorism-related charges (promoting terrorism, participating in the work of a
terrorist organization, and assisting a terrorist organization) and claimed he confessed due
to mistreatment while in UAE State Security custody.
(Allegations reported reftels.) His attorney said that the state had failed to establish that
Hamdan had committed any of the alleged crimes. The attorney said that Hamdan had been
subject to mistreatment while in custody, including being struck physically, being forced to
sleep in a cold room, and deprivation of sleep. The attorney told the court that Hamdan had
informed the prosecutor of the mistreatment. Following presentation of the defense, Al
Haythami gave a written version of his arguments to both the court and the prosecution. The
prosecution will now have a chance to respond in a future hearing, the date of which should
be announced within days.
Post is in contact with the court and plans to attend.

3. (SBU) American Civil Liberties Union (ACLU) of Southern California attorneys Jennie
Pasquarella and Reem Salahi were present at the courthouse, having traveled to Abu Dhabi from
California to witness the trial. Also present was Sultan Khalifah Al-Khulaifi, the General
Secretary of Al Karama for Human Rights, a Geneva-based human rights organization. Consul
spoke with all three and informed the judge of their presence, noting the previously provided
information that the case would be held in open session and the fact that Pasquarella and
Salahi had travelled a great distance.  Consul encouraged the ACLU representatives to further
pursue the ability to observe through Hamdan's defense attorney. In the end, only Consul and
Conasst were admitted to observe.

4. (SBU) Consul and Conasst made a concerted effort to encourage the court to allow the
international human rights officials to observe the hearing, but were unsuccessful. (COMMENT:
While post cannot speak to court or UAEG motivations, the judge's chambers were crowded, with
several court officials, guards, and representatives from the prosecution and defense in
attendance. No seats were left unfilled. All cases today were held in chambers and one
attorney was overheard to exasperatedly ask, "The air conditioning still isn't working? Why
hasn't this been fixed?" END COMMENT.)

4

# UNCLASSIFIED

DOS 002323

## UNCLASSIFIED

5. (SBU) Hamdan appeared well and seemed to be in good spirits. In addition to the ACLU and Al Karama representatives, Hamdan's minor son was also present at the courthouse. Also present were reporters from Abu Dhabi's The National newspaper and the Associated Press. Following the hearing, the ACLU and Al Karama representatives were allowed to visit with Hamdan.

6. (U) Post will continue to provide all appropriate consular assistance to Mr. Hamdan.

GREENE
BT
#0738

B5, D5

5
## UNCLASSIFIED

DOS 002324

214

UNCLASSIFIED              PARTIAL RELEASE TO CERTAIN PARTIES
                                    B6, PP, B7(C), B5, D5            LEID

Zbrozek, Alexander S.

| | |
|---|---|
| **From:** | Osborn, Judith L |
| **Sent:** | Wednesday, April 22, 2009 2:17 PM |
| **To:** | McDonough, Patricia E; Malin, Mary Catherine; Ferber, Corrin M |
| **Cc:** | Betancourt, Edward A; Gutherie, Peter A |
| **Subject:** | FW: Mallouk v. Obama (UAE) |
| **Attachments:** | Mallouk USG Reply re Dismissal 042209 1100.wpd; Opposition to MTD.pdf |

Trish --

I'm going on TDY for the rest of the week in about 1/2 hour so I'm forwarding this to CA/PRI as well as to Mary Catherine for reassignment within L/CA.

Thanks, Judy

---

**From:** McDonough, Patricia E
**Sent:** Wednesday, April 22, 2009 1:59 PM
**To:** Osborn, Judith L
**Cc:** Chabora, Paige E; Gutherie, Peter A
**Subject:** FW: Mallouk v. Obama (UAE)

Judy -- This email was meant for you. (I had Paige's name stuck in my head for some reason)....

Trish

---

**From:** McDonough, Patricia E
**Sent:** Wednesday, April 22, 2009 1:59 PM
**To:** Chabora, Paige E
**Cc:** Gutherie, Peter A
**Subject:** FW: Mallouk v. Obama (UAE)

Paige -- I'm relieving Peter of some of his prior L/LEI work, now that he is working the counter-terrorism portfolio. Among other things, I'm handling UAE law enforcement issues. So, I'm inheriting Mallouk. Could you please circulate this to CA as appropriate? Comments are needed by noon tomorrow.

