1  TONY WEST
   Assistant Attorney General
2  JOHN R. TYLER
   PETER D. LEARY
3  United States Department of Justice
   Civil Division
4  Federal Programs Branch
   P.O. Box 883
5  Washington, D.C. 20530
   Tel: (202) 514-3313
6  Facsimile: (202) 616-8470
   peter.leary@usdoj.gov
7
   *Attorneys for Defendants*
8
                  **UNITED STATES DISTRICT COURT**
9
                **CENTRAL DISTRICT OF CALIFORNIA**
10

11 _____
   NAJI JAWDAT HAMDAN, *et al.*,          Case No: CV 10-6149-JHN-JEMx
12
   Plaintiffs,                            **NOTICE OF FILING**
13                                         **MATERIAL *EX PARTE*, *IN***
   v.                                      ***CAMERA***
14
   UNITED STATES DEPARTMENT
15 OF JUSTICE, *et al.*,
16 Defendants.
17
18 _____
   / / /
19 / / /
20 / / /
21
22
23
24
25
26
27
28 **Defendants' Notice of Filing**
   **Material *Ex Parte, In Camera***

Defendants hereby provide notice of the filing of material in support of their Motion for Summary Judgment *ex parte* and *in camera*.

Dated: December 22, 2011                    Respectfully Submitted,


                                            TONY WEST
                                            Assistant Attorney General


                                            JOHN R. TYLER
                                            Assistant Branch Director


                                            */s/ Peter D. Leary*
                                            PETER D. LEARY
                                            Trial Attorney
                                            United States Department of Justice
                                            Civil Division
                                            Federal Programs Branch
                                            P.O. Box 883
                                            Washington, D.C.  20530
                                            Telephone: (202) 514-3313
                                            Facsimile: (202) 616-8470
                                            peter.leary@usdoj.gov

                                            *Counsel for Defendants*

**Defendants' Notice of Filing
Material *Ex Parte, In Camera***