JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

NAJI JAWDAT HAMDAN,
HOSSAM HEMDAN, and ACLU OF
SOUTHERN CALIFORNIA,

       Plaintiffs,

      vs.

UNITED STATES DEPARTMENT
OF JUSTICE, et al.,

       Defendants.

_____

Case No.:  CV 10-6149 DSF (JEMx)

JUDGMENT

     The Court, the Honorable Dale S. Fischer, District Judge, Presiding, having ordered that summary judgment be granted in favor of Defendants,

IT IS ORDERED AND ADJUDGED that Plaintiffs take nothing, that the action be dismissed with prejudice, and that Defendants recover their costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

     12/11/12

Dated: _____

_____
Dale S. Fischer
United States District Judge