Best,
Trish (x76194)

---

**From:** Gutherie, Peter A
**Sent:** Wednesday, April 22, 2009 12:06 PM
**To:** McDonough, Patricia E
**Subject:** FW: Mallouk v. Obama (UAE)


Peter Gutherie
L/LEI
647-5115


UNITED STATES DEPARTMENT OF STATE
REVIEW AUTHORITY: JOHN S BLODGETT
DATE/CASE ID: 26 APR 2011  201000711

1

UNCLASSIFIED

DOS 001978

# UNCLASSIFIED

**From:** Haas, Alexander (CIV) [mailto:Alexander.Haas@usdoj.gov]
**Sent:** Wednesday, April 22, 2009 11:13 AM
**To:** ⬜⬜⬜(FBI); Gutherie, Peter A
**Cc:** Henry, Terry (CIV); Buckingham, Stephen (CIV)
**Subject:** RE: Mallouk v. Obama (UAE)

B6, PP, B7(C)

⬜⬜Peter:

B6, B7(C), PP

B5, D5

Thanks,

Alex

---

**From:** Buckingham, Stephen (CIV)
**Sent:** Friday, April 10, 2009 9:27 AM
**To:** ⬜⬜⬜(FBI); Gutherie, Peter A
**Cc:** Henry, Terry (CIV); Haas, Alexander (CIV)
**Subject:** Mallouk v. Obama (UAE)

B6, PP, B7(C)

⬜⬜and Peter,

B6, PP, B7(C)

FYI - Attached is petitioners' opposition to our motion to dismiss the habeas petition of Naji Hamdan. This opposition and the accompanying exhibits were filed last night, our reply brief is due on April 23rd. We'll be in touch before then, but please let me or Alex know if you'd like to discuss.

Steve

---

**From:** ⬜⬜⬜⬜⬜⬜⬜⬜⬜
**Sent:** Wednesday, March 04, 2009 3:42 PM
**To:** Haas, Alexander (CIV); Gutherie, Peter A
**Cc:** Buckingham, Stephen (CIV); ⬜⬜⬜
**Subject:** RE: Mallouk Status

B6, PP, B7(C)

B6, PP, B7(C)

Alex,

B5, D5

Thanks,
⬜⬜⬜

B6, PP, B7(C)

---

**From:** Haas, Alexander (CIV) [Alexander.Haas@usdoj.gov]
**Sent:** Wednesday, March 04, 2009 12:11 PM
**To:** ⬜⬜⬜⬜ Gutherie, Peter A

B6, PP, B7(C)

2

# UNCLASSIFIED

**Cc:** Buckingham, Stephen (CIV)
**Subject:** RE: Mallouk Status

Peter,
B6, PP,SBD,(C)

Thanks,

Alex

3
# UNCLASSIFIED

DOS 001980

UNCLASSIFIED

PARTIAL RELEASE TO CERTAIN PARTIES

**Mills, Cheryl D**

B5

| | |
|---|---|
| **From:** | Smith, Daniel B |
| **Sent:** | Tuesday, October 13, 2009 12:01 PM |
| **To:** | Mills, Cheryl D; Abedin, Huma; Sullivan, Jacob J |
| **Subject:** | 10/13 Senior Staff and Deputies Meetings |

SENSITIVE BUT UNCLASSIFIED

B5

Guinea

- Pat reported that given continued deterioration in conditions in Guinea, he and Johnnie Carson agreed family members should return to the U.S. (They had been housed temporarily in Dakar.)

B5

UNITED STATES DEPARTMENT OF STATE
REVIEW AUTHORITY: FRANK TUMMINIA
DATE/CASE ID: 30 AUG 2011 201000711

UNCLASSIFIED

## UNCLASSIFIED

B5

<u>Senator DeMint</u>

- Rich reported no progress on getting DeMint to lift his holds.

<u>Legal Issues</u>

B5

- Naji Hamdan has been sentenced to 18 months in prison in UAE.  He has already served 14 months, so should be released in four months.

B5

<u>Deputies Meeting</u>

The meeting was very short and covered little new ground, with the following exceptions:

<u>Honduras</u>

- Tom Shannon said that the two sides are reporting progress in ongoing negotiations, but they have yet to tackle the tough issue of the return of Zelaya to office.

<u>Turkey and Armenia</u>

- EUR reported that the Turks will submit the agreement signed with Armenia over the weekend to Parliament today as promised, making it possible for the Armenian President to visit Turkey for the soccer match.

2
## UNCLASSIFIED